IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MONACO COACH CORPORATION, et al.,[1] ) | Case No. 09-10750-KJC |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Related Docket No. _____ |

**ORDER GRANTING MOTION TO SHORTEN NOTICE REGARDING DEBTORS' MOTION FOR ORDER (A) APPROVING SALE PROCEDURES IN CONNECTION WITH SALE OF CERTAIN ASSETS RE: MOTORHOME RESORTS, AND LA QUINTA, CALIFORNIA, REAL PROPERTY; (B) SCHEDULING AN AUCTION FOR AND HEARING TO APPROVE SALE; (C) APPROVING NOTICE OF RESPECTIVE DATE, TIME AND PLACE FOR AUCTION AND FOR HEARING ON APPROVAL OF SALE(S); AND (D) GRANTING OTHER RELATED RELIEF**

Upon the motion (the "Motion to Shorten") of the above-captioned debtors and debtors in possession (the "Debtors") for an order shortening the notice period regarding a hearing on *Debtors' Motion for Entry of an Order (A) Approving Sale Procedures in Connection with Sale of Certain Assets Re: Motorhome Resorts and La Quinta, California, Real Property; (B) Scheduling an Auction for and Hearing to Approve Sale; (C) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale(s); and (D) Granting Other Related Relief* (the "Sale Procedures Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and it appearing that the relief

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Monaco Coach Corporation (0244); Signature Motorcoach Resorts, Inc. (8980); Naples Motorcoach Resort, Inc. (1411); Port of the Isles Motorcoach Resort, Inc. (8524); Outdoor Resorts of Las Vegas, Inc. (8478); Outdoor Resorts Motorcoach Country Club, Inc. (1141); Signature Resorts of Michigan, Inc. (4020); La Quinta Motorcoach Resorts, Inc. (9661); R-Vision Holdings L.L.C. (2820); R-Vision, Inc. (3151); R-Vision Motorized, LLC (1985); Bison Manufacturing, LLC (0778) and Roadmaster LLC (5174). The address for each of the Debtors is 91320 Coburg Industrial Way, Coburg, OR 97408, with the exceptions of R-Vision, Inc., R-Vision Motorized, LLC, Bison Manufacturing, LLC and Roadmaster LLC, for which the address is 606 Nelson's

requested by the Motion to Shorten is in the best interests of Debtors' estates, their creditors and other parties in interest; and after due deliberation and for good cause appearing for the Motion, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED, that the hearing on the Sale Procedures Motion is scheduled for April 17, 2009, at 2:00 ~~4:00~~ p.m. prevailing Eastern Time and it is further

ORDERED, the deadline to object or respond to the Sale Procedures Motion is set for April 15, ~~14,~~ 2009 at 4:00 p.m. prevailing Eastern time; and it is further

ORDERED, that counsel for Debtors shall, within twenty-four (24) hours of entry of this Order, serve a copy of this Order and notice of the Sale Procedures Motion on parties originally served with the Sale Procedures Motion in the manner described in the Motion to Shorten.

Dated: April 8, 2009

_____
The Honorable Kevin J. Carey
Chief Judge, United States Bankruptcy Judge

---

Parkway, Wakarusa, IN 465733060; and La Quinta Motorcoach Resorts, Inc., for which the address is 80-501 Ave 48, Indio, CA 92201.

2

500294843v1
57527-002\DOCS_DE:146874.1