# EXHIBIT A

## Asset Purchase Agreement

The Asset Purchase Agreement, together with all accompanying schedules and exhibits which have been redacted to exclude sensitive employee information, has been filed concurrently herewith as a separate supplement.