# EXHIBIT C

# Schedule of Assumed Executory Contracts and Cure Costs

# Exhibit C

## Assumed Executory Contracts

**Assumed Equipment Leases**
None

**Assumed Contracts**

1. Agreements between one or more of the Sellers and each of the following vendors for the software set forth beside the name of the vendor:

| Software Name | Vendor | Cure Amount |
|---|---|---|
| 1099 Enterprise | 1099 Pro, Inc | $0.00 |
| Cut Planner Software | 20/20 Technologies | $0.00 |
| EZPay Software | ACOM Solutions | $9,917.20 |
| Installshield Software | Acresso Software, Inc. | $0.00 |
| PDF Relay Client and Server | AdLib Publishing | $0.00 |
| KioWare Software | Analytical Design - DBA KioWare | $0.00 |
| Empart Publisher | ARI | $26,000.00 |
| BCT Easy Plot Server and Client | BCT Technology | $7,534.80 |
| Mastercam Software | CAD/CAM Technologies | $2,050.00 |
| Cognos Finance | Cognos Corporation | $0.00 |
| Cognos Impromptu and Powerplay | Cognos Corporation | $0.00 |
| Erwin AllFusion | Computer Associates | $1,579.00 |
| Insite Software | Cummins Northwest, Inc | $4,190.00 |
| Surfcam Velocity | Design & Software Int'l | $2,400.00 |
| Docuware | Docuware | $0.00 |
| CaseTrack Software | Economic Analysis Group, Ltd | $0.00 |
| GroundWork Software | GroundWork Open Source | $0.00 |
| SQL Diagnostic Manager Software | Idera - BBS Tek | $0.00 |
| McAfee Groupshield | McAfee | $0.00 |
| Microstrategy Software | Microstrategy | $0.00 |
| CAT Software | Peterson Machinery | $0.00 |
| Intergy/Powerbuilder | PowerCerv | $14,527.00 |
| Proofpoint | Proofpoint, Inc | $14,328.00 |
| Visual Source Safe | Microsoft | $0.00 |
| SQL Compare Bundle | Red Gate Software Ltd | $0.00 |
| Blackberry | RIM Technology | $0.00 |
| Fixed Asset Software | Sage Software | $3,215.00 |
| FacSys | Software Spectrum | $0.00 |
| Iprism Software | St. Bernard Software | $0.00 |
| SAN Back-up | Sun Microsystems | $0.00 |
| Altiris | Symantec | $13,500.00 |
| Endpoint Encryption | Symantec | $0.00 |
| Symantec Anti-Virus | Symantec | $44,060.30 |
| NetBackUp Software | Symantec | $0.00 |
| BCMS Vu | TLI (Continuant) | $0.00 |

| Software Name | Vendor | Cure Amount |
|---|---|---|
| EpiSuite Badge Design Software | TransTech Systems | $0.00 |
| FEMAP | Unigraphics | $0.00 |
| Sales Tax Software | Vertex | $0.00 |
| Vmware | Vmware, Inc. | $0.00 |
| Cisco Equipment | Qwest | $0.00 |
| Unity Voice Servers | NSI | $0.00 |
| FFTF SSL Certificates | Network Solutions | $0.00 |
| SSL Certificates | Certificates for Exchange | $0.00 |
| Domain Registration | Network Solutions | $0.00 |
| MapPoint | Microsoft Corporation | $15,000.00 |
| Blade UPS | Performance Power Concepts | $3,539.00 |
| IP Phones and Unity Call Manager Software Support | NSI | $32,165.04 |
| CheckPoint Appliances | Incentra | $9,355.50 |
| PBX Phone Systems | Continuant | $10,459.48 |
| Microsoft Enterprise Agreement | Microsoft Corporation | $0.00 |
| Microsoft Premier Support | Microsoft Corporation | $0.00 |
| Unigraphics & TeamCenter | UGS | $0.00 |
| APC UPS System | Oregon Computer Power | $2,668.00 |
| Integrated Router Management | Qwest | $0.00 |
| IBM Servers | Sirius | $0.00 |
| Oracle Databases | Oracle | $0.00 |
| Network hardware, telecom, software | Qwest | $136,972.38 |

2. Outbound License Agreements

| Agreement | Cure Amount |
|---|---|
| License Agreement, dated as of May 30, 2007, by and between ParentCo and Custom Chassis Products, LLC related to U.S. Patent No. 7,178,817 (Trailing Arm Suspension) | $0.00 |
| Agreement for the CAYMAN mark, dated as of November 2, 2004 by and between ParentCo and Innomark GmbH/Porsche AG | $0.00 |
| License Agreement, dated as of April 25, 1994, by and between Holiday Rambler LLC to Holiday Rambler Recreational Vehicle Club, Inc. | $0.00 |
| License Agreement, dated as of September 29, 2004, by and among ParentCo and Monaco International | $0.00 |
| License Agreement for Mahindra Logo, dated as of May 2008, by and between ParentCo and Mahindra & Mahindra | $0.00 |
| "Trinkets" Trademark License Agreements by and between ParentCo and the following parties relating to the goods specified | $0.00 |

2a. Outbound License Agreements

| Licensee | Date | Goods being Licensed | Cure Amount |
|---|---|---|---|

| Advertising Products & Promotions (Quacktown) | Undated | Chairs, Trinkets | $0.00 |
|---|---|---|---|
| Comfy Cottons | January 17, 2006 | Cotton Vest<br>Cotton Pull-Over Jacket<br>Cotton Golf Shirt<br>Cotton Shorts | $0.00 |
| Custom Gloves | July 20, 2007 | Gloves, Emblems<br>Epoxy Decals Black/Gold<br>Epoxy Dome Decals Black w/Chrome<br>Epoxy Dome Decals Blue w/Chrome | $0.00 |
| Dance Northwest | May 10, 2007 | Banners, Flyers | $0.00 |
| Flags Galore N' More | May 19, 2005 | Flags | $0.00 |
| Home Mats | February 9, 2004 | Promo Floor Mats | $0.00 |
| HRRVC Club | January 19, 2006 | Logo Advertisements for the Club Clothing items, trinkets, etc. | $0.00 |
| J.J. Gold and Jems | June 29, 2002 | Jewelry | $0.00 |
| Jessie's Jewelry | March 4, 2003 | Bolo Jewelry | $0.00 |
| Lady Jayne LTD | February 28, 2006 | Brass metal Finished in 14Kt Gold Emblems | $0.00 |
| Latitudes | March 5, 2004 | Clothing items, trinkets, etc. | $0.00 |
| McKenzie Outfitters | March 1, 2004 | Clothing items, trinkets, etc. | $0.00 |
| Motor Coach Designs | May 24, 2006 | Solar/privacy screen sets<br>Wheel Covers<br>Mirror Cover sets<br>Mirror Bra sets<br>Vent/fan Covers<br>Skylight Covers<br>Screen Door/Solar Screen<br>Tow Bar Covers<br>Toad Car Screens<br>Driving Solar Screens<br>Wiper Covers | $0.00 |
| Plak-R frame-Rite | June 1, 2006 | Plak-R frame Rights | $0.00 |
| | | Sign Branded Products | $0.00 |
| Sullivan Sportswear | March 18, 2004 | Clothing items, trinkets, etc. | $0.00 |
| Textile Graphics | July 14, 2007 | Clothing items, trinkets, etc. | $0.00 |
| The Sign Man | December 28, 3006 | Plastic Name Badges<br>Sign branded products | $0.00 |

| Universal Products | February 2, 2004 | Decals | $0.00 |

3. Inbound IP License Agreements

| Agreement | Cure Amount |
|---|---|
| Trademark Assignment and License Agreement for the NAVIGATOR mark, dated as of December 18, 1995, by and between Ford Motor Company and Holiday Rambler LLC | $0.00 |
| Undertaking, dated as of September 7, 2001, by and between the Government of the Principality of Monaco and ParentCo | $0.00 |

4. Other Assumed Contracts

| Agreement | Cure Amount |
|---|---|
| RVIA Member Manufacturer's Commitment dated April 1, 2001 – Monaco Coach Corporation | $0.00 |
| Service Contract dated as of between Monaco Coach Corporation and the RVIA for the Annual Pomona Trade Show | $0.00 |
| Service Contact between Monaco Coach Corporation and the RVIA for the Annual Louisville Trade Show | $0.00 |
| Website Development and Hosting Agreement, dated as of March 5, 2005, by and between Bison Manufacturing LLC and The Image Group, Inc. | $0.00 |
| Website Development and Hosting Agreement, dated as of January 4, 2005, by and between R-Vision and The Image Group, Inc. | $953.23 |