# EXHIBIT D

## Rejected Contracts

**Exhibit D**

**Dealer Agreements to be Rejected**

1. Each of the following agreements between one or more of the Sellers and the counterparty listed below:

| Contract Type | Counterparty | Date |
|---|---|---|
| Dealer Agreement – Beaver | Bella Vista RV Centre, Inc. | 10/01/07 |
| Dealer Agreement – Beaver | Buddy Gregg TN | 11/27/07 |
| Dealer Agreement – Beaver | Guarantee RV | 01/03/08 |
| Dealer Agreement – Beaver | Holiday Motorhomes Fife | 05/01/07 |
| Dealer Agreement – Beaver | Holiday Motorhomes of AZ | 05/01/07 |
| Dealer Agreement – Beaver | John Bleakley Motorhomes | 01/01/07 |
| Dealer Agreement – Beaver | Le Geant Motorise, Inc. | 01/01/04 |
| Dealer Agreement – Beaver | McMahons Irvine | 05/01/07 |
| Dealer Agreement – Beaver | McMahons RV Colton | 05/01/07 |
| Dealer Agreement – Beaver | McMahons Stanton | 05/01/07 |
| Dealer Agreement – Beaver | Motor Coach Sales of Oregon | 01/01/07 |
| Dealer Agreement – Beaver | Motr Home Specialist | 01/03/08 |
| Dealer Agreement – Beaver | Pierce RV | 01/01/07 |
| Dealer Agreement – Beaver | RV America | 01/02/08 |
| Dealer Agreement – Beaver | RV Superstore of Mocksville dba Jeffs RV Superstore of Mocksville | 01/01/08 |
| Dealer Agreement – Beaver | Tropical RV Centers | 08/28/06 |
| Dealer Agreement – Beaver | USRV | 01/01/05 |
| Dealer Agreement -Holiday Rambler | A & L RV Sales | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Active RV & Trailer | 04/10/07 |
| Dealer Agreement -Holiday Rambler | America RV Rentals dba Sierra RV | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Ardell Brown RV Center | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Bankston Motorhomes, Inc. | 01/01/04 |
| Dealer Agreement -Holiday Rambler | Bluegrass RV | No Begin Date |
| Dealer Agreement -Holiday Rambler | Brown & Brown RV Center | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Burlington RV Superstore | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Camperland of Oklahoma LLC | 02/08/05 |
| Dealer Agreement -Holiday Rambler | Campers Barn of Kingston | 10/23/06 |

| | | |
|---|---|---|
| Dealer Agreement -Holiday Rambler | Canyon RV Center | 11/08/07 |
| Dealer Agreement -Holiday Rambler | Colton Auto & RV | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Copley's RV Center | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Crabtree RV Center, Inc. | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Crestview RV | 12/01/07 |
| Dealer Agreement -Holiday Rambler | Crossroads RV Center | 04/01/04 |
| Dealer Agreement -Holiday Rambler | DeMartini RV Sales of Indiana | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Dennis Dillon RV | 01/19/07 |
| Dealer Agreement -Holiday Rambler | Destination RV Inc | 03/27/07 |
| Dealer Agreement -Holiday Rambler | Dewalts RV | 05/22/07 |
| Dealer Agreement -Holiday Rambler | Diamond RV | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Dixie RV Superstores | 01/01/04 |
| Dealer Agreement -Holiday Rambler | Dodd's RV of the Peninsula | 07/05/07 |
| Dealer Agreement -Holiday Rambler | Floyd's Campers | 01/01/04 |
| Dealer Agreement -Holiday Rambler | Fraserway RV Centre | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Garick Enterprises | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Gary's Freeway RV | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Gilman Outdoors dba NH Coach & Camper | 11/30/05 |
| Dealer Agreement -Holiday Rambler | Greene County Motors dba Holiday RV | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Harper Town RV's | 06/14/07 |
| Dealer Agreement -Holiday Rambler | Holiday Motorhomes Everett | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Holiday Motorhomes Fife | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Holiday on Wheels | 01/01/06 |

| | | |
|---|---|---|
| Dealer Agreement -Holiday Rambler | Holiday Rambler Las Vegas | No Begin Date |
| Dealer Agreement -Holiday Rambler | Holiday World Austin South | 08/01/00 |
| Dealer Agreement -Holiday Rambler | Holiday World of Dallas | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Holiday World of Houston | 05/01/02 |
| Dealer Agreement -Holiday Rambler | Holland Motorhomes | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Hood Luxury | 01/01/04 |
| Dealer Agreement -Holiday Rambler | Horizon Lussier | 12/01/03 |
| Dealer Agreement -Holiday Rambler | Howard Veurink Travel Trailers dba Veurinks RV | 01/01/06 |
| Dealer Agreement -Holiday Rambler | JC's RV Inc | Undated |
| Dealer Agreement -Holiday Rambler | Jim Keay Ford Lincoln Sales Ltd | 01/16/08 |
| Dealer Agreement -Holiday Rambler | John Bleakley Motor Homes | 05/01/02 |
| Dealer Agreement -Holiday Rambler | John Bleakley Motor Homes | 05/01/02 |
| Dealer Agreement -Holiday Rambler | Kline's Auto World Inc | 01/01/04 |
| Dealer Agreement -Holiday Rambler | Krenek Motors dba Krenek RV Center | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Lazydays RV Center, Inc. | 01/01/07 |
| Dealer Agreement -Holiday Rambler | Leach Camper Sales Inc | 01/01/04 |
| Dealer Agreement -Holiday Rambler | Leach Camper Sales of Lincoln | 01/01/06 |
| Dealer Agreement -Holiday Rambler | McMahons RV Colton | 12/07/07 |
| Dealer Agreement -Holiday Rambler | Mellott Brothers Trailer Sales | 01/01/04 |
| Dealer Agreement -Holiday Rambler | Midway RV Sales & Service | 08/28/03 |
| Dealer Agreement -Holiday Rambler | Motor Home & RV Center | 01/01/06 |
| Dealer Agreement -Holiday Rambler | North Trail RV | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Outdoor RV & Marine World | 1/1/08 |

| | | |
|---|---|---|
| Dealer Agreement -Holiday Rambler | Pedata Resales, Inc. | 01/01/08 |
| Dealer Agreement -Holiday Rambler | Pro Source Motorsports, Inc | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Register Chevrolet Olds RV | 08/01/06 |
| Dealer Agreement -Holiday Rambler | Rhone's Travel Trailers Inc | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Riley's RV World, Inc | 01/01/06 |
| Dealer Agreement -Holiday Rambler | R'N'R Holiday RV Inc | 01/01/04 |
| Dealer Agreement -Holiday Rambler | Robert Crist & Company | 01/01/08 |
| Dealer Agreement -Holiday Rambler | Rocky Mountain RV World | 12/11/07 |
| Dealer Agreement -Holiday Rambler | Ruff Inc | Undated |
| Dealer Agreement -Holiday Rambler | RV Peddler Inc AZ | 01/01/06 |
| Dealer Agreement -Holiday Rambler | RV Peddler Inc CA | 01/01/06 |
| Dealer Agreement -Holiday Rambler | S & S Apache Camp Center | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Sagon RV Supercenter | 05/26/04 |
| Dealer Agreement -Holiday Rambler | Schaap's Traveland, Inc | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Sicard Holiday Camper | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Sirpilla RV Centers LLC | 06/01/04 |
| Dealer Agreement -Holiday Rambler | Southaven RV | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Swenson Inc | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Swenson Inc dba Minot Machinery | 01/01/06 |
| Dealer Agreement -Holiday Rambler | TC's RV's | 01/01/05 |
| Dealer Agreement -Holiday Rambler | Ted's RV Land | 12/01/03 |
| Dealer Agreement -Holiday Rambler | Terry Labonte Chevrolet | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Thom Beckley dba Endless Summer RV | 01/01/05 |

| | | |
|---|---|---|
| Dealer Agreement -Holiday Rambler | Todd's RV & Marine | 12/1/06 |
| Dealer Agreement -Holiday Rambler | Tom Raper RV | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Travelworld RV | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Tri County RV | 01/01/06 |
| Dealer Agreement -Holiday Rambler | Uncle Ben's RV | 1/1/06 |
| Dealer Agreement -Holiday Rambler | Wagers Trailer Sales | 1/1/2006 |
| Dealer Agreement -Holiday Rambler | Windish RV Center | 01/01/06 |
| Dealer Agreement – Monaco | Abel RV Center | 01/01/08 |
| Dealer Agreement – Monaco | Adventure RV | 01/07/09 |
| Dealer Agreement – Monaco | Affinity RV | 01/01/08 |
| Dealer Agreement – Monaco | Alpin Haus Ski Shop | 01/01/08 |
| Dealer Agreement – Monaco | Alpine Recreation | 08/06/09 |
| Dealer Agreement – Monaco | Arctic Motor Caravan Oy | 04/28/08 |
| Dealer Agreement – Monaco | Avalon RV Center | 12/11/07 |
| Dealer Agreement – Monaco | Beaudry RV Company | 07/01/06 |
| Dealer Agreement – Monaco | Beaudry RV Mesa, Inc | 07/01/06 |
| Dealer Agreement – Monaco | Bents RV Rendezvous | 01/07/09 |
| Dealer Agreement – Monaco | Best Buy RV's, Inc. | 01/01/06 |
| Dealer Agreement – Monaco | Bretz RV & Marine | 01/01/07 |
| Dealer Agreement – Monaco | Buddy Gregg TN | 01/01/08 |
| Dealer Agreement – Monaco | Buddy Gregg TX | 01/01/08 |
| Dealer Agreement – Monaco | Bus Supply Co. | 02/06/08 |
| Dealer Agreement – Monaco | Campers RV Center | 09/08/06 |
| Dealer Agreement – Monaco | Canada One RV | 01/01/06 |
| Dealer Agreement – Monaco | Capital RV | 01/01/08 |
| Dealer Agreement – Monaco | Carolina RV Inc | 01/01/07 |
| Dealer Agreement – Monaco | Cedar Ridge RV | 01/11/06 |
| Dealer Agreement – Monaco | CSRA Camperland | 08/21/06 |
| Dealer Agreement – Monaco | Cullum & Maxey Camping Center | 03/01/08 |
| Dealer Agreement – Monaco | Dandy RV's, Inc. | 01/01/08 |
| Dealer Agreement – Monaco | DeMartini RV | 01/01/08 |
| Dealer Agreement – Monaco | Demontrond RV | 01/01/05 |
| Dealer Agreement – Monaco | Dennis Dillon RV | 01/01/08 |
| Dealer Agreement – Monaco | Diesel Machinery/Dakota RV | 10/01/04 |
| Dealer Agreement – Monaco | Dixie Trailer Sales | 01/01/03 |
| Dealer Agreement – Monaco | Dixie RV Superstores | 08/01/01 |
| Dealer Agreement – Monaco | Emerald Coast RV Center dba Camping World RV Sales | 08/01/07 |

| | | |
|---|---|---|
| Dealer Agreement – Monaco | Evergreen RV Center | 01/01/07 |
| Dealer Agreement – Monaco | Foley RV/CampingWorldRVSales | 01/01/08 |
| Dealer Agreement – Monaco | General RV Center | 03/01/08 |
| Dealer Agreement – Monaco | Giant Inland Empire RV | 01/01/08 |
| Dealer Agreement – Monaco | Giant Inland Empire RV | 01/01/08 |
| Dealer Agreement – Monaco | Giant Inland Empire RV | 01/01/08 |
| Dealer Agreement – Monaco | Giant Inland Empire RV | 01/01/08 |
| Dealer Agreement – Monaco | Giant Inland Empire RV | 01/01/08 |
| Dealer Agreement – Monaco | Giant Inland Empire RV | 01/01/08 |
| Dealer Agreement – Monaco | Golden Coach & Marine | 01/01/08 |
| Dealer Agreement – Monaco | Great American RV Center | 01/01/08 |
| Dealer Agreement – Monaco | Guarantee RV | 01/01/08 |
| Dealer Agreement – Monaco | Guaranty RV Centers | 03/01/04 |
| Dealer Agreement – Monaco | John Bleakley Motor Homes | 10/01/05 |
| Dealer Agreement – Monaco | Johnston RV Country | 01/01/06 |
| Dealer Agreement – Monaco | K & C LLC dba Colorado RV Outlet | 01/01/08 |
| Dealer Agreement – Monaco | Kohler Caravans | 05/01/01 |
| Dealer Agreement – Monaco | Lazydays RV Center, Inc. | 01/01/02 |
| Dealer Agreement – Monaco | Leo's Vacation Center | 03/01/08 |
| Dealer Agreement – Monaco | Lightnin RV Sales & Service | 04/26/06 |
| Dealer Agreement – Monaco | Monaco of Las Vegas | 01/01/07 |
| Dealer Agreement – Monaco | Motor Home Specialist | 01/01/08 |
| Dealer Agreement – Monaco | Nextri/Monaco of Montreal | 06/01/07 |
| Dealer Agreement – Monaco | North Trail RV | 01/01/08 |
| Dealer Agreement – Monaco | Olinger Travel Homes | 01/01/07 |
| Dealer Agreement – Monaco | Paul Everts RV Country | 01/01/06 |
| Dealer Agreement – Monaco | Paul Everts RV Country - NV | 01/01/06 |
| Dealer Agreement – Monaco | Profile's State Line Superstore | 01/01/07 |
| Dealer Agreement – Monaco | Range Vehicle Center | 01/01/06 |
| Dealer Agreement – Monaco | River City RV | 01/01/06 |
| Dealer Agreement – Monaco | RV America Inc | 01/01/08 |
| Dealer Agreement – Monaco | RV Connections | 05/20/06 |
| Dealer Agreement – Monaco | RV Legends/Valenti Motors | 01/01/05 |
| Dealer Agreement – Monaco | RV World Recreation Veh. Ctr. | 01/01/08 |
| Dealer Agreement – Monaco | Shabbona Creek RV | 01/01/07 |
| Dealer Agreement – Monaco | Sierra RV | 01/01/07 |
| Dealer Agreement – Monaco | Simi RV | 01/01/08 |
| Dealer Agreement – Monaco | Siskiyou RV/Mock Ford | Undated |
| Dealer Agreement – Monaco | Smith RV/Maynard Smith Mobile Homes & RV | 09/15/04 |
| Dealer Agreement – Monaco | Southaven RV | 12/31/07 |
| Dealer Agreement – Monaco | Southwest RV Centers LLC dba Camping World RV Sales | 01/01/06 |
| Dealer Agreement – Monaco | Stier's RV Centers dba Camping World RV Sales | 01/01/08 |

| | | |
|---|---|---|
| Dealer Agreement – Monaco | Stolzfus RV | 01/01/08 |
| Dealer Agreement – Monaco | Sun City RV | 01/01/08 |
| Dealer Agreement – Monaco | Team California RV | 01/01/06 |
| Dealer Agreement – Monaco | The Hitch House | 06/01/07 |
| Dealer Agreement – Monaco | The Turning Wheel RV Center | 08/22/06 |
| Dealer Agreement – Monaco | Tom Johnson Camping Center | 01/01/02 |
| Dealer Agreement – Monaco | Travelworld RV | 01/01/06 |
| Dealer Agreement – Monaco | United RV World | Undated |
| Dealer Agreement – Monaco | USRV | 12/31/07 |
| Dealer Agreement – Monaco | Venture Out RV Sales/Camping World | 01/17/07 |
| Dealer Agreement – Monaco | Hart & Vogt Inc. | 01/01/08 |
| Dealer Agreement – Monaco | Webster City RV | 11/11/05 |
| Dealer Agreement – Monaco | Youngblood RV | 08/04/04 |
| Dealer Agreement – Monaco | ZZZ's RV | 12/01/08 |
| Dealer Agreement – Safari | Bella Vista RV Centre, Inc. | Undated |
| Dealer Agreement – Safari | Best RV Center | 11/01/07 |
| Dealer Agreement – Safari | Boat N RV Superstore PA | 11/01/07 |
| Dealer Agreement – Safari | Bridgeton Travel Trailer | 11/28/06 |
| Dealer Agreement – Safari | Campers RV Center | 08/01/07 |
| Dealer Agreement – Safari | Colerain RV Cenet | 06/14/03 |
| Dealer Agreement – Safari | Cross Country RV | 05/01/06 |
| Dealer Agreement – Safari | DLRV Sales | 09/24/07 |
| Dealer Agreement – Safari | Equipment Plaisance G Boisvert | 12/15/05 |
| Dealer Agreement – Safari | Evergreen RV Center | 01/01/04 |
| Dealer Agreement – Safari | Freedom RV | 08/30/07 |
| Dealer Agreement – Safari | Great American RV Center, Inc. | 05/16/06 |
| Dealer Agreement – Safari | H.W. Motorhomes Inc. MI | Undated |
| Dealer Agreement – Safari | Holiday Motorhomes Fife | 05/01/07 |
| Dealer Agreement – Safari | Holiday Motorhomes of AZ | 05/01/07 |
| Dealer Agreement – Safari | Holiday World of Austin | 09/01/02 |
| Dealer Agreement – Safari | Hopes Camper Corner | 6/28/06 |
| Dealer Agreement – Safari | JDM Acquisitions dba Florida Outdoors | 03/01/06 |
| Dealer Agreement – Safari | Keystone RV Center | 06/27/07 |
| Dealer Agreement – Safari | Lazydays RV Center, Inc. | 01/01/07 |
| Dealer Agreement – Safari | Le Geant Motorise, Inc. | 06/04/03 |
| Dealer Agreement – Safari | Leisureland Camper Village | Undated |
| Dealer Agreement – Safari | McMahons Colton | 05/01/07 |
| Dealer Agreement – Safari | McMahons Irvine | 05/01/07 |
| Dealer Agreement – Safari | McMahons Stanton | 05/01/07 |
| Dealer Agreement – Safari | Minnesota RV | 01/01/06 |
| Dealer Agreement – Safari | Monaco of Indianapolis dba Lee's RV | 04/11/08 |
| Dealer Agreement – Safari | Monaco of Las Vegas | 09/01/07 |
| Dealer Agreement – Safari | Motor Coach Sales of Oregon | 06/01/06 |
| Dealer Agreement – Safari | Motor Home Specialist | 01/01/06 |
| Dealer Agreement – Safari | Our Family RV Center | 01/01/06 |

| | | |
|---|---|---|
| Dealer Agreement – Safari | Paul Everts RV Country | 04/01/02 |
| Dealer Agreement – Safari | Paul Everts RV Country - NV | 01/01/06 |
| Dealer Agreement – Safari | Pontiac RV | 03/01/06 |
| Dealer Agreement – Safari | Quality RV Center | 01/16/07 |
| Dealer Agreement – Safari | Queenstown RV & Marine | 12/01/07 |
| Dealer Agreement – Safari | RV America | 1/1/06 |
| Dealer Agreement – Safari | RV Specialist | 01/01/07 |
| Dealer Agreement – Safari | RV Superstore of Mocksville dba Jeff's RV Superstore | 11/30/05 |
| Dealer Agreement – Safari | Simi RV | 05/01/07 |
| Dealer Agreement – Safari | Sirpilla RV Centers LLC | 12/01/07 |
| Dealer Agreement – Safari | Siskiyou RV/Mock Ford | 05/16/06 |
| Dealer Agreement – Safari | Sterling RV Center | 11/01/06 |
| Dealer Agreement – Safari | The RV Shop, Inc | 08/01/07 |
| Dealer Agreement – Safari | Toscano RV Center | 10/11/07 |
| Dealer Agreement – Safari | Travelworld RV | 01/01/05 |
| Dealer Agreement – Safari | Tropical RV Centers | Undated |
| Dealer Agreement – Safari | Valley RV Center | 11/29/06 |
| Dealer Agreement – Safari | Zerteck dba Boat N RV Mega Store SC | 11/01/07 |
| Dealer Agreement – Safari | Zerteck dba Boat N RV Superstore | 11/01/07 |
| Dealer Agreement – Safari | ZZZ's RV | 07/01/03 |

2. To the extent not included above, any other agreement by and between one or more of the Sellers and any Monaco dealers.