IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MONACO COACH CORPORATION, et al.,[1] | ) Case No. 09-10750-KJC |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) **Related Docket No. 240** |

**ORDER AMENDING EXHIBIT 1 TO ORDER (A) APPROVING BID PROCEDURES FOR THE SALE OF CERTAIN ASSETS RELATED TO THE DEBTORS' CORE MANUFACTURING BUSINESS;(B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE AND APPROVE THE FORM AND MANNER OF NOTICE RELATED THERETO; (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (D) ESTABLISHING PROCEDURES RELATING TO THE REJECTION OF CERTAIN CONTRACTS; (E) APPROVING CERTAIN EXPENSE REIMBURSEMENTS PROVISIONS; AND (F) GRANTING OTHER RELATED RELIEF**

On May 1, 2009, the Court conducted a hearing (the "Bid Procedures Hearing") regarding the motion (the "Motion") of the captioned debtors and debtors in possession (the "Debtors") for entry of an Order (a) approving bid procedures (the "Bid Procedures") for the sale of certain assets related to the Debtors' core RV manufacturing business; (b) scheduling an auction and hearing to consider the sale and approve the form and manner of notice related thereto; (c) establishing procedures relating to the assumption and assignment of certain

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Monaco Coach Corporation (0244); Signature Motorcoach Resorts, Inc. (8980); Naples Motorcoach Resort, Inc. (1411); Port of the Isles Motorcoach Resort, Inc. (8524); Outdoor Resorts of Las Vegas, Inc. (8478); Outdoor Resorts Motorcoach Country Club, Inc. (1141); Signature Resorts of Michigan, Inc. (4020); La Quinta Motorcoach Resorts, Inc. (9661); R-Vision Holdings L.L.C. (2820); R-Vision, Inc. (3151); R-Vision Motorized, LLC (1985); Bison Manufacturing, LLC (0778) and Roadmaster LLC (5174). The address for each of the Debtors is 91320 Coburg Industrial Way, Coburg, OR 97408, with the exceptions of R-Vision, Inc., R-Vision Motorized, LLC, Bison Manufacturing, LLC and Roadmaster LLC, for which the address is 606 Nelson's Parkway, Wakarusa, IN 465733060; and La Quinta Motorcoach Resorts, Inc., for which the address is 80-501 Ave 48, Indio, CA 92201.

57527-002\DOCS_DE:147772.1

contracts, including notice of proposed cure amounts; (d) establishing procedures relating to the rejection of certain contracts; (d) approving certain expense reimbursement provisions; and (e) granting other related relief,[2] and, that same day, having entered its *Order (A) Approving Bid Procedures for the Sale of Certain Assets Related to the Debtors' Core Manufacturing Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Establishing Procedures Relating to the Rejection of Certain Contracts; (E) Approving Certain Expense Reimbursements Provisions; and (F) Granting Other Related Relief* [Docket No. 240] (the "Bid Procedures Order"); and the Court having permitted the Debtors to read into the record at the Bid Procedures Hearing additional modifications to the Bid Procedures proposed by the Committee and acceptable to other parties in interest, and the Debtors having memorialized such additional modifications in the amended Bid Procedures annexed hereto as Exhibit "1" (the "Amended Bid Procedures"), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Bid Procedures Order is amended to substitute the attached Amended Bid Procedures as Exhibit "1" to the Bid Procedures Order.

Dated: May 4, 2009

The Honorable Kevin J. Carey
United States Bankruptcy Judge

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed thereto in the Motion.