IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LA QUINTA MOTORCOACH RESORTS, INC., [1] | ) | Case No. 09-10757 (KJC) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | |

## DISCLAIMERS AND NOTES RE: SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### General Disclaimer

The Debtors have prepared the Schedules of Assets and Liabilities and the Statement of Financial Affairs (the "Schedules and Statements") based on the information reflected in the Debtors' current books and records. However, inasmuch as the Debtors' current books and records have not been audited as of the date of these Schedules and Statements, the Debtors cannot warrant the absolute accuracy of these documents. The Debtors have made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtors will amend and supplement the Schedules and Statements.

### Schedule B Disclaimer

Unless otherwise noted, all of the amounts listed on Schedule B represent the value of the Debtors' assets as reflected in the Debtors' books and records (net of depreciation or amortization where applicable). The Debtors have performed no independent review of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in the Debtors' books and records. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests.

### Schedule D Disclaimer

The Debtors have listed creditors as "Creditors Holding Secured Claims" for informational purposes only, and do not acknowledge or admit, by so classifying, the existence, validity, or amount of the claim or of any security interest these creditors may claim to have against any or all of the Debtors' assets. The Debtors expressly retain all rights to challenge the existence, validity, perfection, collectability or amount of any alleged secured claim, and retain all other rights and powers to challenge said alleged secured claim, on any basis, including, without limitation, the right to equitable or contractual subordination of such claim.

Certain items of equipment are, or may be, subject to leases or capital leases where the lessor/financier has filed or asserted a secured claim. The Debtors reserve the right to challenge or reclassify such lessor's or financier's claim.

The Debtors' failure to designate a claim on Schedule D as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on Schedule D as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Moreover, the Debtors reserve the right to challenge the amount, nature, and classification of any claim listed on Schedule D.

## Schedule E Disclaimer

As of the Petition Date, certain employees may have been owed (i) wages, salaries, and commissions earned in the 180 days prior to the Petition Date ("Priority Wages") and (ii) accrued and unused paid time off for vacation, sick leave, and paid leave earned prior to the Petition Date ("Prepetition PTO"). Pursuant to the Court's *Order (I) Authorizing, But Not Requiring, Debtors to Pay Pre-Petition Wages, Salaries and Other Compensation (II) Authorizing the Debtors to Maintain Benefits Programs and (III) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests* [Docket No. 31], entered March 10, 2009, the Debtors paid the Pre-Petition Payroll Obligations to certain employees as described therein, and are authorized to allow its remaining employees to take Vacation Time at the Debtors' discretion in the ordinary course of the Debtors' business. Notwithstanding the payment of Pre-Petition Payroll Obligations and any other amounts to certain employees and the use of Vacation Time by certain employees, the employee claims listed in this Schedule E are listed in the full amount owed as of the Petition Date.

Amounts listed on Schedule E are preliminary amounts and are subject to reconciliation and amendment by the Debtors. The Debtors' characterization of these claims as priority claims is preliminary in nature, and the Debtors reserve their rights to dispute or challenge whether such claims are entitled to priority.

The Debtors' failure to designate a claim on Schedule E as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on Schedule E as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Moreover, the Debtors reserve the right to challenge the amount, nature, and classification of any claim listed on Schedule E.

## Schedule F Disclaimer

The claims listed in Schedule F arose or were incurred on various dates. A determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive. Therefore, the Debtors have not specified the dates on which the claims listed on Schedule F arose or were incurred.

The Debtors' failure to designate a claim on Schedule F as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on Schedule F as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Moreover, the Debtors reserve the right to challenge the amount, nature, and classification of any claim listed on Schedule F.

## Schedule G Disclaimer

The information set forth herein was derived from the Debtors' books and records. The Debtors reserve the right to amend any of the items set forth herein if and when more updated information becomes available.

This Schedule "G" List of Executory Contracts and Unexpired Leases is furnished for informational purposes only to apprise parties in interest of possible contractual relationships of the Debtors as of the commencement of these cases and is derived from documents in the possession of the Debtors. This Schedule is not an admission or recognition that any contractual relationship exists or existed or that, if such a relation existed, said relationship presently exists. The Debtors do not waive any right to rescission or reformation or defense respecting any contract.

Similarly, Schedule G is not an admission or recognition that any contractual relationship constitutes an "Executory Contract." Some contracts listed in Schedule G may have been validly terminated or expired by their own terms prior to the commencement of these cases, but have been listed notwithstanding any such possible termination or expiration in order to provide representation of the Debtors' affairs and in the event that one or more parties in interest may take the position that an executory contract existed as of the commencement of this case.

Similarly, Schedule G is not an admission or recognition that any contractual relationship constitutes a lease or an "Executory Contract" nor is the characterization of a contract as a "Lease" an admission that the contract is a true Lease and not a Security Agreement. In fact, Agreements entitled "Lease" may constitute Security Agreements.

# United States Bankruptcy Court
# District Of Delaware

La Quinta Motorcoach Resorts, Inc.          09-10757     **11**

Debtor                      Case No. (If known)     Chapter

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | OTHER |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | |
| A - Real Property | YES | 1 | $7,241,265.00 | | |
| B - Personal Property | YES | 4 | $0.00 | | |
| C - Property Claimed As Exempt | YES | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $73,632,461.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $18,073,062.07 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | NO | 4 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | |
| Total | | 17 | $7,241,265.00 | $91,705,523.34 | |

In re    La Quinta Motorcoach Resorts, Inc.                    Case No.    09-10757
_____                              _____
            Debtor                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, inlcuding all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **REAL PROPERTY**<br><br>**MONROE ST & 58TH AVE**<br><br>**RIVERSIDE, CA 92504** | **OWNER** | | **$7,241,265.00** | **UNKNOWN** |

Total          **$7,241,265.00**

Subtotal          **$7,241,265.00**
(Total of this page)

| In re | La Quinta Motorcoach Resorts, Inc. | Case No.: | 09-10757 |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | x | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | x | | | |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |

| In re | La Quinta Motorcoach Resorts, Inc. | | Case No.: | 09-10757 | |
|---|---|---|---|---|---|
| | | Debtor. | | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | x | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | x | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | x | | | |
| 16. Accounts receivable. | x | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | x | | | |

| In re | La Quinta Motorcoach Resorts, Inc. | | Case No.: | 09-10757 | |
|---|---|---|---|---|---|
| | | Debtor. | | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | x | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | x | | | |

| In re | La Quinta Motorcoach Resorts, Inc. | | Case No.: | 09-10757 | |
|---|---|---|---|---|---|
| | | Debtor. | | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. Inventory. | x | | | |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize. | x | | | |

Total $0.00

| In re  **La Quinta Motorcoach Resorts, Inc.** | Case No.:  **09-10757** |
|---|---|
| Debtor. | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522 (b)(2)

☐ 11 U.S.C. § 522 (b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF THE PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **NONE** | | | |

**B6D (Official Form 6D) (12/07)**

| In re La Quinta Motorcoach Resorts, Inc. | Case No.: 09-10757 |
|---|---|
| Debtor. | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of **ACCOUNT NO.** _____<br>**ABLECO FINANCE LLC**<br>ATTN: KEVIN CROSS AND ALEX RASKIN<br>11812 SAN VICENTE BOULEVARD<br>SUITE 300<br>LOS ANGELES, CA 90049 | Y | | 1ST PRIORITY: REAL ESTATE AND CERTAIN PERSONAL PROPERTY<br>2ND PRIORITY: A/R AND INVENTORY<br><br>**VALUE** | | | X | $37,082,891.32 | |
| Last four digits of **ACCOUNT NO.** _____<br>**BANK OF AMERICA**<br>ATTN: TODD EGGERTSON<br>55 SOUTH LAKE AVENUE<br>SUITE 900<br>PASADENA, CA 91101 | Y | | 1ST PRIORITY: A/R AND INVENTORY<br>2ND PRIORITY: REAL ESTATE AND OTHER ASSETS<br><br>**VALUE** | | | X | $36,549,569.95 | |

| Total | $73,632,461.27 | UNKNOWN |
|---|---|---|
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

| | Subtotal<br>(Total of this page) | $73,632,461.27 | $0.00 |
|---|---|---|---|

\* Contingent, unliquidated and disputed with respect to status as secured creditor.

_0_ Continuation Sheets Attached

| | |
|---|---|
| **La Quinta Motorcoach Resorts, Inc.** | **09-10757** |
| Debtor | Case No. (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS *(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)*

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans.**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the creation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (12/07) - Cont.

La Quinta Motorcoach Resorts, Inc.                                                09-10757
_____                                          _____
Debtor                                                                          Case No. (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (3 continuation sheets attached)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ATTORNEY GENERAL<br>1300 I STREET<br>SACRAMENTO, CA 95814 | | | TAXING AGENCIES | x | x | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>COMMISSION ON STATE FINANCE<br>915 CAPITOL MALL<br>SACRAMENTO, CA 95814 | | | TAXING AGENCIES | x | x | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>CONSUMER AFFAIRS DEPARTMENT<br>400 R STREET<br>SACRAMENTO, CA 95814 | | | TAXING AGENCIES | x | x | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P O BOX 7040<br>DOVER, DE 19903 | | | GOVERNMENTAL AGENCIES | x | x | | UNKNOWN | unknown | unknown |
| ACCOUNT NO.<br>DEPARTMENT OF FINANCE<br>RIVERSIDE COUNTY ASSESSOR-CLERK-RECORDER<br>4080 LEMON STREET, 1ST FLOOR<br>RIVERSIDE, CA 92502 | | | TAXING AGENCIES | x | x | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>DEPARTMENT OF THE INTERIOR<br>1849 C STREET NORTHWEST<br>WASHINGTON DC 20240 | | | GOVERNMENTAL AGENCIES | x | x | | UNKNOWN | unknown | unknown |
| ACCOUNT NO.<br>DEPT OF ENVIRONMENTAL QUALITY<br>811 SOUTHWEST 6TH AVENUE<br>PORTLAND 97204-1390 | | | GOVERNMENTAL AGENCIES | x | x | | UNKNOWN | unknown | unknown |

Subtotal
(Totals of this page)

| $0.00 | $0.00 | $0.00 |
|---|---|---|

La Quinta Motorcoach Resorts, Inc.                                                09-10757

**Debtor**                                                                        **Case No. (If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (3 continuation sheets attached)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **DIVISION OF UNEMPLOYMENT INSURANCE DEPARTMENT OF LABOR 4425 NORTH MARKET STREET WILMINGTON, DE 19802** | | | **GOVERNMENTAL AGENCIES** | x | x | | **UNKNOWN** | unknown | unknown |
| ACCOUNT NO. <br> **ENVIRONMENTAL PROTECTION AGENCY C/O TRI DATA PROCESSING CENTER P.O. BOX 1513 LANHAM, MD 20703** | | | **GOVERNMENTAL AGENCIES** | x | x | | **UNKNOWN** | unknown | unknown |
| ACCOUNT NO. <br> **EQUALIZATION BOARD 3321 POWER INN ROAD # 210 SACRAMENTO, CA 95826** | | | **TAXING AGENCIES** | x | x | | **UNKNOWN** | **UNKNOWN** | **UNKNOWN** |
| ACCOUNT NO. <br> **FRANCHISE TAX BOARD P O BOX 942840 SACRAMENTO, CA 94820-0001** | | | **TAXING AGENCIES** | x | x | | **UNKNOWN** | **UNKNOWN** | **UNKNOWN** |
| ACCOUNT NO. <br> **INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19711-5445** | | | **GOVERNMENTAL AGENCIES** | x | x | | **UNKNOWN** | unknown | unknown |
| ACCOUNT NO. <br> **RIVERSIDE COUNTY AUDITOR CNTRL PO BOX 1326 RIVERSIDE, CA 92502** | | | **TAXING AGENCIES** | x | x | | **UNKNOWN** | **UNKNOWN** | **UNKNOWN** |
| ACCOUNT NO. <br> **SALES & USE TAX 28 CIVIC CENTER PLAZA # 239 SANTA ANA, CA 92701** | | | **TAXING AGENCIES** | x | x | | **UNKNOWN** | **UNKNOWN** | **UNKNOWN** |

Subtotal
(Totals of this page)                              | $0.00 | $0.00 | $0.00 |

Debtor                                                               Case No. (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (3 continuation sheets attached)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H,W,J,C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SECRETARY OF THE TREASURY<br>PO BOX 7040<br>DOVER, DE 19903 | | | GOVERNMENTAL AGENCIES | x | x | | UNKNOWN | unknown | unknown |
| ACCOUNT NO.<br>SECURITIES EXCHANGE COMMISSION<br>15TH PENNSYLVANIA AVENUE NORTHWEST<br>WASHINGTON, D C 20020 | | | GOVERNMENTAL AGENCIES | x | x | | UNKNOWN | unknown | unknown |
| ACCOUNT NO.<br>STATE OF DELAWARE<br>820 NORTH FRENCH STREET<br>DIVISION OF REVENUE 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | | | GOVERNMENTAL AGENCIES | x | x | | UNKNOWN | unknown | unknown |
| ACCOUNT NO.<br>TAX DEPARTMENT<br>3301 C STREET # 712<br>SACRAMENTO, CA 95816 | | | TAXING AGENCIES | x | x | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>TREASURERS OFFICE<br>915 CAPITOL MALL # 110<br>SACRAMENTO, CA 95814 | | | TAXING AGENCIES | x | x | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>U S DEPARTMENT OF AGRICULTURE<br>1400 INDEPENDENCE AVENUE SOUTHWEST<br>WASHINGTON, D C 20250-0003 | | | GOVERNMENTAL AGENCIES | x | x | | UNKNOWN | unknown | unknown |
| ACCOUNT NO.<br>U.S. ATTORNEY'S OFFICE<br>PO BOX 2046<br>1201 MARKET STREET, SUITE 1100<br>WILMINGTON, DE 19899-2046 | | | GOVERNMENTAL AGENCIES | x | x | | UNKNOWN | unknown | unknown |

Subtotal
(Totals of this page)

| $0.00 | $0.00 | $0.00 |
|---|---|---|

La Quinta Motorcoach Resorts, Inc.                                                09-10757

Debtor                                                                          Case No. (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (3 continuation sheets attached)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **UNITED STATES OF AMERICA** <br> **C/O US DEPARTMENT OF HOMELAND SECURITY** <br> **US DEPARTMENT OF HOMELAND SECURITY** <br> **WASHINGTON, DC 20528** | | | **GOVERNMENTAL AGENCIES** | x | x | | **UNKNOWN** | **unknown** | **unknown** |
| **ACCOUNT NO.** <br><br> **UNITED STATES OF AMERICA** <br> **C/O US DEPARTMENT OF HOMELAND SECURITY** <br> **US DEPARTMENT OF HOMELAND SECURITY** <br> **WASHINGTON, DC 20528** | | | **GOVERNMENTAL AGENCIES** | x | x | | **UNKNOWN** | **unknown** | **unknown** |
| **ACCOUNT NO.** <br><br> **US FOREST SERVICE** <br> **1400 INDEPENDENCE AVENUE SOUTHWEST** <br> **WASHINGTON, D C 20250-0003** | | | **GOVERNMENTAL AGENCIES** | x | x | | **UNKNOWN** | **unknown** | **unknown** |
| **ACCOUNT NO.** <br><br> **US FOREST SERVICE** <br> **1400 INDEPENDENCE AVENUE SOUTHWEST** <br> **WASHINGTON, D C 20250-0003** | | | **GOVERNMENTAL AGENCIES** | x | x | | **UNKNOWN** | **unknown** | **unknown** |

| | Total | $0.00 | | |
|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | |
| | Totals | | $0.00 | $0.00 |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

| Subtotal (Totals of this page) | $0.00 | $0.00 | $0.00 |
|---|---|---|---|

**La Quinta Motorcoach Resorts, Inc.**                                                    09-10757

Debtor                                                                                    Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a "minor child" is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on the page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding general unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**MONACO COACH CORP.**<br>**91823 COBURG INDUSTRIAL WAY**<br>**COBURG, OR 97408** | | | **INTERCOMPANY PAYABLE** | | | | $17,710,555.07 |
| ACCOUNT NO.<br><br>**SIGNATURE MOTORCOACH RESORTS**<br>**91320 COBURG INDUSTRIAL WAY**<br>**COBURG, OR 97408** | | | **INTERCOMPANY PAYABLE** | | | | $362,507.00 |
| | | | | | | Total | $18,073,062.07 |

Subtotal                         $18,073,062.07
                                                                              (Total of this page)

**La Quinta Motorcoach Resorts, Inc.**
_____

Debtor

**09-10757**
_____

Case No. (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B, a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R. Bankr. P. 1007(m).

**X** Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **NONE** | |

**La Quinta Motorcoach Resorts, Inc.**                    09-10757

Debtor                                                    Case No. (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B, a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| MONACO COACH COMPANY<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |
| SIGNATURE MOTORCOACH RESORTS, INC.<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |
| NAPLES MOTORCOACH RESORT, INC.<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |
| PORT OF THE ISLES OF MOTORCOACH RESORT, INC<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |
| OUTDOOR RESORT OF LAS VEGAS, INC.<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |
| OUTDOOR RESORTS MOTORCOACH COUNTRY CLUB, INC.<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |
| SIGNATURE RESORTS OF MICHIGAN, INC.<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| R-VISION HOLDINGS, LLC<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |
| R-VISION, INC.<br>606 NELSON'S PARKWAY<br>WAKARUSA, IN 46573 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |
| R-VISION MOTORIZED LLC<br>606 NELSON'S PARKWAY<br>WAKARUSA, IN 46573 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |
| BISON MANUFACTURING, LLC<br>606 NELSON'S PARKWAY<br>WAKARUSA, IN 46573 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |
| ROADMASTER LLC<br>606 NELSON'S PARKWAY<br>WAKARUSA, IN 46573 | ABLECO FINANCE LLC<br>AS COLLATERAL AND ADMINISTRATIVE AGENT<br>299 PARK AVENUE, 22ND FLOOR<br>NEW YORK, NY 10171 |
| MONACO COACH COMPANY<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |
| SIGNATURE MOTORCOACH RESORTS, INC.<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |
| NAPLES MOTORCOACH RESORT, INC.<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| PORT OF THE ISLES OF MOTORCOACH RESORT, INC<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |
| OUTDOOR RESORT OF LAS VEGAS, INC.<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |
| OUTDOOR RESORTS MOTORCOACH COUNTRY CLUB, INC.<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |
| SIGNATURE RESORTS OF MICHIGAN, INC.<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |
| R-VISION HOLDINGS, LLC<br>91320 COBURG INDUSTRIAL WAY<br>COBURG, OR 97408 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |
| R-VISION, INC.<br>606 NELSON'S PARKWAY<br>WAKARUSA, IN 46573 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |
| R-VISION MOTORIZED LLC<br>606 NELSON'S PARKWAY<br>WAKARUSA, IN 46573 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |
| BISON MANUFACTURING, LLC<br>606 NELSON'S PARKWAY<br>WAKARUSA, IN 46573 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ROADMASTER LLC<br>606 NELSON'S PARKWAY<br>WAKARUSA, IN 46573 | BANK OF AMERICA N A<br>55 SOUTH LAKE AVENUE SUITE 900<br>PASADENA, CA 91101 |

La Quinta Motorcoach Resorts, Inc.
09-10757

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, P. Martin Daley, Vice President, declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of ___18___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: May 04, 2009                    Signature _____

P. Martin Daley
Vice President
La Quinta Motorcoach Resorts, Inc.

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)