David M. Larson
119 Rainbow Drive #1996
Livingston, Texas 77399

June 11, 2009

Honorable Kevin J. Carey
824 North Market Street
Wilmington, DE 19801

RE: Monaco/Navistar 09-1075

Honorable Kevin J. Carey

I don't know much about the Chapter 11 process. I tried to read and understand by looking on the internet but not much help there.

I note that you have approved the sale of Monaco to Navistar. I don't really have a problem with that per se but I do have some comments/questions.

By Navistar "buying certain assets" of Monaco Coach Corporation do they just cut current secured and non-secured debtors or stockholders out of any possible payment for sale of assets? When Navistar bought the "certain assets" where did that money go?

I note that Monaco executives for the most part will maintain there positions working for Navistar. As part of this buyout by Navistar did Monaco executives get employment deals or any other compensation? Was this part of the changes the Monaco board made to the company charter (may not be the right word) less than a year ago in the event they were bought out?

Not only with Monaco but with other companies, I just don't understand why executives that fail appear to get rewarded. Their "rewards" are certainly not for a "job well done". I would think that when a company goes Chapter 11 employment contracts or management enrichment of any kind, if any, should be null and void. If stockholders loose it all so should management.

Is there anyplace on the internet I can find answers to my questions that is in plain English?

In a spirit of honesty, I was a stockholder but I understand the risks of investing.

Thank you, I feel better,

David M. Larson
dml4002@yahoo.com