IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 7 |
| | : | |
| MONACO COACH CORPORATION, | : | Case No. 09-10750 (KJC) |
| | : | |
| Debtor. | : | (Jointly Administered) |

NOTICE TO INTERIM TRUSTEE/ TRUSTEE OF SELECTION IN AN ASSET CASE

TO:   George L. Miller

You are hereby notified of your appointment in an asset case as Interim Trustee/Trustee of the estate of the above named debtor. The amount of your bond has been fixed by the United States Trustee. You are required to notify **WILLIAM K. HARRINGTON, ASSISTANT UNITED STATES TRUSTEE,** at J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, DE. 19801 in writing within (5) days after receipt of this notice only if you reject this case.

ROBERTA A. DEANGELIS
ACTING UNITED STATES TRUSTEE
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED:   June 30, 2009