IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MONACO COACH CORPORATION, et al.,[1] | ) | Case No. 09-10750 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION RE: TURN OVER OF HELD FUNDS TO CHAPTER 7 TRUSTEE**

The undersigned hereby certifies that:

1.      The undersigned hereby certifies that on July 17, 2009, Pachulski

Stang Ziehl & Jones LLP ("PSZ&J"), counsel to the above-captioned debtors and former

chapter 11 debtors in possession, MCC Corporation f/k/a Monaco Coach Corporation, et al.

(collectively, the "Debtors"), George L. Miller, Chapter 7 Trustee, (the "Trustee") in the

Debtors' bankruptcy cases, and Quality Enterprises USA, Inc. ("Quality"), entered into that

certain *Stipulation Re: Turn Over of Held Funds to Chapter 7 Trustee* (the "Stipulation"). A

true and correct copy of the Stipulation is attached hereto as Exhibit A.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Monaco Coach Corporation (0244); Signature Motorcoach Resorts, Inc. (8980); Naples Motorcoach Resort, Inc. (1411); Port of the Isles Motorcoach Resort, Inc. (8524); Outdoor Resorts of Las Vegas, Inc. (8478); Outdoor Resorts Motorcoach Country Club, Inc. (1141); Signature Resorts of Michigan, Inc. (4020); La Quinta Motorcoach Resorts, Inc. (9661); R-Vision Holdings L.L.C. (2820); R-Vision, Inc. (3151); R-Vision Motorized, LLC (1985); Bison Manufacturing, LLC (0778) and Roadmaster LLC (5174).  The address for each of the Debtors is 91320 Coburg Industrial Way, Coburg, OR  97408, with the exceptions of R-Vision, Inc., R-Vision Motorized, LLC, Bison Manufacturing, LLC and Roadmaster LLC, for which the address is 606 Nelson's Parkway, Wakarusa, IN  465733060; and La Quinta Motorcoach Resorts, Inc., for which the address is 80-501 Ave 48, Indio, CA 92201.

57527-001\DOCS_DE:150875.1

2.      Attached hereto is a proposed form of order (the "Order") that

approves the Stipulation as an order of the Court.

3.      For the reasons set forth in detail in the Stipulation, the parties

respectfully request that the Court enter the Order at its earliest convenience.

4.      Counsel for the Debtors is available should the Court have any

questions or concerns with respect to the foregoing.

Date: July 17, 2009                        PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (DE Bar No. 2436)
Robert B. Orgel (CA Bar No. 101875)
Malhar S. Pagay (CA Bar No. 189289)
Victoria A. Newmark (CA Bar No. 183581)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400
email:  ljones@pszjlaw.com
          rorgel@pszjlaw.com
          mpagay@pszjlaw.com
          vnewmark@pszjlaw.com
          tcairns@pszjlaw.com

Counsel for Debtors