# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MONACO COACH CORPORATION, *et al.*, | Case No. 09-10750 (KJC) |
| | (Jointly Administered) |
| Debtors. | RE: Docket No. 187, 312, 326, 315 |

## ORDER GRANTING, IN PART, (I) MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROCEEDING FILED BY DOREEN AND SAMUEL AVOLA; AND (II) MOTION OF LAZY DAYS R.V. CENTER, INC. FOR ORDER MODIFYING THE STAY TO ALLOW DISTRICT COURT PROCEEDINGS TO CONTINUE AGAINST DEBTOR AND LAZY DAYS R.V. CENTER, INC.

AND NOW, this 23rd day of July, 2009, upon consideration of the Motion for Relief from Automatic Stay of Proceeding filed by Doreen and Samuel Avola [Docket No. 187] (the "Avola Motion for Relief"), the Response of Lazy Days R.V. Center Inc. to the Avola Motion for Relief, and the Motion of Lazy Days R.V. Center Inc. for Order Modifying the Stay to Allow District Court Proceedings to Continue Against Debtor and Lazy Days R.V. Center, Inc. (the "Lazy Days Motion for Relief")[collectively, filed at Docket No. 312], and the Debtors' Objection to Samuel and Doreen Avola's Motion for Relief [Docket No. 326], and after preliminary hearing thereon, which was heard by this Court on May 22, 2009, it is hereby

ORDERED that the Avola Motion for Relief is granted in part, and the automatic stay pursuant to 11 U.S.C. § 362 is lifted for the sole purpose of allowing the mediation scheduled for May 27, 2009 in case no. 8:08-CV-883-JSM-EAJ pending in the United States District Court for the Middle District of Florida to proceed; and it is further

ORDERED that the Lazy Days Motion for Relief is granted in part, and the automatic stay pursuant to 11 U.S.C. § 362 is lifted for the sole purpose of allowing the mediation

scheduled for May 27, 2009 in the case no. 8:08-CV-883-JSM-EAJ pending in the United States District Court for the Middle District of Florida to proceed; and it is further

ORDERED that, except as modified herein, the automatic stay shall remain in full force and effect.

BY THE COURT:

_____
Kevin J. Carey,
Chief United States Bankruptcy Judge