IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| MCC CORPORATION (f.k.a MONACO COACH ) | Case No. 09-10750 (KJC) |
| CORPORATION), et al.,[2] ) | Jointly Administered |
| ) | |
| ) | Re: Docket No. 473 |

### ORDER APPROVING STIPULATION RE: TURN OVER OF HELD FUNDS TO CHAPTER 7 TRUSTEE

Upon consideration of the *Stipulation Re: Turn Over of Held Funds to Chapter 7 Trustee* entered into by and among Pachulski Stang Ziehl & Jones LLP, counsel to the above-captioned debtors and former chapter 11 debtors in possession, MCC Corporation f/k/a Monaco Coach Corporation, et al., George L. Miller, chapter 7 trustee in the Debtors' bankruptcy cases, and Quality Enterprises USA, Inc., it is hereby

**ORDERED** that the Stipulation is APPROVED.

Dated: July 27, 2009

The Honorable Kevin J. Carey

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Monaco Coach Corporation (0244); Signature Motorcoach Resorts, Inc. (8980); Naples Motorcoach Resort, Inc. (1411); Port of the Isles Motorcoach Resort, Inc. (8524); Outdoor Resorts of Las Vegas, Inc. (8478); Outdoor Resorts Motorcoach Country Club, Inc. (1141); Signature Resorts of Michigan, Inc. (4020); La Quinta Motorcoach Resorts, Inc. (9661); R-Vision Holdings L.L.C. (2820); R-Vision, Inc. (3151); R-Vision Motorized, LLC (1985); Bison Manufacturing, LLC (0778) and Roadmaster LLC (5174). The address for each of the Debtors is 91320 Coburg Industrial Way, Coburg, OR 97408, with the exceptions of R-Vision, Inc., R-Vision Motorized, LLC, Bison Manufacturing, LLC and Roadmaster LLC, for which the address is 606 Nelson's Parkway, Wakarusa, IN 465733060; and La Quinta Motorcoach Resorts, Inc., for which the address is 80-501 Ave 48, Indio, CA 92201.