### IN THE UNITED STATES BANRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Monaco Coach Corporation, et al., | Case No. 09-10750-KJC |
| | Hearing Date: July 23, 2009 at 2:00p.m. (ET) (requested hearing date) |
| Debtors. | RE: DOC NO. 384 |

### ORDER ON METLIFE AUTO AND HOME'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter coming to be heard on the Motion of MetLife Auto and Home (hereinafter, "MetLife"), for Order granting relief from stay to the extent there are insurance proceeds in the above-captioned bankruptcy case of Monaco Coach Corporation ("Debtor"); due notice having been given; the Court having considered the motion and the exhibits attached thereto; and the Court being otherwise duly advised in the promises;

It is hereby ORDERED that:

MetLife is granted relief from stay to seek damages from Debtors in the Circuit Court of the State of Oregon for the County of Jackson, case number 085437L7, entitled <u>MetLife Auto and Home, as subrogee for Robert L. Brodeur and Mara M. Brodeur v. Monaco Coach Corporation</u>, to the extent insurance proceeds exist.

BY THE COURT:

By: _____ 8-3-09
Kevin J. Carey
Chief United States Bankruptcy Judge

Page 1
1s99