IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MCC (F/K/A MONACO COACH CORPORATION), *et al.* | Case No. 09-10750 (KJC) |
| Debtors. | Jointly Administered |

**VERIFIED STATEMENT OF DONALD J. DETWEILER
PURSUANT TO FEDERAL BANKRUPTCY RULE 2006
REGARDING THE VOTING OF MULTIPLE PROXIES
AT SCHEDULED SECTION 341 MEETING OF CREDITORS**

I, Donald J. Detweiler, submit this verified statement (the "**Verified Statement**"), pursuant to Rule 2006 of the Federal Bankruptcy Rules of Bankruptcy Procedure (the "**Federal Rules**"), verifying: (i) the list of proxies to be voted at the scheduled Section 341 Meeting of Creditors; and (ii) the pertinent facts and circumstances in connection with the execution and delivery of each proxy. In support of this Verified Statement, I respectfully state:

1.     I am member, in good standing, of the bars of the State of Delaware and the Commonwealth of Pennsylvania and admitted to practice before the United States District Court for the District of Delaware.

2.     I am a shareholder in the law firm of Greenberg Traurig, LLP, with my principal place of business being located at Suite 1200, The Nemours Building, 1007 North Orange Street, Wilmington, Delaware.

**a)     The Bankruptcy Cases And Scheduling Of The Meeting Of Creditors**

3.     On March 5, 2009 (the "**Petition Date**"), the debtors (the "**Debtors**") each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**").

DEL 86,278,987.2

4.  On March 20, 2009, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an Official Committee of Unsecured Creditors (the "**Committee**") in these cases.

5.  The members of the Committee included:

    - Lazy Days RV Center, Inc.;
    - Onan Corporation;
    - Hardwoods Specialty Products;
    - Villa International;
    - Horizon Transport;
    - Atwood Mobile Products LLC; and
    - Lippert Components.

6.  On June 29, 2009, the Court entered an order converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

7.  On June 30, 2009, the U.S. Trustee appointed George L. Miller as the interim chapter 7 trustee.

8.  On July 16, 2009, the U.S. Trustee sent notice to unsecured creditors advising that a meeting of creditors of creditors pursuant to section 341 of the Bankruptcy Code (the "**341 Meeting**") was to be held on Thursday, August 13, 2009, at 3:00 p.m. at the United States District Court for the District of Delaware, 844 King St., Room 2112, Wilmington, DE 19801 (the "**Bankruptcy Court**").

b)  **Request To Hold And Vote Proxies Of Former Members Of The Committee**

9.  The following former members of the Committee have requested me to hold and vote their proxies at the 341 Meeting:

- Horizon Transport, Inc.;
- Lazy Days RV Center, Inc.;
- Lippert Components, Inc./Kinro;
- Hardwoods Specialty Products US LP;
- Atwood Mobile Products, Inc.;
- Cummins Power Generation;
- Atwood Mobile Products LLC; and
- Villa Furniture Mfg. Co. (d/b/a Villa International Inc.).

10. True and correct photocopies of the proxies (the "**Committee Member Proxies**") are attached hereto as **Exhibit A**.

11. The Committee Proxies authorize me, as attorney in fact, to attend the 341 Meeting, or any adjournment thereof, and to vote, on behalf of the creditor identified in the proxy, on any question that may be lawfully submitted to creditors at such meeting or adjourned meeting, including voting for the election of a chapter 7 trustee.

c) **Request To Hold And Vote Proxies Of Additional Creditors**

12. In addition to the Committee Proxies, I have been requested by certain creditors who were not members of the Committee to hold and vote their proxies at the 341 Meeting (the "**Non-Committee Proxies**"):

- Dometic Corporation.
- Giant Inland Empire RV Center Inc. dba Giant RV

13. True and correct photocopies of the proxies the Non-Committee Proxies are attached hereto as **Exhibit B**.

DEL 86,278,987.2

3

14. The Non-Committee Proxies, like the Committee Proxies authorize me, as attorney in fact, to attend the 341 Meeting, or any adjournment thereof, and to vote, on behalf of the creditor identified in the proxy, on any question that may be lawfully submitted to creditors at such meeting or adjourned meeting, including voting for the election of a chapter 7 trustee.

15. The Non-Committee Proxies further authorize and instruct me to vote for Michael Schwarzmann of XRoads Solutions Group as the chapter 7 trustee for the MCC chapter 7 bankruptcy estates.

16. The Non-Committee Proxies, together with the Committee Proxies, are hereinafter collectively referred to as the "Proxies."

d)  **Amount Of Claims Identified On The Proxies**

17. I understand that as of the Petition Date each of the creditors identified on the Proxies hold allowable unsecured claims against one or more of the Debtors' estates in the following amounts:

| CREDITOR | AMOUNT OF CLAIM |
|---|---|
| Atwood Mobile Products LLC (Eliot Kerlin, Jr.) | $634,137.63 |
| Atwood Mobile Products, Inc. | $6,031.00 |
| Atwood Mobile Products, Inc. | $279,333.92 |
| Atwood Mobile Products, Inc. | $339,697.64 |
| Atwood Mobile Products, Inc. | $9,075.07 |
| Cummins Power Generation (Garry Enyart) | $871,173.60 |
| Dometic Corporation | $348,119.19 |

| | |
|---|---|
| (Greg Weber) | |
| Hardwoods Specialty Products US LP (Kevin Slabaugh) | $878,543.38 |
| Horizon Transport, Inc. (David Miller) | $610,388.04 |
| Horizon Transport, Inc. (David Miller) | $12,985.72 |
| Horizon Transport, Inc. (David Miller) | $165,092.42 |
| Lazy Days RV Center, Inc. (Randall Lay) | $3,645,524.00 |
| Lippert Components, Inc./Kinro (Jim Montague) | $886,525.89 |
| Villa Furniture Mfg Co. (dba Villa International Inc.) (Bill Connelly) | $1,023,409.52 |

18. I further understand that the creditors identified on the Proxies have filed, or will file prior to the 341 Meeting, proofs of claims against the Debtors' estates.

19. True and correct copies of the proofs of claims of the creditors identified in the Proxies are attached hereto as **Exhibit C**.

20. I understand that the creditors identified in the Proxies did not acquire, nor pay for their claims against the Debtors' estates and that the claims are unsecured claims.

e) **No Solicitation Of Proxies And No Consideration Paid Or Promised By The Proxy Holder For The Proxy**

21. Each of the creditors identified in the Proxies requested me, as attorney admitted in good standing before the District Court for the District of Delaware, to hold the creditor's proxy at the 341 Meeting.

22. No consideration has been paid, nor promised by the proxyholder for the proxy.

23. No agreement exists between me or any other entity for the payment of any consideration in connection with voting the Proxies, or for the sharing of compensation with any entity.

24. I further understand that no agreement exist by, between or among Michael Schwarzmann, XRoads Solutions Group and any of the creditors identified in the Proxies for the payment of any consideration in connection with voting the Proxies, or for the sharing of compensation with any such creditor.

25. I further understand that no agreement exist by, between or among Michael Schwarzmann, XRoads Solutions Group and any other entity for the payment of any consideration in connection with voting the Proxies, or for the sharing of compensation with any other entity.

*[Remainder of page intentionally left blank]*

Dated: August 13, 2009

GREENBERG TRAURIG, LLP

Donald J. Detweiler (Bar No. 3087)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
detweilerd@gtlaw.com

and

Diane E. Vuocolo
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 988-7800
Fax: (215) 988-7801

Counsel to the Official Committee of Unsecured Creditors

SUBSCRIBED AND SWORN TO BEFORE ME this 13th day of August 2009.

_____
Notary Public

My Commission Expires:

_____

[Notary Seal: ELIZABETH C. THOMAS, MY COMMISSION EXPIRES DEC. 22, 2010, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A
# COMMITTEE MEMBER PROXIES