# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MONACO COACH CORPORATION, *et al.*, | ) Case No. 09-10750 (KJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 615 and 616** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS BY BANK OF AMERICA, N.A. AS AGENT, TO THE (I) FIRST INTERIM APPLICATION OF MILLER COFFEY TATE, LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS TO THE TRUSTEE FOR THE PERIOD FROM JULY 6, 2009 THROUGH SEPTEMBER 30, 2009, AND (II) STATEMENT OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED BY COZEN O'CONNOR AS COUNSEL FOR TRUSTEE**

Bank of America, N.A., as agent (the "Agent") for certain lenders (the "Lenders") and a secured creditor of Monaco Coach Corporation and related entities (collectively, the "Debtors") in the above-captioned administratively consolidated chapter 7 case (collectively, the "Case"), submits this Limited Objection and Reservation of Rights to the (I) *First Interim Application of Miller Coffey Tate, LLP for Compensation and for Reimbursement of Expenses as Accountants to the Trustee for the Period from July 6, 2009 Through September 30, 2009* [Docket No. 615], and (II) *Statement of Fees for Professional Services Rendered and Disbursements Incurred by Cozen O'Connor as Counsel for Trustee* [Docket No. 616] (collectively, the "Applications"). In support of its Limited Objection, the Agent asserts and represents as follows:

1. On March 5, 2009, Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code") commencing the Case (the "Petition Date"). On June 30, 2009, the Case was converted to a case under chapter 7, and George Miller was appointed as the interim trustee in the Case (the "Trustee").

2.  The Agent, on behalf of the Lenders, asserts a secured claim presently in excess of $9,050,000, and growing daily. This claim is secured by a priority perfected security interest in and lien on virtually all assets of the Debtors' estates. This lien has been validated by this Court's *Final Order Re Second Motion to Use Cash Collateral (A) Authorizing Use of Cash Collateral; and (B) Granting Adequate Protection Pursuant to Bankruptcy Rule 4001(c)* [Docket No. 241], dated May 1, 2009 (the "Cash Collateral Order"), wherein the Debtors "waived, discharged and released" any right to challenge any of the indebtedness owed to the Lenders or the security for those obligations.

3.  The Agent objects to the use of the Lenders' cash collateral for the payment of any fees and costs sought in the Applications. Indeed, the Applications do not provide any basis or justification permitting the use of the Lenders' cash collateral to pay the fees and expenses requested in the Applications: the conversion of the Case to one under chapter 7 effected a Termination Event under the Cash Collateral Order; no order in force permits the requested use of the Lenders' cash collateral; and the Agent, on behalf of the Lenders, does not consent to the use of cash collateral under section 363 of the Bankruptcy Code or a surcharge of its collateral under section 506(c) of the Bankruptcy Code for the payment of such fees or costs. The fees and expenses requested in the Applications are junior to the claims of the Lenders, and absent authority to use cash collateral (including, at minimum, the provision of adequate protection for the Lenders), the payment of the fees and costs under the Applications is barred.

4.  The Agent reserves all rights and arguments with respect to the use or surcharge of the Lenders' collateral, including all cash collateral.

WHEREFORE, the Agent hereby requests that to the extent the Court allows the fees and costs sought in the Applications, the Court not grant payment of such allowed fees and costs from cash collateral held in Debtors' estate based upon the concerns expressed herein, and grant such other relief that the Court deems just and proper.

Dated: November 25, 2009
Wilmington, Delaware

Respectfully submitted,

*[signature]*

John H. Knight (No. 3848)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

William Brody (Calif. SBN 136136)
Paul S. Arrow (Calif. SBN 136870)
BUCHALTER NEMER, PC
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-5015
Facsimile: (213) 630-5701

*Counsel for Bank of America, N.A.*