IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| MCC CORPORATION (f/k/a MONACO | ) | |
| COACH CORPORATION), et al., | ) | Case No. 09-10750 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No. 619 |

**ORDER GRANTING APPLICATION OF PEACEHEALTH d/b/a PEACEHEALTH OREGON REGION FOR AN ALLOWED CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO SECTION 503(b)(1)(A) OF THE BANKRUPTCY CODE**

UPON THE APPLICATION of PeaceHealth d/b/a PeaceHealth Oregon Region ("PH") for the entry of an order, pursuant to Section 503(b)(1)(A) of the Bankruptcy Code granting PH an allowed chapter 11 administrative-expense claim in this case for obligations arising through services provided under a self-insured health benefits plan maintained by the Debtors which came due post-petition;

AND AFTER NOTICE AND AN OPPORTUNITY FOR A HEARING; AND AFTER CONSIDERATION OF ANY TIMELY OBJECTIONS OR RESPONSES TO PH'S APPLICATION; IT IS HEREBY ORDERED AS FOLLOWS:

1. The Application is **GRANTED AND APPROVED** as set forth below.

2. PH is granted an allowed chapter 11 administrative expense claim in these cases in the amount of **$20,030.86**, which amount is an "obligation" of the Debtors pursuant to section 503(b)(1)(A) of the Bankruptcy Code.

**IT IS SO ORDERED.**

Dated: Dec 2, 2009

The Honorable Kevin J. Carey
United States Bankruptcy Court