IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MCC CORPORATION, f/k/a MONACO COACH CORPORATION et al.[1],<br><br>       Debtors. | CHAPTER 7<br><br>Case No. 09-10750 (KJC)<br>(Jointly Administered) |
| RONALD C. FOLK and JEROME A. HOOVER, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br> v.<br><br>MONACO COACH CORPORATION,<br><br>       Defendant. | Adv. Pro. No. 09-50402 (KJC) |

## CASE STATUS REPORT—STATUS REPORT "F"[2]

Pursuant to the Court's *February 24, 2010 Order* [Docket No. 36], Plaintiffs, Ronald C. Folk and Jerome A. Hoover, on behalf of themselves and all others similarly situated, submit this Case Status Report in connection with the above-captioned adversary proceeding.

**Procedural Posture of the Case**

This is a status report "F" case. It is anticipated that discovery will be complete by November, 2010.

On March 5, 2009, the above-captioned debtors ("Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

---

[1] The Debtors in these cases are: Monaco Coach Corporation; Signature Motorcoach Resorts, Inc.; Naples Motorcoach Resort, Inc.; Port of the Isles Motorcoach Resort, Inc.; Outdoor Resorts of Las Vegas, Inc.; Outdoor Resorts Motorcoach Country Club, Inc.; Signature Resorts of Michigan, Inc.; La Quinta Motorcoach Resorts, Inc.; R-Vision Holdings LLC; R-Vision, Inc.; R-Vision Motorized LLC; Bison Manufacturing LLC; and Roadmaster LLC.

[2] "List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and expected date of completion of discovery/disclosures."

Status Report.doc

On March 6, 2009, by Complaint, the Plaintiffs commenced an adversary proceeding against the above-captioned defendant ("Defendant"), which adversary proceeding is docketed as Adv. No. 09-50402 (KJC) (the "Adversary Proceeding"). Plaintiffs amended the Complaint on April 1, 2009 (the "Amended Complaint"). Per the Court's March 15, 2010 Pretrial Scheduling Stipulation, Defendant's answer or response to Plaintiffs' Amended Complaint is due by March 29, 2010.

On April 20, 2009, the Plaintiffs filed Motion for Class Certification and Related Relief. Defendant's response is due April 15, 2010.

On June 17, 2009, the Debtors filed a Motion to Convert from Chapter 11 to Chapter 7. On June 29, 2009, the Court granted the Debtors' Motion to Convert to Chapter 7 as of June 30, 2009. Subsequently, George L. Miller was appointed as the Chapter 7 Trustee for the Debtors' estates.

**Progress of Discovery**

The parties conferred on a number of occasions regarding entry of a pretrial scheduling stipulation, which undersigned counsel prepared and circulated. The stipulation was filed on March 9, 2010 and entered, as amended, on March 15, 2010. Formal discovery has not commenced, however, the parties are working together on an informal basis to obtain Defendants' employee payroll data for the time period relevant to the Adversary Proceeding.

DATED: March 16, 2010

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

- and -

Jack A. Raisner
René S. Roupinian
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:     (212) 245-1000
Facsimile:      (212) 977-4005

*Counsel for Plaintiffs and the putative Class*