**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| MCC (f/k/a Monaco Coach Corporation) *et al* | : Case No. 09-10750 (KJC) |
| | : |
| Debtors.[1] | : |
| | : |
| George L. Miller, Chapter 7 Trustee for the Bankruptcy Estates of MCC (f/k/a Monaco Coach Corporation) *et al* | : : : |
| | : |
| Plaintiff, | : |
| v. | : |

| DEFENDANT | ADV. NO. |
|---|---|
| | |
| Accountemps, a division of Robert Half International | 11-51131 |
| Adorn LLC, a Division of Patrick Industries, Inc. d/b/a Patrick Industries, Inc. | 11-51174 |
| Alpin Haus Ski Shop Inc. d/b/a Alpin Haus | 11-51132 |
| Atchafalaya RV Center | 11-51134 |
| B and Q Inc. d/b/a Turning Wheel RV Center | 11-51136 |
| Buckeye Transcor Inc. | 11-51176 |
| Buddy Gregg Motor Homes Inc. | 11-51138 |
| Canawill Inc. | 11-51139 |
| Carolina RV Inc. | 11-51140 |
| Ceramic Tile Supply NW | 11-51141 |
| Colton Auto Inc. d/b/a Colton Auto & RV | 11-51143 |
| Composites One LLC | 11-51144 |
| Decorator Industries Inc. d/b/a Specialty Window | 11-51184 |
| Decorator Industries Inc. d/b/a Specialty Window | 11-51195 |
| Demartini Auto & RV Sales, Inc. | 11-51146 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: Case No. 09-10750 MCC f/k/a Monaco Coach Corporation (0244); Case No. 09-10751 Signature Motorcoach Resorts, Inc. (8980); Case No. 09-10752 Naples Motorcoach Resort, Inc. (1411); Case No. 09-10753 Port of the Isles Motorcoach Resort, Inc. (8524); Case No. 09-10754 Outdoor Resorts of Las Vegas, Inc. (8478); Case No. 09-10755 Outdoor Resorts Motorcoach Country Club, Inc. (1141); Case No. 09-10756 Signature Resorts of Michigan, Inc. (4020); Case No. 09-10757 La Quinta Motorcoach Resorts, Inc. (9661); Case No. 09-10758 R-Vision Holdings L.L.C. (2820); Case No. 09-10759 R-Vision, Inc. (3151); Case No. 09-10760 R-Vision Motorized, LLC (1985); Case No. 09-10761 Bison Manufacturing, LLC (0778) and Case No. 09-10762 Roadmaster LLC (5174).

| DEFENDANT | ADV. NO. |
|---|---|
| Dometic Corporation | 11-51148 |
| Ed Staub & Sons Petroleum Inc. | 11-51149 |
| Eugene Welders Supply Co. d/b/a Industrial Source | 11-51150 |
| Federal Express Corporation d/b/a FedEx Freight East Inc. a/d/b/a Fedex Corporation | 11-51151 |
| Hi-Tech Seating Products Inc. d/b/a Kustom Fit | 11-51152 |
| Holiday Motorhomes of Arizona, Inc. d/b/a Holiday Motorhomes Inc. | 11-51153 |
| Holiday on Wheels Inc. | 11-51154 |
| K&C RV Centers LLC d/b/a Colorado RV Outlet | 11-51155 |
| Lippert Components, Inc. | 11-51193 |
| Nassau Pools Construction Inc. | 11-51158 |
| Ollinger Travel Homes Inc. d/b/a Ollinger RV Centers Inc. | 11-51159 |
| Patrick Industries Inc. | 11-51162 |
| Patrick Industries Inc. | 11-51181 |
| Patrick Industries Inc. | 11-51194 |
| Poage Engineering & Surveying, Inc. | 11-51163 |
| Powell & Pearson LLP | 11-51166 |
| REM Industries Inc. | 11-51168 |
| Sierra RV Inc. a/d/b/a America RV Rentals, Inc. d/b/a Sierra RV Super Center | 11-51171 |
| The Electric Connection of SW FL Inc. d/b/a Electric Connection of SW FLA | 11-51175 |
| Tropical RV Centers LLC d/b/a Tropical RV | 11-51178 |
| Veolia Environmental Services North America Corp. d/b/a Veolia ES Solid Waste Midwest LLC | 11-51188 |
| Villa Furniture Manufacturing Co. d/b/a Villa International | 11-51183 |
| VMware Inc. | 11-51185 |
| Williamsburg Furniture Inc. | 11-51191 |
| Williamsburg Furniture Inc. | 11-51196 |

## STATUS REPORT IN AN ADVERSARY PROCEEDING

George L. Miller, Chapter 7 Trustee (the "Trustee") for the Estates of MCC (f/k/a Monaco Coach Corporation) *et al* hereby files a Status Report in connection with the above-captioned adversary actions.

COZEN O'CONNOR

*/s/ Damien N. Tancredi*

John T. Carroll, III, Esq. (DE No. 4060)
Damien N. Tancredi, Esq. (DE No. 5395)
1201 North Market Street,
Suite 1400
Wilmington, DE 19801
(302) 295- 2000 Phone
(302) 295-2013 Fax
jcarroll@cozen.com
dtancredi@cozen.com

***Counsel to George L. Miller, Chapter 7 Trustee for the Bankruptcy Estate of MCC (f/k/a Monaco Coach Corporation) et al***

Dated: July 12, 2011

| STATUS "A" CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| STATUS "B" CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| Alpin Haus Ski Shop Inc. d/b/a Alpin Haus | 11-51132 | |
| Ceramic Tile Supply NW | 11-51141 | |
| Dometic Corporation | 11-51148 | |
| Nassau Pools Construction Inc. | 11-51158 | |
| Poage Engineering & Surveying, Inc. | 11-51163 | |
| Veolia Environmental Services North America Corp. d/b/a Veolia ES Solid Waste Midwest LLC | 11-51188 | |
| Villa Furniture Manufacturing Co. d/b/a Villa International | 11-51183 | |
| Williamsburg Furniture Inc. | 11-51191 | |
| Williamsburg Furniture Inc. | 11-51196 | |

| **STATUS "C"** <br> **CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETED, NO ANSWERS HAVE BEEN FILED.  THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| Adorn LLC, a Division of Patrick Industries, Inc. d/b/a Patrick Industries, Inc. | 11-51174 | Trustee will file Request for Default Judgment within 30 days |
| Atchafalaya RV Center | 11-51134 | Trustee will file Request for Default Judgment within 30 days |
| B and Q Inc. d/b/a Turning Wheel RV Center | 11-51136 | Trustee will file Request for Default Judgment within 30 days |
| Buckeye Transcor Inc. | 11-51176 | Trustee will file Request for Default Judgment within 30 days |
| Buddy Gregg Motor Homes Inc. | 11-51138 | Trustee will file Request for Default Judgment within 30 days |
| Canawill Inc. | 11-51139 | Trustee will file Request for Default Judgment within 30 days |
| Carolina RV Inc. | 11-51140 | Trustee will file Request for Default Judgment within 30 days |
| Colton Auto Inc. d/b/a Colton Auto & RV | 11-51143 | Trustee will file Request for Default Judgment within 30 days |
| Composites One LLC | 11-51144 | Trustee will file Request for Default Judgment within 30 days |
| Decorator Industries Inc. d/b/a Specialty Window | 11-51184 | Trustee will file Request for Default Judgment within 30 days |
| Decorator Industries Inc. d/b/a Specialty Window | 11-51195 | Trustee will file Request for Default Judgment within 30 days |
| Hi-Tech Seating Products Inc. d/b/a Kustom Fit | 11-51152 | Trustee will file Request for Default Judgment within 30 days |

| | | |
|---|---|---|
| Holiday Motorhomes of Arizona, Inc. d/b/a Holiday Motorhomes Inc. | 11-51153 | Trustee will file Request for Default Judgment within 30 days |
| Holiday on Wheels Inc. | 11-51154 | Trustee will file Request for Default Judgment within 30 days |
| K&C RV Centers LLC d/b/a Colorado RV Outlet | 11-51155 | Trustee will file Request for Default Judgment within 30 days |
| Lippert Components, Inc. | 11-51193 | Trustee will file Request for Default Judgment within 30 days |
| Ollinger Travel Homes Inc. d/b/a Ollinger RV Centers Inc. | 11-51159 | Trustee will file Request for Default Judgment within 30 days |
| Patrick Industries Inc. | 11-51162 | Trustee will file Request for Default Judgment within 30 days |
| Patrick Industries Inc. | 11-51181 | Trustee will file Request for Default Judgment within 30 days |
| Patrick Industries Inc. | 11-51194 | Trustee will file Request for Default Judgment within 30 days |
| Sierra RV Inc. a/d/b/a America RV Rentals, Inc. d/b/a Sierra RV Super Center | 11-51171 | Trustee will file Request for Default Judgment within 30 days |
| The Electric Connection of SW FL Inc. d/b/a Electric Connection of SW FLA | 11-51175 | Trustee will file Request for Default Judgment within 30 days |
| Tropical RV Centers LLC d/b/a Tropical RV | 11-51178 | Trustee will file Request for Default Judgment within 30 days |
| VMware Inc. | 11-51185 | Trustee will file Request for Default Judgment within 30 days |

WILMINGTON\138464\1 260884.000

| **STATUS "D"** **PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENT EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| **STATUS "E"** **PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| Accountemps, a division of Robert Half International | 11-51131 | Matter is settled. Parties are exchanging settlement documents; Trustee anticipates filing 9019 Motion within 10 days. |
| Demartini Auto & RV Sales, Inc. | 11-51146 | Matter is settled. Parties are exchanging settlement documents; Trustee anticipates filing 9019 Motion within 10 days. |
| Ed Staub & Sons Petroleum Inc. | 11-51149 | Matter is settled. Parties are exchanging settlement documents; Trustee anticipates filing 9019 Motion within 10 days. |
| Eugene Welders Supply Co. d/b/a Industrial Source | 11-51150 | Matter is settled. Parties are exchanging settlement documents; Trustee anticipates filing 9019 Motion within 10 days. |
| Powell & Pearson LLP | 11-51166 | Matter is settled. Parties are exchanging settlement documents; Trustee anticipates filing 9019 Motion within 10 days. |
| REM Industries Inc. | 11-51168 | Matter is settled. Parties are exchanging settlement documents; Trustee anticipates filing 9019 Motion within 10 days. |

| **STATUS "F"** <br> **CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:** |||
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| Federal Express Corporation d/b/a FedEx Freight East Inc. a/d/b/a Fedex Corporation | 11-51151 | |

| **STATUS "G"** <br> **CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:** |||
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| **STATUS "H"** <br> **CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:** |||
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| **STATUS "I"** <br> **CONTESTED PREFERENCE ACTIONS WHERE DISPOSITIVE MOTIONS PENDING:** |||
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

8

| STATUS "J" CONTESTED PREFERENCE ACTIONS WHICH ARE STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION AFFECTING A PARTY IN THIS MATTER: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| STATUS "K" LIST ALL CASES WHICH AN APPEAL IS PENDING | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

WILMINGTON\138464\1 260884.000