| | | |
|---|---|---|
| | **EXHIBIT "A"** | |
| **IN RE:** | **MCC (f/k/a Monaco Coach Corporation)** | |
| **CASE NO.** | **09-10750 (KJC)** | |
| **SUBJECT:** | **FIRST OMNIBUS PREFERENCE SETTLEMENTS** | |

| POTENTIAL DEFENDANT/DEFENDANT | ADV. NO. | COUNSEL AND/OR CONTACT | TRANSFER AMOUNT | SETTLEMENT AMOUNT | COMMENT |
|---|---|---|---|---|---|
| Accountemps, a division of Robert Half International | 11-51131 | Robert Half International Inc. Attn: Natalie Henderson, Esq. 2884 Sand Hill Road Menlo Park, CA 94025 | 34,890.05 | 21,000.00 | Transfers were made by MCC/Monaco Coach |
| Adorn LLC, a Division of Patrick Industries, Inc. d/b/a Patrick Industries, Inc. | 11-51174 | James V. Woodsmall Warrick & Boyn, LLP 121 West Franklin Street Suite 400 Elkhart, Indiana 46516-3278 | 63,559.37 | 8,527.25 | Transfers were made by R-Vision Inc. |
| Baker & Hostetler LLP | None | Baker & Hostetler LLP Attn: Kelly Burgan PNC Center 1900 East 9th Street Suite 3200 Cleveland, Ohio 44114-3482 | 10,365.55 | 2,347.63 | Transfers were made by MCC/Monaco Coach |
| Capital RV Center Inc. | None | Capital RV Center Inc . 1900 N Bismarck Expressway Bismarck ND 58501 | 17,899.68 | 1,500.00 | Transfers were made by MCC/Monaco Coach |
| Cascade Health Solutions | None | Cascade Health Solutions Attn: Cheryl Boyum, CEO 2650 Suzanne Way Suite 200 Eugene OR 97408 | 60,375.55 | 1,000.00 | Transfers were made by MCC/Monaco Coach |
| Clem's Trailer Sales Inc. | None | Clem's Trailer Sales Inc. Randy Giancola 1580 SR 65 South Ellwood City, PA 16117 | 10,484.76 | 900.00 | Transfers were made by R-Vision Inc. |

| POTENTIAL DEFENDANT/DEFENDANT | ADV. NO. | COUNSEL AND/OR CONTACT | TRANSFER AMOUNT | SETTLEMENT AMOUNT | COMMENT |
|---|---|---|---|---|---|
| Crane Composites, Inc. | None | David A. Murdoch<br>K&L Gates LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222 | 113,564.00 | 4,115.00 | Transfers were made by MCC/Monaco Coach |
| Demartini Auto & RV Sales, Inc. | 11-51146 | Demartini Auto & RV Sales Inc.<br>Susan Kay McGuire<br>P.O. Box 1715<br>Nevada City, CA 95959 | 27,281.37 | 2,500.00 | Transfers were made by MCC/Monaco Coach |
| Demontrond Motor Corp. and Demontrond Buick | 11-51147 | David D. Ritter<br>Kane Russell Coleman<br>& Logan<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 | 15,484.69 | 4,000.00 | Transfers were made by MCC/Monaco Coach |
| Don R. Scheidt & Co., Inc. | None | Don R. Scheidt & Co., Inc.<br>Hank Rassel MAI<br>Executive Vice President –<br>Principal<br>Director of Commercial Services<br>626 N. Illinois Street<br>Suite 200<br>Indianapolis, IN 46204 | 7,664.78 | 5,000.00 | Transfers were made by MCC/Monaco Coach |
| Ed Staub & Sons Petroleum, Inc. | 11-51149 | D. Park Smith<br>D. Park Smith & Associates<br>1915 Westridge Drive<br>Suite 105<br>Irving, TX 75038 | 122,728.36 | 28,000.00 | Transfers were made by MCC/Monaco Coach |
| Embarq Inc. | None | Rex D. Rainach, Esquire<br>A Professional Law Corporation<br>3622 Government Street<br>Baton Rouge, LA 70806-5720 | 20,811.07 | 1,000.00 | Transfers were made by MCC/Monaco Coach |
| Embarq Inc. | None | Rex D. Rainach, Esquire<br>A Professional Law Corporation<br>3622 Government Street<br>Baton Rouge, LA 70806-5720 | 6,002.32 | 500.00 | Transfers were made by R-Vision Inc. |

| POTENTIAL DEFENDANT/DEFENDANT | ADV. NO. | COUNSEL AND/OR CONTACT | TRANSFER AMOUNT | SETTLEMENT AMOUNT | COMMENT |
|---|---|---|---|---|---|
| Eugene Welders Supply | 11-51150 | Erin A. Fennerty<br>Luvass Cobb<br>777 High Street<br>Suite 300<br>Eugene, OR 97401 | 31,491.58 | 15,000 | Transfers were made by MCC/Monaco Coach |
| Florida Power & Light Company | None | Rachel S. Budke, Esquire<br>Florida Power & Light Company<br>700 Universe Blvd.<br>Juno Beach, FL 33408 | 14,170.44 | 1,500.00 | Transfers were made by MCC/Monaco Coach |
| Fresno Truck Center, Inc. d/b/a Sacramento Truck Center Corp. | None | Sacramento Truck Center Corp.<br>100 Opportunity St.<br>Sacramento CA 95838 | 9,748.52 | 3,250.00 | Transfers were made by MCC/Monaco Coach |
| Hoosier Transit, Inc. | None | Hoosier Transit, Inc.<br>Todd Ladd, President<br>505 S Oakland Ave.<br>Nappanee, IN 46550 | 17,404.21 | 3,183.90 | Transfers were made by R-Vision Motorized LLC |
| Howard Veurink Travel Trailers Inc. | None | Scott H. Hogan, Esquire<br>Howard Veurink Travel Trailers Inc.<br>7144 S Division Ave.<br>Grand Rapids MI 49548 | 38,564.48 | 13,500.00 | Transfers were made by MCC/Monaco Coach |
| Kernutt Stokes Brant & Co. LLP | None | Donald J. Lance Partner<br>Kernutt Stokes Brant & Co LLP<br>1170 Pearl Street<br>Eugene OR 97401 | 88,557.34 | 4,200.00 | Transfers were made by MCC/Monaco Coach |
| Kosciusko County Treasurer | None | Kosciusko County Treasurer<br>Sue Ann Mitchell<br>100 West Center Street<br>Room 215<br>Warsaw IN 46580 | 49,352.31 | 4,759.86 | Transfers were made by R-Vision Inc. |
| Lavanture Products Company | None | Lavanture Products Company<br>Richard Lavanture, Present and CFO<br>22825 Gallatin Way<br>P.O. Box 2088<br>Elkhart, Indiana 46515 | 12,173.41 | 4,000.00 | Transfers were made by R-Vision Inc. |

| POTENTIAL DEFENDANT/DEFENDANT | ADV. NO. | COUNSEL AND/OR CONTACT | TRANSFER AMOUNT | SETTLEMENT AMOUNT | COMMENT |
|---|---|---|---|---|---|
| Lee-Smith Inc. | None | Lesslie W. Lee Jr., President<br>Lee Smith Inc.<br>2600 Eighth Ave.<br>P.O. Box 72843<br>Chattanooga TN 37407 | 9,226.81 | 2,768.04 | Transfers were made by MCC/Monaco Coach |
| Lemler Oil Inc | None | Larry Lemler, President<br>Lemler Oil, Inc.<br>118 E Center Street<br>Bourbon, IN 46504 | 12,085.68 | 7,000.00 | Transfers were made by R-Vision Inc. |
| Lemler Oil Inc | None | Larry Lemler, President<br>Lemler Oil, Inc.<br>118 E Center Street<br>Bourbon, IN 46504 | 8,582.87 | 5,300.00 | Transfers were made by R-Vision Motorized LLC |
| M&M Coach Specialist, Inc. | None | Timothy McNatt, President<br>M&M Coach Specialist, Inc.<br>5787 McCully Street<br>Chino, CA  91710 | 10,087.46 | 3,500.00 | Transfers were made by MCC/Monaco Coach |
| Midwest Waste Solutions, Inc. | None | Matthew J. Carmody<br>Midwest Waste Solutions<br>29099 Old US Hwy 33<br>Elkhart IN 46516 | 24,737.56 | 5,000.00 | Transfers were made by MCC/Monaco Coach |
| Mishawaka Sheet Metal Inc. | None | Mishawaka Sheet Metal Inc<br>28505 Cr 20 W<br>Elkhart IN  46517 | 32,246.52 | 9,492.60 | Transfers were made by R-Vision Inc. |
| Mishawaka Sheet Metal, Inc. | None | Mishawaka Sheet Metal Inc<br>28505 Cr 20 W<br>Elkhart IN  46517 | 24,522.75 | 12,285.00 | Transfers were made by MCC/Monaco Coach |
| Mor/Ryde International Inc. | None | Debra C. Kauffman, Accountant<br>MOR/Ryde International<br>P.O. Box 579<br>Elkhart, Indiana 46515-0579 | 8,407.00 | 500.00 | Transfers were made by R-Vision Motorized LLC |
| Norcold | None | Victoria McCool, Esquire<br>The Dyson-Kissner-Moran Corp.<br>565 Fifth Avenue<br>4th Floor<br>New York, NY 10017 | 111,968.91 | 7,837.00 | Transfers were made by MCC/Monaco Coach |

| POTENTIAL DEFENDANT/DEFENDANT | ADV. NO. | COUNSEL AND/OR CONTACT | TRANSFER AMOUNT | SETTLEMENT AMOUNT | COMMENT |
|---|---|---|---|---|---|
| Northwest Natural Gas Company | None | Northwest Natural Gas Company<br>Jeffrey L. O'Banion, CCE, CICP<br>One Pacific Square<br>220 NW Second Avenue<br>Portland, OR 97209-3991 | 180,291.74 | 10,000.00 | Transfers were made by MCC/Monaco Coach |
| Pacific Power, a division of PacifiCorp. | None | Bruce Williams, VP and Treasurer<br>Pacific Power<br>1033 NE 6th Ave.<br>Portland OR 97256 | 66,127.90 | 7,742.62 | Transfers were made by MCC/Monaco Coach |
| Patrick Industries Inc. | 11-51162 | James V. Woodsmall<br>Warrick & Boyn, LLP<br>121 West Franklin Street<br>Suite 400<br>Elkhart, Indiana 46516-3278 | 55,221.62 | 24,413.25 | Transfers were made by MCC/Monaco Coach |
| Powell & Pearson LLP | 11-51166 | Eyal Berger<br>Akerman Senterfitt<br>350 East Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301 | 40,264.52 | 9,000.00 | Transfers were made by MCC/Monaco Coach |
| Quadra Manufacturing Inc. | None | Quadra Manufacturing Inc.<br>John Lehman, President<br>305 U S Highway 131 S<br>White Pigeon, MI 49099 | 29,894.20 | 12,000.00 | Transfers were made by Bison Manufacturing LLC |
| Qwest Corporation and Qwest Communications Company LLC | None | Mitchell W. Katz<br>Qwest Legal Department<br>1801 California Street<br>Suite 900<br>Denver, CO 80202 | 87,935.88 | 4,000.00 | Transfers were made by MCC/Monaco Coach |
| REM Industries, Inc. | 11-51168 | Robert C. Whippo<br>Whippo Law Office<br>307 S. Main Street<br>Suite 301<br>P.O. Box 2912<br>Elkhart, IN 46515 | 16,905.12 | 4,000.00 | Transfers were made by MCC/Monaco Coach |

| POTENTIAL DEFENDANT/DEFENDANT | ADV. NO. | COUNSEL AND/OR CONTACT | TRANSFER AMOUNT | SETTLEMENT AMOUNT | COMMENT |
|---|---|---|---|---|---|
| Right Angle Steel & Fabrication | None | Right Angle Steel & Fabrication<br>401 East Market Street<br>Nappanee, IN 46550-2154 | 12,570.42 | 2,151.54 | Transfers were made by R-Vision Inc. |
| Right Angle Steel & Fabrication | None | Right Angle Steel & Fabrication<br>401 East Market Street<br>Nappanee, IN 46550-2154 | 28,429.57 | 4,850.00 | Transfers were made by R-Vision Motorized LLC |
| River Park, Inc. | None | Patrick Mohan, Treasurer/CFO<br>River Park Incorporated<br>21953 Protecta Dr.<br>Elkhart IN 46516 | 60,378.36 | 24,000.00 | Transfers were made by MCC/Monaco Coach |
| Sun Life Assurance Company of Canada a/k/a Sun Life Financial | None | Matthew R. Fisher<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477 | 28,624.57 | 2,107.26 | Transfers were made by R-Vision Inc. |
| Textron Financial Corporation | None | Michael Tracey<br>Asst. VP<br>Textron Financial Corporation<br>40 Westminster Street<br>Providence, RI 02903 | 24,454.06 | 5,000.00 | Transfers were made by R-Vision Inc. |
| The Jerry Brown Company Inc. | None | Helen Wilde, CFO<br>2690 Prairie Road<br>P.O. Box 41390<br>Eugene, OR 97404 | 93,640.70 | 31,213.57 | Transfers were made by MCC/Monaco Coach |
| Thetford Corporation | None | Victoria McCool<br>The Dyson-Kissner-Moran Corp.<br>565 Fifth Avenue<br>4th Floor<br>New York, NY 10017 | 22,775.04 | 1,594.00 | Transfers were made by MCC/Monaco Coach |
| Travel Centers of America, Inc. | None | Michael Meier<br>Vice President/Controller<br>Travel Centers of America Inc.<br>24601 Center Ridge Road<br>Suite 200<br>Westlake OH 44145 | 10,525.90 | 4,750.00 | Transfers were made by MCC/Monaco Coach |

| POTENTIAL DEFENDANT/DEFENDANT | ADV. NO. | COUNSEL AND/OR CONTACT | TRANSFER AMOUNT | SETTLEMENT AMOUNT | COMMENT |
|---|---|---|---|---|---|
| Vision Service Plan | None | Vision Service Plan<br>Christopher Filosa, Esq.<br>3333 Quality Drive<br>Rancho Cordova, CA 95670 | 67,990.92 | 1,500.00 | Transfers were made by MCC/Monaco Coach |
| Vision Service Plan | None | Vision Service Plan<br>Christopher Filosa, Esq.<br>3333 Quality Drive<br>Rancho Cordova, CA 95670 | 8,570.08 | 500.00 | Transfers were made by R-Vision Inc. |