IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                   :   Chapter 7
                                         :
MCC (f/k/a MONACO COACH                  :   Case No. 09-10750 (KJC)
CORPORATION) *et al.*                    :   Jointly Administered
                                         :
            Debtors.[1]                  :   Related Doc. No. 911, 925
------------------------------------------------------------x

## ORDER GRANTING TRUSTEE'S MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR ENTRY OF ORDER APPROVING SETTLEMENT WITH RICHARD K. WATSON, MCC (F/K/A MONACO COACH CORPORATION) ET AL AND THE HARTFORD INSURANCE COMPANY

AND NOW, this 13th day of Sept, 2011, upon consideration of the Trustee's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of Order Approving Settlement with Richard K. Watson, MCC (f/k/a Monaco Coach Corporation) et al and The Hartford Insurance Company (the "Motion"),[2] and after notice and a hearing, it is hereby

ORDERED that:

1. The Motion is granted and the Settlement Agreement is approved.

2. The Trustee is hereby authorized (i) to settle Mr. Watson's alleged workers' compensation claims against the Debtor according to the terms of the Settlement Agreement; and

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: Monaco Coach Corporation (0244); Signature Motorcoach Resorts, Inc. (8980); Naples Motorcoach Resort, Inc. (1411); Port of the Isles Motorcoach Resort, Inc. (8524); Outdoor Resorts of Las Vegas, Inc. (8478); Outdoor Resorts Motorcoach Country Club, Inc. (1141); Signature Resorts of Michigan, Inc. (4020); La Quinta Motorcoach Resorts, Inc. (9661); R-Vision Holdings L.L.C. (2820); R-Vision, Inc. (3151); R-Vision Motorized, LLC (1985); Bison Manufacturing, LLC (0778) and Roadmaster LLC (5174).

[2] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.

WILMINGTON\140295\1 260884.000

(ii) to enter into the Settlement Agreement and take any and all actions necessary to consummate the Settlement Agreement.

3.  Relief from the automatic stay of 11 U.S.C. Section 362 is hereby granted to the extent necessary to permit the Carrier to make payment pursuant to the Settlement Agreement.

BY THE COURT:

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge