# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| MCC (f/k/a Monaco Coach Corporation) *et al* | : | Case No. 09-10750 (KJC) |
| | : | |
| Debtors.[1] | : | |
| | : | |
| George L. Miller, Chapter 7 Trustee for the Bankruptcy Estates of MCC (f/k/a Monaco Coach Corporation) *et al* | : : : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |

| DEFENDANT | ADV. NO. |
|---|---|
| | |
| Benefithelp Solutions Inc., an ODS Company | Adv. No. 11-51137 |

## STATUS REPORT IN AN ADVERSARY PROCEEDING

George L. Miller, Chapter 7 Trustee (the "Trustee") for the Estates of MCC (f/k/a Monaco Coach Corporation) *et al* hereby files a Status Report in connection with the above-captioned adversary action.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: Case No. 09-10750 MCC f/k/a Monaco Coach Corporation (0244); Case No. 09-10751 Signature Motorcoach Resorts, Inc. (8980); Case No. 09-10752 Naples Motorcoach Resort, Inc. (1411); Case No. 09-10753 Port of the Isles Motorcoach Resort, Inc. (8524); Case No. 09-10754 Outdoor Resorts of Las Vegas, Inc. (8478); Case No. 09-10755 Outdoor Resorts Motorcoach Country Club, Inc. (1141); Case No. 09-10756 Signature Resorts of Michigan, Inc. (4020); Case No. 09-10757 La Quinta Motorcoach Resorts, Inc. (9661); Case No. 09-10758 R-Vision Holdings L.L.C. (2820); Case No. 09-10759 R-Vision, Inc. (3151); Case No. 09-10760 R-Vision Motorized, LLC (1985); Case No. 09-10761 Bison Manufacturing, LLC (0778) and Case No. 09-10762 Roadmaster LLC (5174).

COZEN O'CONNOR

*/s/ John T. Carroll, III*

---

John T. Carroll, III, Esq. (DE No. 4060)
Damien N. Tancredi, Esq. (DE No. 5395)
1201 North Market Street,
Suite 1400
Wilmington, DE 19801
(302) 295- 2000 Phone
(302) 295-2013 Fax
jcarroll@cozen.com
dtancredi@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Bankruptcy Estate of MCC (f/k/a Monaco Coach Corporation) et al*

Dated: September 30, 2011

| **STATUS "A"** <br> **CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| Benefithelp Solutions Inc., an ODS Company | 11-51137 | Counsel to Trustee and Counsel to Defendant are attempting to reach a resolution of this matter. If resolution is not achieved within 30 days parties will submit a Stipulation permitting an Alias Summons to be issued and will proceed. |

| **STATUS "B"** <br> **CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| **STATUS "C"** <br> **CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETED, NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| **STATUS "D"** <br> **PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENT EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| STATUS "E" PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| STATUS "F" CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| STATUS "G" CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| STATUS "H" CONTESTED PREFERENCE ACTIONS READY FOR TRIAL: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

4

| STATUS "I" |||
|---|---|---|
| **CONTESTED PREFERENCE ACTIONS WHERE DISPOSITIVE MOTIONS PENDING:** |||
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| STATUS "J" |||
|---|---|---|
| **CONTESTED PREFERENCE ACTIONS WHICH ARE STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION AFFECTING A PARTY IN THIS MATTER:** |||
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| STATUS "K" |||
|---|---|---|
| **LIST ALL CASES WHICH AN APPEAL IS PENDING** |||
| **Defendant's Name** | **Adversary Number** | **Status** |

None