# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

MCC (f/k/a Monaco Coach Corporation) et al[1],      :      Chapter 7

                  Debtors.      :      Case No. 09-10750 (KJC)

                      :      Re: Docket No. _*1008, 1012*_

                      :

George L. Miller, Chapter 7 Trustee For The      :
Bankruptcy Estate of MCC (f/k/a Monaco
Coach Corporation) et al,      :

                      :      Adversary No. 11-51173 (KJC)

                Plaintiff,      :      Re: Docket No. _*33, 34*_

   vs.      :

PRICEWATERHOUSECOOPERS LLP,      :

                Defendant.      :

## ORDER GRANTING MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR ORDER APPROVING SETTLEMENT STIPULATION WITH PRICEWATERHOUSECOOPERS LLP PURSUANT TO FED. R. BANKR. P. 9019 (D.I. No. *1008/33*

AND NOW, upon consideration of the Motion of Chapter 7 Trustee For Approval of

Settlement Stipulation with PricewaterhouseCoopers LLC Pursuant to Fed. R. Bankr. P. 9019 (the

"Motion"), and any objections thereto, and a hearing having been held on the Motion, and any

objections thereto having been withdrawn or overruled, it is hereby ORDERED AND DECREED

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: Case No. 09-10750 MCC f/k/a Monaco Coach Corporation (0244); Case No. 09-10751 Signature Motorcoach Resorts, Inc. (8980); Case No. 09-10752 Naples Motorcoach Resort, Inc. (1411); Case No. 09-10753 Port of the Isles Motorcoach Resort, Inc. (8524); Case No. 09-10754 Outdoor Resorts of Las Vegas, Inc. (8478); Case No. 09-10755 Outdoor Resorts Motorcoach Country Club, Inc. (1141); Case No. 09-10756 Signature Resorts of Michigan, Inc. (4020); Case No. 09-10757 La Quinta Motorcoach Resorts, Inc. (9661); Case No. 09-10758 RVision Holdings L.L.C. (2820); Case No. 09-10759 R-Vision, Inc. (3151); Case No. 09-10760 R-Vision Motorized, LLC (1985); Case No. 09-10761 Bison Manufacturing, LLC (0778) and Case No. 09-10762 Roadmaster LLC (5174).

8799943_1

as follows:

1.    The Motion is GRANTED.

2.    The Stipulation[2] is hereby approved and shall be binding on the parties thereto.

3.    The Trustee is hereby authorized to take any and all actions necessary or appropriate to implement the terms and provisions of the Stipulation.

4.    The Court hereby retains jurisdiction to enforce the terms of the Stipulation.

_____  4-73-12

Honorable Kevin J. Carey
United States Bankruptcy Judge

---

[2] Capitalized terms not otherwise defined herein shall have the definition provided in the Motion.