# EXHIBIT "A"

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | Case Name | Case Number | Court | Attorney |
|---|---|---|---|---|
| R-Vision, Inc. | *Johnson v. R-Vision, Inc., et al* | 08-1327 | EDLA | Eric Williams, Esq.<br>Erika Williams, Esq.<br>WILLIAMS LAW OFFICE, LLC<br>433 Metairie Road<br>Suite 404<br>Metairie, LA 70005 |
| R-Vision, Inc. | *Dora LeBlanc, et al v. R-Vision, Inc., et al* | 09-4557 | EDLA | Jim S. Hall<br>Joseph W. Rausch<br>Jim S. Hall & Associates, LLC<br>800 N. Causeway Blvd.<br>Suite 100<br>Metairie, LA 70001 |
| R-Vision, Inc. | *Verlane Bridges, et al. v. R-Vision, Inc., et al* | 09-4583 | EDLA | Jim S. Hall<br>Joseph W. Rausch<br>Jim S. Hall & Associates, LLC<br>800 N. Causeway Blvd.<br>Suite 100<br>Metairie, LA 70001 |
| R-Vision, Inc. | *Alec Baudy, et al. v. R-Vision, Inc., et al* | 09-4603 | EDLA | Jim S. Hall<br>Joseph W. Rausch<br>Jim S. Hall & Associates, LLC<br>800 N. Causeway Blvd.<br>Suite 100<br>Metairie, LA 70001 |
| R-Vision, Inc. | *Dorothy Reeder, et al. v. R-Vision, Inc., et al* | 09-4871 | EDLA | Jim S. Hall<br>Joseph W. Rausch<br>Jim S. Hall & Associates, LLC<br>800 N. Causeway Blvd.<br>Suite 100<br>Metairie, LA 70001 |
| R-Vision, Inc. | *Nekeidra Parker, et al v. R-Vision, Inc., k/n/a RVIT, Inc.; and United States of America through the Federal Emergency Management Agency* | 09-00789 | S.D. Mississippi | Nexsen Pruet, LLC<br>205 King Street<br>Suite 400<br>Charleston, SC 29401 |
| R-Vision, Inc. | *Bennett v. R-Vision, Flour, and USA* | 09-02177 | WDLA | Nexsen Pruet, LLC<br>205 King Street<br>Suite 400<br>Charleston, SC 29401 |
| R-Vision, Inc. | *Walter Davis, et al vs. R-* | 09-05256 | EDLA | Douglas M. Schmidt |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| | *Vision, Inc., et al* | | | Denis E. Vega<br>Peter R. Borstell<br>Douglas M. Schmidt, APLC<br>335 City Park Ave.<br>New Orleans, LA 70119 |
| R-Vision, Inc. | *Beaugez, et al v. R-Vision, Inc.* | 09-05565 | EDLA | Gill, Ladner & Priest, PLLC<br>403 South State Street<br>Jackson, Mississippi 39201 |
| R-Vision, Inc. | *Manuel vs. R-Vision, Shaw, and USA* | 09-07880 | EDLA | Nexsen Pruet, LLC<br>205 King Street<br>Suite 400<br>Charleston, SC 29401 |
| R-Vision, Inc. | *Antoine Prince, Sr. and Sandra Prince Madison on behalf of Hattie Prince v. Liberty Ins. Corp., a/k/a Liberty Mutual Group, Inc. and Fluor Enterprises, Inc. Enterprises, Inc.* | 09-3922 | EDLA | Hugh P. Lambert, Esq.<br>Linda J. Nelson, Esq.<br>Candice Sirmon, Esq.<br>Lambert & Nelson<br>701 Magazine Street<br>New Orleans, LA 70130 |
| R-Vision, Inc. | *Barcelona v. R-Vision,Bindom v. Arch Specialty, et al* | 09-3949,<br>09-3584 | EDLA<br>EDLA | Sidney D. Torres III<br>Roberta L. Burns<br>Torres Law Firm<br>8301 W. Judge Perez Drive<br>Suite 303<br>Chalmette, Louisiana 70043 |
| R-Vision, Inc. | *Barcelona v. R-Vision,Aguilar v. Arch Specialty, et al* | 09-3949,<br>09-3585 | EDLA<br>EDLA | Sidney D. Torres III<br>Roberta L. Burns<br>Torres Law Firm<br>8301 W. Judge Perez Drive<br>Suite 303<br>Chalmette, Louisiana 70043 |
| R-Vision, Inc. | *Barcelona v. R-Vision,Held v. Arch Specialty, et al* | 09-3949,<br>09-3586 | EDLA<br>EDLA | Sidney D. Torres III<br>Roberta L. Burns<br>Torres Law Firm<br>8301 W. Judge Perez Drive<br>Suite 303<br>Chalmette, Louisiana 70043 |
| R-Vision, Inc. | *Barcelona v. R-Vision,Pierre v. Arch Specialty, et al* | 09-3949,<br>09-3699 | EDLA<br>EDLA | Sidney D. Torres III<br>Roberta L. Burns<br>Torres Law Firm |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| | | | | 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |
| R-Vision, Inc. | *Harris et al v Liberty Insurance Co. et al.* | 09-4224 | EDLA | Ronnie G. Penton Maryanna Penton The Penton Law Firm 209 Hoppen Place Bogalusa, LA 70427 |
| R-Vision, Inc. | *Gwendolyn White, et. al. vs. R- Vision, Inc., et. al.* | 09-4734 | EDLA | Mikal C. Watts, Mikal C. Watts, P.C. 2506 N. Port, Ave. Corpus Christi, TX 78401 Robert C. Hilliard, Esq. Robert C. Hilliard, LLP 719 S. Shoreline Boulevard Suite 500 Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Doane v. Cavalier Home Builders, LLC* | 09-4827 | EDLA | Gerald E. Meunier, Esq. Justin I. Woods, Esq. M. Palmer Lambert, Esq. Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC 2800 Energy Centre 1100 Poydras Street New Orleans, LA 70163 |
| R-Vision, Inc. | *Norman v. Liberty Mutual Ins. Corp.* | 09-4945 | EDLA | Gerald E. Meunier, Esq. Justin I. Woods, Esq. M. Palmer Lambert, Esq. Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC 2800 Energy Centre 1100 Poydras Street New Orleans, LA 70163 |
| R-Vision, Inc. | *Joseph v. Liberty Mutual Ins. Co.* | 09-4958 | EDLA | Gerald E. Meunier, Esq. Justin I. Woods, Esq. M. Palmer Lambert, Esq. Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

|  |  |  |  | 2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |
|---|---|---|---|---|
| R-Vision, Inc. | *James v. Liberty Mutual Ins. Co.* | 09-4965 | EDLA | Gerald E. Meunier, Esq.<br>Justin I. Woods, Esq.<br>M. Palmer Lambert, Esq.<br>Gainsburgh, Benjamin,<br>David, Meunier &<br>Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |
| R-Vision, Inc. | *Leonard v. Liberty Mutual Ins. Corp.* | 09-4976 | EDLA | Gerald E. Meunier, Esq.<br>Justin I. Woods, Esq.<br>M. Palmer Lambert, Esq.<br>Gainsburgh, Benjamin,<br>David, Meunier &<br>Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |
| R-Vision, Inc. | *Brown v. Liberty Mutual Ins. Corp.* | 09-4977 | EDLA | Gerald E. Meunier, Esq.<br>Justin I. Woods, Esq.<br>M. Palmer Lambert, Esq.<br>Gainsburgh, Benjamin,<br>David, Meunier &<br>Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |
| R-Vision, Inc. | *Normand v. Liberty Mutual Ins. Corp.* | 09-4983 | EDLA | Gerald E. Meunier, Esq.<br>Justin I. Woods, Esq.<br>M. Palmer Lambert, Esq.<br>Gainsburgh, Benjamin,<br>David, Meunier &<br>Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |
| R-Vision, Inc. | *Defelice et al v. Alliance Homes, Inc. et al* | 09-5341 | EDLA | Daniel E. Becnel, Jr.<br>Darryl James Becnel<br>Becnel Law Firm<br>106 West 7th Street<br>Reserve, LA 70084 |
| R-Vision, Inc. | *Acklin et al v. Alliance Homes, Inc. et al* | 09-5343 | EDLA | Daniel E. Becnel, Jr.<br>Darryl James Becnel |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

|  |  |  |  | Becnel Law Firm<br>106 West 7th Street<br>Reserve, LA 70084 |
|---|---|---|---|---|
| R-Vision, Inc. | *Brown v. R-Vision, Inc., et al* | 09-5400 | EDLA | Daniel E. Becnel, Jr.<br>Darryl James Becnel<br>Becnel Law Firm<br>106 West 7th Street<br>Reserve, LA 70084 |
| R-Vision, Inc. | *Blanchard et al v. Liberty Insurance Corporation et al* | 09-5401 | EDLA | Daniel E. Becnel, Jr.<br>Darryl James Becnel<br>Becnel Law Firm<br>106 West 7th Street<br>Reserve, LA 70084 |
| R-Vision, Inc. | *Pembrick v. Liberty Mutual Ins. Co.* | 09-5939 | EDLA | Gerald E. Meunier, Esq.<br>Justin I. Woods, Esq.<br>M. Palmer Lambert, Esq.<br>Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |
| R-Vision, Inc. | *Milligan v R-Vision, Inc et al* | 09-6199 | EDLA | Daniel E. Becnel, Jr.<br>Darryl James Becnel<br>Becnel Law Firm<br>106 West 7th Street<br>Reserve, LA 70084 |
| R-Vision, Inc. | *Willie Powell, et. al. vs. R-Vision, Inc., et. al.* | 09-6937 | EDLA | Mikal C. Watts,<br>Mikal C. Watts, P.C.<br>2506 N. Port, Ave.<br>Corpus Christi, TX 78401<br><br>Robert C. Hilliard, Esq.<br>Robert C. Hilliard, LLP<br>719 S. Shoreline Boulevard<br>Suite 500<br>Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Amber Jones, et. al. vs. R-Vision, Inc., et. al.* | 09-7104 | EDLA | Mikal C. Watts,<br>Mikal C. Watts, P.C.<br>2506 N. Port, Ave. |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | Corpus Christi, TX 78401<br><br>Robert C. Hilliard, Esq.<br>Robert C. Hilliard, LLP<br>719 S. Shoreline Boulevard<br>Suite 500<br>Corpus Christi, TX 78401 |
|---|---|---|---|---|
| R-Vision, Inc. | *Johnson v. Liberty Insurance Corporation et al* | 09-7259 | EDLA | Daniel E. Becnel, Jr.<br>Darryl James Becnel<br>Becnel Law Firm<br>106 West 7th Street<br>Reserve, LA 70084 |
| R-Vision, Inc. | *Reese v. Liberty Ins. Corp., et al* | 09-7299 | LAEDCE | Parker Waichman<br>111 John Street<br>14th Floor<br>New York, NY 10038 |
| R-Vision, Inc. | *Dorothy Seaman, et. al. vs. R- Vision, Inc., et. al.* | 09-7534 | USDC Eastern District of Louisiana | Mikal C. Watts,<br>Mikal C. Watts, P.C.<br>2506 N. Port, Ave.<br>Corpus Christi, TX 78401 |
| | | | | Robert C. Hilliard, Esq.<br>Robert C. Hilliard, LLP<br>719 S. Shoreline Boulevard<br>Suite 500<br>Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Carter v. Liberty Mutual Ins. Corp.* | 09-7762 | EDLA | Gerald E. Meunier, Esq.<br>Justin I. Woods, Esq.<br>M. Palmer Lambert, Esq.<br>Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |
| R-Vision, Inc. | *Bridges v. Liberty Mutual Ins. Corp.* | 09-7763 | EDLA | Gerald E. Meunier, Esq.<br>Justin I. Woods, Esq.<br>M. Palmer Lambert, Esq.<br>Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | New Orleans, LA 70163 |
|---|---|---|---|---|
| R-Vision, Inc. | *Stefanie Adkison, et. al. vs. R- Vision, Inc., et. al.* | 09-7814 | USDC Eastern District of Louisiana | Mikal C. Watts, Mikal C. Watts, P.C. 2506 N. Port, Ave. Corpus Christi, TX 78401<br><br>Robert C. Hilliard, Esq. Robert C. Hilliard, LLP 719 S. Shoreline Boulevard Suite 500 Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Marica Stephen , et. al. vs. R- Vision, Inc., et. al.* | 09-7917 | USDC Eastern District of Louisiana | Mikal C. Watts, Mikal C. Watts, P.C. 2506 N. Port, Ave. Corpus Christi, TX 78401<br><br>Robert C. Hilliard, Esq. Robert C. Hilliard, LLP 719 S. Shoreline Boulevard Suite 500 Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Burl et al v. Alliance Homes, Inc et al* | 09-7940 | EDLA | Daniel E. Becnel, Jr. Darryl James Becnel Becnel Law Firm 106 West 7th Street Reserve, LA 70084 |
| R-Vision, Inc. | *Burke, et al vs. Arch Specialty Insurance Company, et al* | 09-8010 | EDLA | Buzbee Law Firm Anthony G. Buzbee, Esq. Peter K. Taaffe JP Morgan Chase Tower 600 Travis Street Ste. 7300 Houston, TX 77002 |
| R-Vision, Inc. | *McDonald* | 09-8022 | EDLA | John A. Eaves 101 N. State Street Jackson, MS 39201 |
| R-Vision, Inc. | *Dennis* | 09-8045 | EDLA | John A. Eaves 101 N. State Street Jackson, MS 39201 |
| R-Vision, Inc. | *McDonald* | 09-8136 | EDLA | John A. Eaves 101 N. State Street |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

|  |  |  |  | Jackson, MS 39201 |
|---|---|---|---|---|
| R-Vision, Inc. | *Thompson* | 09-8154 | EDLA | John A. Eaves<br>101 N. State Street<br>Jackson, MS 39201 |
| R-Vision, Inc. | *Conner* | 09-8174 | EDLA | John A. Eaves<br>101 N. State Street<br>Jackson, MS 39201 |
| R-Vision, Inc. | *Hutson* | 09-8209 | EDLA | John A. Eaves<br>101 N. State Street<br>Jackson, MS 39201 |
| R-Vision, Inc. | *Roth* | 09-8276 | EDLA | John A. Eaves<br>101 N. State Street<br>Jackson, MS 39201 |
| R-Vision, Inc. | *Harbor, et al vs. Arch Specialty Insurance Company, et al* | 09-8404 | EDLA | Buzbee Law Firm<br>Anthony G. Buzbee, Esq.<br>Peter K. Taaffe<br>JP Morgan Chase Tower<br>600 Travis Street<br>Ste. 7300<br>Houston, TX 77002 |
| R-Vision, Inc. | *Ora Decou, et al v. Liberty Mutual Insurance Corp., et al* | 09-8459 | EDLA | Douglas M. Schmidt<br>Denis E. Vega<br>Peter R. Borstell<br>Douglas M. Schmidt, APLC<br>335 City Park Ave.<br>New Orleans, LA 70119 |
| R-Vision, Inc. | *Ora Decou, et al v. Liberty Mutual Insurance Corp., et al* | 09-8459 | EDLA | Raúl R. Bencomo<br>BENCOMO & ASSOCIATES<br>Attorneys & Counselors At Law<br>2110 Entergy Building<br>639 Loyola Avenue<br>New Orleans, Louisiana 70113 |
| R-Vision, Inc. | *Ora Decou, et al v. Liberty Mutual Insurance Corp., et al* | 09-8459 | EDLA | Frank D'Amico, Jr.<br>Law Offices of Frank D'Amico, Jr.<br>4731 Canal Street<br>New Orleans, LA 70113 |
| R-Vision, Inc. | *Thomas Robinson, et al v. Liberty Mutual Insurance Corp., et al* | 09-8460 | EDLA | Douglas M. Schmidt<br>Denis E. Vega<br>Peter R. Borstell |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| | | | | Douglas M. Schmidt, APLC<br>335 City Park Ave.<br>New Orleans, LA 70119 |
| R-Vision, Inc. | *Thomas Robinson, et al v. Liberty Mutual Insurance Corp., et al* | 09-8460 | EDLA | Frank D'Amico, Jr.<br>Law Offices of Frank D'Amico, Jr.<br>4731 Canal Street<br>New Orleans, LA 70113 |
| R-Vision, Inc. | *Andrew Douglas, et al v. Liberty Mutual Insurance Corp., et al* | 09-8461 | EDLA | Douglas M. Schmidt<br>Denis E. Vega<br>Peter R. Borstell<br>Douglas M. Schmidt, APLC<br>335 City Park Ave.<br>New Orleans, LA 70119 |
| R-Vision, Inc. | *Andrew Douglas, et al v. Liberty Mutual Insurance Corp., et al* | 09-8461 | EDLA | Raúl R. Bencomo<br>BENCOMO & ASSOCIATES<br>Attorneys & Counselors At Law<br>2110 Entergy Building<br>639 Loyola Avenue<br>New Orleans, Louisiana 70113 |
| R-Vision, Inc. | *Andrew Douglas, et al v. Liberty Mutual Insurance Corp., et al* | 09-8461 | EDLA | Frank D'Amico, Jr.<br>Law Offices of Frank D'Amico, Jr.<br>4731 Canal Street<br>New Orleans, LA 70113 |
| R-Vision, Inc. | *Marva Jones, et al v. Liberty Mutual Insurance Corp., et al* | 09-8462 | EDLA | Douglas M. Schmidt<br>Denis E. Vega<br>Peter R. Borstell<br>Douglas M. Schmidt, APLC<br>335 City Park Ave.<br>New Orleans, LA 70119 |
| R-Vision, Inc. | *Marva Jones, et al v. Liberty Mutual Insurance Corp., et al* | 09-8462 | EDLA | Raúl R. Bencomo<br>BENCOMO & ASSOCIATES<br>Attorneys & Counselors At Law<br>2110 Entergy Building<br>639 Loyola Avenue<br>New Orleans, Louisiana 70113 |
| R-Vision, Inc. | *Marva Jones, et al v. Liberty Mutual Insurance Corp., et al* | 09-8462 | EDLA | Raúl R. Bencomo<br>BENCOMO & ASSOCIATES<br>Attorneys & Counselors At |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| | | | | Law<br>2110 Entergy Building<br>639 Loyola Avenue<br>New Orleans, Louisiana 70113 |
| R-Vision, Inc. | *Marva Jones, et al v. Liberty Mutual Insurance Corp., et al* | 09-8462 | EDLA | Frank D'Amico, Jr.<br>Law Offices of Frank D'Amico, Jr.<br>4731 Canal Street<br>New Orleans, LA 70113 |
| R-Vision, Inc. | *Marva Jones, et al v. Liberty Mutual Insurance Corp., et al* | 09-8462 | EDLA | Frank D'Amico, Jr.<br>Law Offices of Frank D'Amico, Jr.<br>4731 Canal Street<br>New Orleans, LA 70113 |
| R-Vision, Inc. | *George Brooks, et al. v Liberty Mutual Insurance Corp., et al.* | 09-8463 | EDLA | Frank D'Amico, Jr.<br>Law Offices of Frank D'Amico, Jr.<br>4731 Canal Street<br>New Orleans, LA 70113 |
| R-Vision, Inc. | *Lisa Davis, et al v. Liberty Mutual Insurance Corp., et al* | 09-8464 | EDLA | Douglas M. Schmidt<br>Denis E. Vega<br>Peter R. Borstell<br>Douglas M. Schmidt, APLC<br>335 City Park Ave.<br>New Orleans, LA 70119 |
| R-Vision, Inc. | *Lisa Davis, et al v. Liberty Mutual Insurance Corp., et al* | 09-8464 | EDLA | Raúl R. Bencomo<br>BENCOMO & ASSOCIATES<br>Attorneys & Counselors At Law<br>2110 Entergy Building<br>639 Loyola Avenue<br>New Orleans, Louisiana 70113 |
| R-Vision, Inc. | *Lisa Davis, et al v. Liberty Mutual Insurance Corp., et al* | 09-8464 | EDLA | Frank D'Amico, Jr.<br>Law Offices of Frank D'Amico, Jr.<br>4731 Canal Street<br>New Orleans, LA 70113 |
| R-Vision, Inc. | *Frank, et al. v. R-Vision, Inc., et al.* | 09-8691 | USDC, EDLA | Bruno & Bruno<br>855 Baronne Street  New |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| | | | | Orleans, LA 70113 |
| R-Vision, Inc. | *DEDEAUX, et al vs. LIBERTY INSURANCE CORPORATION, et al* | 1:11-500-HSD-RHW | SDMS | Douglas M. Schmidt<br>Denis E. Vega<br>Peter R. Borstell<br>Douglas M. Schmidt, APLC<br>335 City Park Ave.<br>New Orleans, LA 70119 |
| R-Vision, Inc. | *Iris Schexanyder, et al v. Forest River, Inc., et al* | 10-0559 | EDLA | Jim S. Hall<br>Joseph W. Rausch<br>Jim S. Hall & Associates, LLC<br>800 N. Causeway Blvd.<br>Suite 100<br>Metairie, LA 70001 |
| R-Vision, Inc. | *Bosarge et al v R Vision Homes, LLC* | 10-0223 | EDLA | Ronnie G. Penton<br>Maryanna Penton<br>The Penton Law Firm<br>209 Hoppen Place<br>Bogalusa, LA 70427 |
| R-Vision, Inc. | *Kelly o/b/o Tramia Kelly vs. Arch Specialty Insurance Company, et al* | 10-0438 | EDLA | Buzbee Law Firm<br>Anthony G. Buzbee, Esq.<br>Peter K. Taaffe<br>JP Morgan Chase Tower<br>600 Travis Street<br>Ste. 7300<br>Houston, TX 77002 |
| R-Vision, Inc. | *Elam v. R-Vision, Inc.* | 10-0438 | SDTX | Buzbee Law Firm<br>Anthony G. Buzbee, Esq.<br>Peter K. Taaffe<br>JP Morgan Chase Tower<br>600 Travis Street<br>Ste. 7300<br>Houston, TX 77002 |
| R-Vision, Inc. | *Marla Raffield, as Next Friend of E. R., a minor, et. al. vs. R-Vision, Inc., et. al.* | 10-1261 | USDC, EDLA | Mikal C. Watts,<br>Mikal C. Watts, P.C.<br>2506 N. Port, Ave.<br>Corpus Christi, TX 78401<br><br>Robert C. Hilliard, Esq.<br>Robert C. Hilliard, LLP<br>719 S. Shoreline Boulevard<br>Suite 500<br>Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Douglas Louding, Sr, et al v. Liberty Mutual Insurance Corp., et al* | 10-2023 | EDLA | Douglas M. Schmidt<br>Denis E. Vega<br>Peter R. Borstell |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| | | | | Douglas M. Schmidt, APLC<br>335 City Park Ave.<br>New Orleans, LA 70119 |
| R-Vision, Inc. | *Douglas Louding, Sr, et al v. Liberty Mutual Insurance Corp., et al* | 10-2023 | EDLA | Frank D'Amico, Jr.<br>Law Offices of Frank D'Amico, Jr.<br>4731 Canal Street<br>New Orleans, LA 70113 |
| R-Vision, Inc. | *Chapman* | 10-2133 | EDLA | John A. Eaves<br>101 N. State Street<br>Jackson, MS 39201 |
| R-Vision, Inc. | *Elica Allen, as Next Friend of I.A, a minor, et. al. vs. R-Vision, Inc., et. al.* | 10-2201 | USDC, EDLA | Mikal C. Watts,<br>Mikal C. Watts, P.C.<br>2506 N. Port, Ave.<br>Corpus Christi, TX 78401<br><br>Robert C. Hilliard, Esq.<br>Robert C. Hilliard, LLP<br>719 S. Shoreline Boulevard<br>Suite 500<br>Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Keisha James, et. al. vs. R-Vision, Inc., et. al.* | 10-2255 | USDC, EDLA | Mikal C. Watts,<br>Mikal C. Watts, P.C.<br>2506 N. Port, Ave.<br>Corpus Christi, TX 78401<br><br>Robert C. Hilliard, Esq.<br>Robert C. Hilliard, LLP<br>719 S. Shoreline Boulevard<br>Suite 500<br>Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Bazley et al v. Arch Specialty Insurance Company et al* | 10-2307 | EDLA | Buzbee Law Firm<br>Anthony G. Buzbee, Esq.<br>Peter K. Taaffe<br>JP Morgan Chase Tower<br>600 Travis Street<br>Ste. 7300<br>Houston, TX 77002 |
| R-Vision, Inc. | *Louis Nash et al v Liberty Mutual Insurance Corp et al* | 10-2534 | EDLA | Frank D'Amico, Jr.<br>Law Offices of Frank D'Amico, Jr.<br>4731 Canal Street |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

|  |  |  |  | New Orleans, LA 70113 |
|---|---|---|---|---|
| R-Vision, Inc. | *Ray Duhon et al v Liberty Mutual Insurance Corp et al* | 10-2549 | EDLA | Raúl R. Bencomo BENCOMO & ASSOCIATES Attorneys & Counselors At Law 2110 Entergy Building 639 Loyola Avenue New Orleans, Louisiana 70113 |
| R-Vision, Inc. | *Ray Duhon et al v Liberty Mutual Insurance Corp et al* | 10-2549 | EDLA | Frank D'Amico, Jr. Law Offices of Frank D'Amico, Jr. 4731 Canal Street New Orleans, LA 70113 |
| R-Vision, Inc. | *Rene Knox et al v Liberty Mutual Insurance Corp et al* | 10-2554 | EDLA | Frank D'Amico, Jr. Law Offices of Frank D'Amico, Jr. 4731 Canal Street New Orleans, LA 70113 |
| R-Vision, Inc. | *Celestine et al vs. Arch Specialty Insurance Co. et al* | 10-2590 | EDLA | Buzbee Law Firm Anthony G. Buzbee, Esq. Peter K. Taaffe JP Morgan Chase Tower 600 Travis Street Ste. 7300 Houston, TX 77002 |
| R-Vision, Inc. | *Johnson et al v. Liberty Insurance Corporation et al* | 10-2685 | EDLA | Daniel E. Becnel, Jr. Darryl James Becnel Becnel Law Firm 106 West 7th Street Reserve, LA 70084 |
| R-Vision, Inc. | *Triplett v. Bechtel National, Inc.* | 10-3123 | EDLA | Gerald E. Meunier, Esq. Justin I. Woods, Esq. M. Palmer Lambert, Esq. Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC 2800 Energy Centre 1100 Poydras Street New Orleans, LA 70163 |
| R-Vision, Inc. | *Kelly v. R-Vision,Kelly v. Arch Specialty Insurance* | 10-3548 | SDMS, EDLA | Sidney D. Torres III Roberta L. Burns |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| | Corp, et al | | | Torres Law Firm 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |
| R-Vision, Inc. | Joseph Jones et al v Liberty Mutual Insurance Co et al | 10-3620 | EDLA | Raúl R. Bencomo BENCOMO & ASSOCIATES Attorneys & Counselors At Law 2110 Entergy Building 639 Loyola Avenue New Orleans, Louisiana 70113 |
| R-Vision, Inc. | Joseph Jones et al v Liberty Mutual Insurance Co et al | 10-3620 | EDLA | Frank D'Amico, Jr. Law Offices of Frank D'Amico, Jr. 4731 Canal Street New Orleans, LA 70113 |
| R-Vision, Inc. | Riley v. Arch Specialty, et al | 10-3673 | EDLA | Sidney D. Torres III Roberta L. Burns Torres Law Firm 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |
| R-Vision, Inc. | Hernandez v. Arch Specialty, et al | 10-3676 | EDLA | Sidney D. Torres III Roberta L. Burns Torres Law Firm 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |
| R-Vision, Inc. | Mitchell v. Liberty Mutual Ins. Corp.. | 10-3614 | EDLA | Gerald E. Meunier, Esq. Justin I. Woods, Esq. M. Palmer Lambert, Esq. Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC 2800 Energy Centre 1100 Poydras Street New Orleans, LA 70163 |
| R-Vision, Inc. | DeCourcy v. Arch Specialty, et al | 10-3965 | MDAL, EDLA | Sidney D. Torres III Roberta L. Burns Torres Law Firm 8301 W. Judge Perez Drive Suite 303 |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

|  |  |  |  | Chalmette, Louisiana 70043 |
|---|---|---|---|---|
| R-Vision, Inc. | *Hill et al v. R-Vision, Inc. et al* | 10-4666 | EDLA | Buzbee Law Firm<br>Anthony G. Buzbee, Esq.<br>Peter K. Taaffe<br>JP Morgan Chase Tower<br>600 Travis Street<br>Ste. 7300<br>Houston, TX 77002 |
| R-Vision, Inc. | *Buckel v. AIG* | 10-750 | EDLA | Sidney D. Torres III<br>Roberta L. Burns<br>Torres Law Firm<br>8301 W. Judge Perez Drive<br>Suite 303<br>Chalmette, Louisiana 70043 |
| R-Vision, Inc. | *Shynice Mays et al v. Liberty Mutual Insurance Corp* | 2:09-5322 | EDLA | Lawrence J. Centola, Jr.<br>Hurricane Legal Center, LLC<br>600 Carondelet Street,<br>Ste. 602<br>New Orleans, LA 70163 |
| R-Vision, Inc. | *Greg Crain et al v. American International Specialty Lines, et al* | 2:09-5323 | EDLA | Lawrence J. Centola, Jr.<br>Hurricane Legal Center, LLC<br>600 Carondelet Street,<br>Ste. 602<br>New Orleans, LA 70163 |
| R-Vision, Inc. | *Mady Bolton, et al v. R-Vision, et al* | 2:09-4803 | EDLA | Mobile FEMA Group – Jack Harang<br>3500 North Hullen Street<br>Metairie, LA 70002 |
| R-Vision, Inc. | *Leseare Hughes, et al v. R-Vision, et al* | 10-04123 | EDLA | Mobile FEMA Group – Jack Harang<br>3500 North Hullen Street<br>Metairie, LA 70002 |
| R-Vision, Inc. | *Davis, et al. v. R-Vision, et al* | Cause No. 095256 N(5) | EDLA | Michael Watson – Woodfill & Pressler<br>2 Houston Center<br>909 Fanin<br>Suite 1470<br>Houston, Texas 77010 |
| R-Vision, Inc. | *Enclade, et al. v. Patriot Homes, Inc., et al, v. R-Vision, Inc.* | Cause No. 095281 N(5) | EDLA | Michael Watson – Woodfill & Pressler<br>2 Houston Center<br>909 Fanin<br>Suite 1470 |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | Houston, Texas 77010 |
|---|---|---|---|---|
| R-Vision, Inc. | *Enclade, et al. v. Patriot Homes, Inc., et al & Davis, et al v. R-Vision, Inc.* | Cause No. 095281 N(5) Cause No. 095256 N(5) | EDLA | Michael Watson – Woodfill & Pressler 2 Houston Center 909 Fanin Suite 1470 Houston, Texas 77010 |
| R-Vision, Inc. | *Franklin v. CH2M Hill Constructors, Inc.* | 09-3984 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | *Trask, Donald v. Fluor Enterprises, Inc.* | 09-4039 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | *Ruffin, Wesley v. CH2M Hill Constructors, Inc.* | 09-4040 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | *Duvernay, Christine et al v. Liberty Mutual Ins. Corp* | 09-5324 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | *Lawson, Daniel et al v. Liberty Mutual Ins. Corp* | 09-5317 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | *Bailey, John et al v. Liberty Mutual Insurance Corp and Fluor Enterprises* | 09-5736 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | *Franklin, Todd Jr. et al v. Liberty Mutual Insurance Corporation and CH2M Hill Constructors, Inc* | 09-5749 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | *Anderson, Rasheeda et al v. Libety Mutual Insurance* | 09-5737 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| | Corporation | | | 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | Spurlock, Sharon obo Davidneisha Spurlock et al v. Liberty Mutual Ins. Corp. | 09-5735 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | Lee, James R. II, and Kimberly Duncan v. Liberty Mutual Insurance Corp. | 09-6978 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | Alston, Gwangi and Lawrence Alston v. Liberty Insurance Corp. et al. | 09-5408 | EDLA | Daniel E. Becnel, Jr. Darryl James Becnel Becnel Law Firm 106 West 7th Street Reserve, LA 70084 |
| R-Vision, Inc. | Johnson, Brittany et al. v. Liberty Insurance Corp. et al. | 09-1360 | WDLA | Daniel E. Becnel, Jr. Darryl James Becnel Becnel Law Firm 106 West 7th Street Reserve, LA 70084 |
| R-Vision, Inc. | Sweeney, Bernice, Marie Perez, James Lee II on behalf of W.D. v. Liberty Mutual Insurance Corporation, USDC, ED LA, No. 09-8338 | 09-8338 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | Sanders, Mary v. Liberty Mutual Insurance Corporation and Flluor Enterprises, Inc. | 09-7593 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | Watts, Jeannette Duboise Wilbert Watts, Jr. v. Liberty Mutual Insurance Corporation and Fluor Enterprises, Inc. | 09-8358 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | Jamison, Betty v. R-Vision, Inc. Ch2 M Hill Constructors, Inc., and USA (FEMA) | 09-4561 | EDLA | Sidney D. Torres III Roberta L. Burns Torres Law Firm 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| R-Vision, Inc. | *Reeder, Dorothy et al v. R-Vision, Inc. Fluor Enterprises Inc. and USA (Fema* | 09-4871 | EDLA | Jim S. Hall<br>Joseph W. Rausch<br>Jim S. Hall & Associates, LLC<br>800 N. Causeway Blvd.<br>Suite 100<br>Metairie, LA 70001 |
|---|---|---|---|---|
| R-Vision, Inc. | *Davis, Lisa together with all individuals and entities whose names appear on the attached "Exhibit A" versus Liberty Mutual Insurance Corp., et al* | 09-8464 | EDLA | Frank D'Amico, Jr.<br>Law Offices of Frank D'Amico, Jr.<br>4731 Canal Street<br>New Orleans, LA 70113 |
| R-Vision, Inc. | *Stephen, Marica vs. R-Vision, Inc.* | 09-7917 | EDLA | Mikal C. Watts,<br>Mikal C. Watts, P.C.<br>2506 N. Port, Ave.<br>Corpus Christi, TX 78401<br><br>Robert C. Hilliard, Esq.<br>Robert C. Hilliard, LLP<br>719 S. Shoreline Boulevard<br>Suite 500<br>Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Raffield, Maria, et al v. R-Vision* | 10-1261 | EDLA | Mikal C. Watts,<br>Mikal C. Watts, P.C.<br>2506 N. Port, Ave.<br>Corpus Christi, TX 78401<br><br>Robert C. Hilliard, Esq.<br>Robert C. Hilliard, LLP<br>719 S. Shoreline Boulevard<br>Suite 500<br>Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Johnson, Donald* | 09-7259 | EDLA | Daniel E. Becnel, Jr.<br>Darryl James Becnel<br>Becnel Law Firm<br>106 West 7th Street<br>Reserve, LA 70084 |
| R-Vision, Inc. | *Allen, Elica* | 10-2201 | EDLA | Mikal C. Watts,<br>Mikal C. Watts, P.C.<br>2506 N. Port, Ave.<br>Corpus Christi, TX 78401 |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| | | | | Robert C. Hilliard, Esq. Robert C. Hilliard, LLP 719 S. Shoreline Boulevard Suite 500 Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Bindom, Patricia on behalf of D.B. vs. Arch Specialty Insurace Company etal.* | 10-3584 | EDLA | Sidney D. Torres III Roberta L. Burns Torres Law Firm 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |
| R-Vision, Inc. | *Aguilar, Damien etal vs. Arch Specialty Insurance Company etal* | 10-3585 | EDLA | Sidney D. Torres III Roberta L. Burns Torres Law Firm 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |
| R-Vision, Inc. | *Adkinson, Stefanie vs. R-Vision, Inc.* | 09-7814 | EDLA | Mikal C. Watts, Mikal C. Watts, P.C. 2506 N. Port, Ave. Corpus Christi, TX 78401 Robert C. Hilliard, Esq. Robert C. Hilliard, LLP 719 S. Shoreline Boulevard Suite 500 Corpus Christi, TX 78401 |
| R-Vision, Inc. | *Mitchell, Angelus vs. Liberty Mutual Insurance Corp.* | 10-3914 | EDLA | Gerald E. Meunier, Esq. Justin I. Woods, Esq. M. Palmer Lambert, Esq. Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC 2800 Energy Centre 1100 Poydras Street New Orleans, LA 70163 |
| R-Vision, Inc. | *Held, Hope and Joseph, on behalf of C.H. vs. Arch Specialty Insurance Co.* | 10-3586 | EDLA | Sidney D. Torres III Roberta L. Burns Torres Law Firm |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |
| R-Vision, Inc. | *Pierre, Sandra vs. Arch Specialty Insurance Company* | 10-3699 | EDLA | Sidney D. Torres III Roberta L. Burns Torres Law Firm 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |
| R-Vision, Inc. | *Hernandez, Felicia vs. Arch Specialty Insurance Company* | 10-3676 | EDLA | Sidney D. Torres III Roberta L. Burns Torres Law Firm 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |
| R-Vision, Inc. | *Riley, Shelly on behalf of C.D. vs. Arch Specialty Insurance Company* | 10-3673 | EDLA | Sidney D. Torres III Roberta L. Burns Torres Law Firm 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |
| R-Vision, Inc. | *Bazley, Ladell vs. Arch specialty Insurance Insurance Company* | 10-2307 | EDLA | Buzbee Law Firm Anthony G. Buzbee, Esq. Peter K. Taaffe JP Morgan Chase Tower 600 Travis Street Ste. 7300 Houston, TX 77002 |
| R-Vision, Inc. | *Jean Dedeaux, et al* | 11-0526 | SDMS | Ronnie G. Penton Maryanna Penton The Penton Law Firm 209 Hoppen Place Bogalusa, LA 70427 |
| R-Vision, Inc. | *Don Friendly, et al* | 11-0537 | SDMS | Ronnie G. Penton Maryanna Penton The Penton Law Firm 209 Hoppen Place Bogalusa, LA 70427 |
| R-Vision, Inc. | *Sidney, Israel v. Fluor Enterprises, Inc.* | 09-3983 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| | | | | New Orleans, LA  70163 |
| R-Vision, Inc. | Franklin v. CH2M Hill Constructors, Inc. | 09-3984 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA  70163 |
| R-Vision, Inc. | Trask, Donald v. Fluor Enterprises, Inc. | 09-4039 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA  70163 |
| R-Vision, Inc. | Ruffin, Wesley v. CH2M Hill Constructors, Inc. | 09-4040 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA  70163 |
| R-Vision, Inc. | Duvernay, Christine et al v. Liberty Mutual Ins. Corp | 09-5324 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA  70163 |
| R-Vision, Inc. | Lawson, Daniel et al v. Liberty Mutual Ins. Corp | 09-5317 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA  70163 |
| R-Vision, Inc. | Bailey, John et al v. Liberty Mutual Insurance Corp and Fluor Enterprises | 09-5736 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA  70163 |
| R-Vision, Inc. | Franklin, Todd Jr. et al v. Liberty Mutual Insurance Corporation and CH2M Hill Constructors, Inc | 09-5749 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA  70163 |
| R-Vision, Inc. | Anderson, Rasheeda et al v. Libety Mutual Insurance Corporation | 09-5737 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA  70163 |
| R-Vision, Inc. | Spurlock, Sharon obo Davidneisha Spurlock et al v. Liberty Mutual Ins. Corp. | 09-5735 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA  70163 |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| R-Vision, Inc. | Lee, James R. II, and Kimberly Duncan v. Liberty Mutual Insurance Corp. | 09-6978 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | Alston, Gwangi and Lawrence Alston v. Liberty Insurance Corp. et al. | 09-5408 | EDLA | Daniel E. Becnel, Jr. Darryl James Becnel Becnel Law Firm 106 West 7th Street Reserve, LA 70084 |
| R-Vision, Inc. | Johnson, Brittany et al. v. Liberty Insurance Corp. et al. | 09-1360 | WDLA | Daniel E. Becnel, Jr. Darryl James Becnel Becnel Law Firm 106 West 7th Street Reserve, LA 70084 |
| R-Vision, Inc. | Sweeney, Bernice, Marie Perez, James Lee II on behalf of W.D. v. Liberty Mutual Insurance Corporation, USDC, ED LA, No. 09-8338 | 09-8338 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | Sanders, Mary v. Liberty Mutual Insurance Corporation and Flluor Enterprises, Inc. | 09-7593 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | Watts, Jeannette Duboise Wilbert Watts, Jr. v. Liberty Mutual Insurance Corporation and Fluor Enterprises, Inc. | 09-8358 | EDLA | Lawrence J. Centola, Jr. Hurricane Legal Center, LLC 600 Carondelet Street, Ste. 602 New Orleans, LA 70163 |
| R-Vision, Inc. | Jamison, Betty v. R-Vision, Inc. Ch2 M Hill Constructors, Inc., and USA (FEMA) | 09-4561 | EDLA | Sidney D. Torres III Roberta L. Burns Torres Law Firm 8301 W. Judge Perez Drive Suite 303 Chalmette, Louisiana 70043 |
| R-Vision, Inc. | Reeder, Dorothy et al v. R-Vision, Inc. Fluor Enterprises Inc. and USA (Fema | 09-4871 | EDLA | Jim S. Hall Joseph W. Rausch Jim S. Hall & Associates, LLC 800 N. Causeway Blvd. Suite 100 Metairie, LA 70001 |

22

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| R-Vision, Inc. | Davis, Lisa  together with all individuals and entities whose names appear on the attached "Exhibit A" versus Liberty Mutual Insurance Corp., et al | 09-8464 | EDLA | Frank D'Amico, Jr. Law Offices of Frank D'Amico, Jr. 4731 Canal Street New Orleans, LA 70113 |
| R-Vision, Inc. | Stephen, Marica vs. R-Vision, Inc. | 09-7917 | EDLA | Mikal C. Watts, Mikal C. Watts, P.C. 2506 N. Port, Ave. Corpus Christi, TX 78401 <br><br> Robert C. Hilliard, Esq. Robert C. Hilliard, LLP 719 S. Shoreline Boulevard Suite 500 Corpus Christi, TX 78401 |
| R-Vision, Inc. | Raffield, Maria, et al v. R-Vision | 10-1261 | EDLA | Mikal C. Watts, Mikal C. Watts, P.C. 2506 N. Port, Ave. Corpus Christi, TX 78401 <br><br> Robert C. Hilliard, Esq. Robert C. Hilliard, LLP 719 S. Shoreline Boulevard Suite 500 Corpus Christi, TX 78401 |
| R-Vision, Inc. | Johnson, Donald | 09-7259 | EDLA | Daniel E. Becnel, Jr. Darryl James Becnel Becnel Law Firm 106 West 7th Street Reserve, LA 70084 |
| R-Vision, Inc. | Allen, Elica | 10-2201 | EDLA | Mikal C. Watts, Mikal C. Watts, P.C. 2506 N. Port, Ave. Corpus Christi, TX 78401 <br><br> Robert C. Hilliard, Esq. Robert C. Hilliard, LLP 719 S. Shoreline Boulevard |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | | | | |
|---|---|---|---|---|
| | | | | Suite 500<br>Corpus Christi, TX 78401 |
| R-Vision, Inc. | Bindom, Patricia on behalf of D.B. vs. Arch Specialty Insurace Company etal. | 10-3584 | EDLA | Sidney D. Torres III<br>Roberta L. Burns<br>Torres Law Firm<br>8301 W. Judge Perez Drive<br>Suite 303<br>Chalmette, Louisiana 70043 |
| R-Vision, Inc. | Aguilar, Damien etal vs. Arch Specialty Insurance Company etal | 10-3585 | EDLA | Sidney D. Torres III<br>Roberta L. Burns<br>Torres Law Firm<br>8301 W. Judge Perez Drive<br>Suite 303<br>Chalmette, Louisiana 70043 |
| R-Vision, Inc. | Adkinson, Stefanie vs. R-Vision, Inc. | 09-7814 | EDLA | Mikal C. Watts,<br>Mikal C. Watts, P.C.<br>2506 N. Port, Ave.<br>Corpus Christi, TX 78401<br><br>Robert C. Hilliard, Esq.<br>Robert C. Hilliard, LLP<br>719 S. Shoreline Boulevard<br>Suite 500<br>Corpus Christi, TX 78401 |
| R-Vision, Inc. | Mitchell, Angelus vs. Liberty Mutual Insurance Corp. | 10-3914 | EDLA | Gerald E. Meunier, Esq.<br>Justin I. Woods, Esq.<br>M. Palmer Lambert, Esq.<br>Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |
| R-Vision, Inc. | Held, Hope and Joseph, on behalf of C.H. vs. Arch Specialty Insurance Co. | 10-3586 | EDLA | Sidney D. Torres III<br>Roberta L. Burns<br>Torres Law Firm<br>8301 W. Judge Perez Drive<br>Suite 303<br>Chalmette, Louisiana 70043 |
| R-Vision, Inc. | Pierre, Sandra vs. Arch | 10-3699 | EDLA | Sidney D. Torres III |

**EXHIBIT A**
**LISTING OF MDL CLAIMS**

| | Specialty Insurance Company | | | Roberta L. Burns<br>Torres Law Firm<br>8301 W. Judge Perez Drive<br>Suite 303<br>Chalmette, Louisiana<br>70043 |
|---|---|---|---|---|
| R-Vision, Inc. | Hernandez, Felicia vs. Arch Specialty Insurance Company | 10-3676 | EDLA | Sidney D. Torres III<br>Roberta L. Burns<br>Torres Law Firm<br>8301 W. Judge Perez Drive<br>Suite 303<br>Chalmette, Louisiana<br>70043 |
| R-Vision, Inc. | Riley, Shelly on behalf of C.D. vs. Arch Specialty Insurance Company | 10-3673 | EDLA | Sidney D. Torres III<br>Roberta L. Burns<br>Torres Law Firm<br>8301 W. Judge Perez Drive<br>Suite 303<br>Chalmette, Louisiana<br>70043 |
| R-Vision, Inc. | Bazley, Ladell vs. Arch specialty Insurance Insurance Company | 10-2307 | EDLA | Buzbee Law Firm<br>Anthony G. Buzbee, Esq.<br>Peter K. Taaffe<br>JP Morgan Chase Tower<br>600 Travis Street<br>Ste. 7300<br>Houston, TX 77002 |
| R-Vision, Inc. | Jean Dedeaux, et al | 11-0526 | SDMS | Ronnie G. Penton<br>Maryanna Penton<br>The Penton Law Firm<br>209 Hoppen Place<br>Bogalusa, LA 70427 |
| R-Vision, Inc. | Don Friendly, et al | 11-0537 | SDMS | Ronnie G. Penton<br>Maryanna Penton<br>The Penton Law Firm<br>209 Hoppen Place<br>Bogalusa, LA 70427 |
| R-Vision, Inc. | Sidney, Israel v. Fluor Enterprises, Inc. | 09-3983 | EDLA | Lawrence J. Centola, Jr.<br>Hurricane Legal Center, LLC<br>600 Carondelet Street,<br>Ste. 602<br>New Orleans, LA  70163 |