# EXHIBIT "C"

Proofs of Claim Filed In

09-10759-KJC R-Vision, Inc.

| Creditor:          (4707784)<br>Antoine Prince, Sr.<br>FEMA Trailer Formaldehyde<br>Products Liability<br>Litigation/MDL 1873<br>Lambert & nelson<br>PLC 701 Magazine St.<br>New Orleans, LA 70130 | Claim No: 76<br>Original Filed<br>Date: 09/09/2009<br>Original Entered<br>Date: 09/23/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 76-1 | 09/09/2009 | Claim #76 filed by Antoine Prince, Sr., Amount claimed: (JRB) |
|---|---|---|---|

Description: (76-1) Unliquidated, amends claim #348 filed 5/13/09

Remarks:

| Creditor:          (4732831)<br>Melvin White<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 94<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 94-1 | 11/03/2009 | Claim #94 filed by Melvin White, Amount claimed: (JRB) |
|---|---|---|---|

Description: (94-1) Unknown

Remarks:

| Creditor: (4732832) Christine Poillion Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 95 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

No amounts claimed

History:

| Details | 95-1 | 11/03/2009 | Claim #95 filed by Christine Poillion, Amount claimed: (JRB) |
|---|---|---|---|

Description: (95-1) unknown

Remarks:

| Creditor: (4732835) Shirley Brooks-Christoper Brooks-minor Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 96 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

No amounts claimed

History:

| Details | 96-1 | 11/03/2009 | Claim #96 filed by Shirley Brooks-Christoper Brooks-minor, Amount claimed: (JRB) |
|---|---|---|---|

Description: (96-1) unknown

Remarks:

| Creditor:        (4732838)<br>Shirley Brooks<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 97<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 97-1 | 11/03/2009 | Claim #97 filed by Shirley Brooks, Amount claimed: (JRB) |
|---|---|---|---|

Description: (97-1) unknown

Remarks:

| Creditor:        (4732841)<br>Shirely Brooks-Asia Brooks-<br>minor<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 98<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 98-1 | 11/03/2009 | Claim #98 filed by Shirely Brooks-Asia Brooks-minor, Amount claimed: (JRB) |
|---|---|---|---|

Description: (98-1) unknown

| Remarks: | | |
|---|---|---|

| Creditor:        (4732842)<br>Shirley Brooks- Herbert Hayes-minor<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 99<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

| History: | | | | | |
|---|---|---|---|---|---|
| Details | 99-1 | 11/03/2009 | Claim #99 filed by Shirley Brooks- Herbert Hayes-minor, Amount claimed: (JRB) | | |
| Description: (99-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4732843)<br>Shirley Brooks-Kristie Hayes-minor<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 100<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|
| Details | 100-1 | 11/03/2009 | Claim #100 filed by Shirley Brooks-Kristie Hayes-minor, Amount claimed: |

| | | | (JRB) | | |
|---|---|---|---|---|---|
| Description: (100-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4732844) Christopher Brooks Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 101 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 101-1 | 11/03/2009 | Claim #101 filed by Christopher Brooks, Amount claimed: (JRB) |
|---|---|---|---|
| Description: (101-1) unknown | | | |
| Remarks: | | | |

| Creditor:        (4732846) Dustin Allen Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 102 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 102-1 | 11/03/2009 | Claim #102 filed by Dustin Allen, Amount claimed: (JRB) |
|---|---|---|---|

Description: (102-1) unknown

Remarks:

| Creditor:          (4732848) | Claim No: 103 | Status: |
| Teresa Williams | Original Filed | Filed by: CR |
| Fema Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Litigation MDL 1873 | Date: 11/03/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 103-1 | 11/03/2009 | Claim #103 filed by Teresa Williams, Amount claimed: (JRB) |

Description: (103-1) unknown

Remarks:

| Creditor:          (4732851) | Claim No: 104 | Status: |
| Vernon Lewis | Original Filed | Filed by: CR |
| Fema Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Litigation MDL 1873 | Date: 11/03/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 104-1 | 11/03/2009 | Claim #104 filed by Vernon Lewis, Amount claimed: (JRB) |

Description: (104-1) unknown

| Remarks: | | |
|---|---|---|

| Creditor:        (4732853)<br>Danielle Lewis<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 105<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 105-1 | 11/03/2009 | Claim #105 filed by Danielle Lewis, Amount claimed: (JRB) |
|---|---|---|---|

| Description: (105-1) unknown | | |
|---|---|---|
| Remarks: | | |

| Creditor:        (4732855)<br>Robert Lee<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 106<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 106-1 | 11/03/2009 | Claim #106 filed by Robert Lee, Amount claimed: (JRB) |
|---|---|---|---|

| Description: (106-1) unknown | | |
|---|---|---|
| Remarks: | | |

| Creditor:        (4732857)<br>Lewana Thibodeaux<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 107<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 107-1 | 11/03/2009 | Claim #107 filed by Lewana Thibodeaux, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (107-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4732858)<br>Tuyet Nguyen<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 108<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 108-1 | 11/03/2009 | Claim #108 filed by Tuyet Nguyen, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (108-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:      (4732860)<br>Donny Williams<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 109<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|
| Details | 109-1 | 11/03/2009 | Claim #109 filed by Donny Williams, Amount claimed: (JRB) |
| Description: (109-1) unknown | | | |
| Remarks: | | | |

| Creditor:      (4732864)<br>Lewana Thiodeaux-Vernice<br>Guillory-Deceased<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 110<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|
| Details | 110-1 | 11/03/2009 | Claim #110 filed by Lewana Thiodeaux-Vernice Guillory-Deceased, Amount claimed: (JRB) |
| Description: (110-1) unknown | | | |
| Remarks: | | | |

| Creditor:        (4732865)<br>Sharlene Biddinger<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 111<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 111-1 | 11/03/2009 | Claim #111 filed by Sharlene Biddinger, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|

Description: (111-1) unknown

Remarks:

| Creditor:        (4732867)<br>Doris Jackson-Charles Jackson-Deceased<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 112<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 112-1 | 11/03/2009 | Claim #112 filed by Doris Jackson-Charles Jackson-Deceased, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|

Description: (112-1) unknown

Remarks:

| Creditor:        (4732868)<br>Jeffrey Hardy<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 113<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 113-1 11/03/2009 Claim #113 filed by Jeffrey Hardy, Amount claimed: (JRB) |
|---|---|

Description: (113-1) unknown

Remarks:

| Creditor:        (4732870)<br>Danise Lewis<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 114<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 114-1 11/03/2009 Claim #114 filed by Danise Lewis, Amount claimed: (JRB) |
|---|---|

Description: (114-1) unknown

Remarks:

| Creditor:        (4732871) | Claim No: 115 | Status: |
|---|---|---|

| Rhonda Monroe<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 115-1 | 11/03/2009 | Claim #115 filed by Rhonda Monroe, Amount claimed: (JRB) |
|---|---|---|---|

Description: (115-1) unknown

Remarks:

| Creditor:        (4732873)<br>Linda Rigdon<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 116<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 116-1 | 11/03/2009 | Claim #116 filed by Linda Rigdon, Amount claimed: (JRB) |
|---|---|---|---|

Description: (116-1) unknown

Remarks:

| Creditor:        (4732874)<br>Tara Ladner-Alexis Ladner- | Claim No: 117<br>Original Filed | Status:<br>Filed by: CR |
|---|---|---|

| Minor Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Date: 11/03/2009 Original Entered Date: 11/03/2009 | Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 117-1 | 11/03/2009 | Claim #117 filed by Tara Ladner-Alexis Ladner-Minor, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (117-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4732875) Tara Ladner-Marlorie Ladner-Minor Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 118 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 118-1 | 11/03/2009 | Claim #118 filed by Tara Ladner-Marlorie Ladner-Minor, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (118-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4732876)<br>Tara Ladner<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 119<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: | |
|---|---|---|---|
| No amounts claimed | | | |
| History: | | | |
| Details | 119-1 | 11/03/2009 | Claim #119 filed by Tara Ladner, Amount claimed: (JRB) |
| Description: (119-1) unknown | | | |
| Remarks: | | | |

| Creditor:        (4732877)<br>Michele Ladner<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 120<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: | |
|---|---|---|---|
| No amounts claimed | | | |
| History: | | | |
| Details | 120-1 | 11/03/2009 | Claim #120 filed by Michele Ladner, Amount claimed: (JRB) |
| Description: (120-1) Unknown | | | |
| Remarks: | | | |

| Creditor:        (4732879) | Claim No: 121 | Status: |
|---|---|---|

| Linda Ladner | Original Filed | Filed by: CR |
|---|---|---|
| Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Date: 11/03/2009 Original Entered Date: 11/03/2009 | Entered by: JRB Modified: |

No amounts claimed

History:

| Details | 121-1 | 11/03/2009 | Claim #121 filed by Linda Ladner, Amount claimed: (JRB) |

Description: (121-1) unknown

Remarks:

| Creditor:        (4732880) | Claim No: 122 | Status: |
|---|---|---|
| Kenneth Ladner Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Filed by: CR Entered by: JRB Modified: |

No amounts claimed

History:

| Details | 122-1 | 11/03/2009 | Claim #122 filed by Kenneth Ladner, Amount claimed: (JRB) |

Description: (122-1) unknown

Remarks:

| Creditor:        (4732881) | Claim No: 123 | Status: |
|---|---|---|
| Michael Ladner | Original Filed | Filed by: CR |

| Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Date: 11/03/2009 Original Entered Date: 11/03/2009 | Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 123-1 | 11/03/2009 | Claim #123 filed by Michael Ladner, Amount claimed: (JRB) |
|---|---|---|---|

Description: (123-1) unknown

Remarks:

| Creditor:      (4732883) Helen Powell Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 124 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 124-1 | 11/03/2009 | Claim #124 filed by Helen Powell, Amount claimed: (JRB) |
|---|---|---|---|

Description: (124-1) unknown

Remarks:

| Creditor:      (4732884) Willie Powell Fema Trailer Formaldehyde | Claim No: 125 Original Filed Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB |
|---|---|---|

| Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Original Entered Date: 11/03/2009 | Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 125-1 | 11/03/2009 | Claim #125 filed by Willie Powell, Amount claimed: (JRB) |
|---|---|---|---|

Description: (125-1) unknown

Remarks:

| Creditor:        (4732885) Gwyendolyn White Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 126 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 126-1 | 11/03/2009 | Claim #126 filed by Gwyendolyn White, Amount claimed: (JRB) |
|---|---|---|---|

Description: (126-1) unknown

Remarks:

| Creditor:        (4732886) Miranda White Fema Trailer Formaldehyde Products | Claim No: 127 Original Filed Date: 11/03/2009 Original Entered | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

| Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Date: 11/03/2009 | |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 127-1 | 11/03/2009 | Claim #127 filed by Miranda White, Amount claimed: (JRB) |
|---|---|---|---|

Description: (127-1) unknown

Remarks:

| Creditor:        (4732887)<br>Shairon Willis<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 128<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 128-1 | 11/03/2009 | Claim #128 filed by Shairon Willis, Amount claimed: (JRB) |
|---|---|---|---|

Description: (128-1) unknown

Remarks:

| Creditor:        (4732888)<br>Lisa Lee<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873 | Claim No: 129<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|

Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

| Details | 129-1 | 11/03/2009 | Claim #129 filed by Lisa Lee, Amount claimed: (JRB) |
|---------|-------|------------|------------------------------------------------------|

Description: (129-1) unknown

Remarks:

| Creditor: (4732889) James Bradford Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 130 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

No amounts claimed

History:

| Details | 130-1 | 11/03/2009 | Claim #130 filed by James Bradford, Amount claimed: (JRB) |
|---------|-------|------------|------------------------------------------------------------|

Description: (130-1) unknown

Remarks:

| Creditor: (4732890) Stephanie Bradford Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC | Claim No: 131 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

| Details | 131-1 | 11/03/2009 | Claim #131 filed by Stephanie Bradford, Amount claimed: (JRB) |

Description: (131-1) unknown

Remarks:

Creditor:    (4732891)
Clarence Seal
Fema Trailer Formaldehyde
Products
Litigation MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Claim No: 132
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

No amounts claimed

History:

| Details | 132-1 | 11/03/2009 | Claim #132 filed by Clarence Seal, Amount claimed: (JRB) |

Description: (132-1) unknown

Remarks:

Creditor:    (4732893)
Diane Seal
Fema Trailer Formaldehyde
Products
Litigation MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700

Claim No: 133
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

Columbia, SC 29201

No amounts claimed

History:

| Details | 133-1 | 11/03/2009 | Claim #133 filed by Diane Seal, Amount claimed: (JRB) |

Description: (133-1) unknown

Remarks:

Creditor:       (4732894)
Ray Seal
Fema Trailer Formaldehyde
Products
Litigation MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Claim No: 134
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

No amounts claimed

History:

| Details | 134-1 | 11/03/2009 | Claim #134 filed by Ray Seal, Amount claimed: (JRB) |

Description: (134-1) Unknown

Remarks:

Creditor:       (4732895)
Anaz Marine
Fema Trailer Formaldehyde
Products
Litigation MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Claim No: 135
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

| No amounts claimed | | | |
|---|---|---|---|
| History: | | | |
| Details | 135-1 | 11/03/2009 | Claim #135 filed by Anaz Marine, Amount claimed: (JRB) |
| Description: (135-1) unknown | | | |
| Remarks: | | | |

| Creditor: (4732896) Dan Marine Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 136 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |
| History: | | |
| Details 136-1 11/03/2009 Claim #136 filed by Dan Marine, Amount claimed: (JRB) | | |
| Description: (136-1) unknown | | |
| Remarks: | | |

| Creditor: (4732897) Dorothy Thompson Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 137 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|
| Details | 137-1 | 11/03/2009 | Claim #137 filed by Dorothy Thompson, Amount claimed: (JRB) |
| Description: (137-1) unknown | | | |
| Remarks: | | | |

| Creditor:        (4732899) | Claim No: 138 | Status: |
|---|---|---|
| Damien Wroten | Original Filed | Filed by: CR |
| Fema Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Litigation MDL 1873 | Date: 11/03/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|
| Details | 138-1 | 11/03/2009 | Claim #138 filed by Damien Wroten, Amount claimed: (JRB) |
| Description: (138-1) unknown | | | |
| Remarks: | | | |

| Creditor:        (4732900) | Claim No: 139 | Status: |
|---|---|---|
| Marcus Magee | Original Filed | Filed by: CR |
| Fema Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Litigation MDL 1873 | Date: 11/03/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|

| Details | 139-1 | 11/03/2009 | Claim #139 filed by Marcus Magee, Amount claimed: (JRB) | | |
|---------|-------|------------|----------------------------------------------------------|--|--|
| Description: (139-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4732901)<br>Connie Ruhr<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 140<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 140-1 | 11/03/2009 | Claim #140 filed by Connie Ruhr, Amount claimed: (JRB) | | |
|---------|-------|------------|---------------------------------------------------------|--|--|
| Description: (140-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4732902)<br>Chad Ruhr<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 141<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 141-1 | 11/03/2009 | Claim #141 filed by Chad Ruhr, Amount claimed: (JRB) | | |
|---------|-------|------------|-------------------------------------------------------|--|--|

Description: (141-1) unknown

Remarks:

| Creditor: (4732933) Yvette Lee Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 142 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 142-1 | 11/03/2009 | Claim #142 filed by Yvette Lee, Amount claimed: (JRB) |
|---|---|---|---|

Description: (142-1) unknown

Remarks:

| Creditor: (4732934) James Robinson Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 143 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 143-1 | 11/03/2009 | Claim #143 filed by James Robinson, Amount claimed: (JRB) |
|---|---|---|---|

Description: (143-1) unknown

Remarks:

| Creditor:        (4732935) | Claim No: 144 | Status: |
|---|---|---|
| Lillie Bermond | Original Filed | Filed by: CR |
| Fema Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Litigation MDL 1873 | Date: 11/03/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 144-1 | 11/03/2009 | Claim #144 filed by Lillie Bermond, Amount claimed: (JRB) |
|---|---|---|---|

Description: (144-1) unknown

Remarks:

| Creditor:        (4732936) | Claim No: 145 | Status: |
|---|---|---|
| Jaqueline Allen | Original Filed | Filed by: CR |
| Fema Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Litigation MDL 1873 | Date: 11/03/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 145-1 | 11/03/2009 | Claim #145 filed by Jaqueline Allen, Amount claimed: (JRB) |
|---|---|---|---|

Description: (145-1) unknown

Remarks:

| Creditor:          (4732937) William Allen Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 146 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 146-1 | 11/03/2009 | Claim #146 filed by William Allen, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|

Description: (146-1) unknown

Remarks:

| Creditor:          (4732938) Timothy Allen Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 147 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 147-1 | 11/03/2009 | Claim #147 filed by Timothy Allen, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|

Description: (147-1) unknown

Remarks:

| Creditor:        (4732939)<br>Janelle Graham<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 148<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|

No amounts claimed

History:

| Details | 148-1 | 11/03/2009 Claim #148 filed by Janelle Graham, Amount claimed: (JRB) | | |
|---|---|---|---|---|

Description: (148-1) unknown

Remarks:

| Creditor:        (4732940)<br>Venus Jones<br>Fema Trailer Formaldehyde<br>Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 149<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|

No amounts claimed

History:

| Details | 149-1 | 11/03/2009 Claim #149 filed by Venus Jones, Amount claimed: (JRB) | | |
|---|---|---|---|---|

Description: (149-1) unknown

Remarks:

| Creditor:        (4732949) | Claim No: 150 | Status: |
|---|---|---|

| Danell Dallon<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 150-1 | 11/03/2009 | Claim #150 filed by Danell Dallon, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|

Description: (150-1) unknown

Remarks:

| Creditor:        (4732950)<br>Amber Jones<br>Fema Trailer Formaldehyde Products<br>Litigation MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 151<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/03/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 151-1 | 11/03/2009 | Claim #151 filed by Amber Jones, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|

Description: (151-1) unknown

Remarks:

| Creditor:        (4732951)<br>Levon Jones | Claim No: 152<br>Original Filed | Status:<br>Filed by: CR |
|---|---|---|