| Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Date: 11/03/2009 Original Entered Date: 11/03/2009 | Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 152-1 | 11/03/2009 | Claim #152 filed by Levon Jones, Amount claimed: (JRB) |
|---|---|---|---|

Description: (152-1) unknown

Remarks:

| Creditor:        (4732952) Sean Graham Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 153 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 153-1 | 11/03/2009 | Claim #153 filed by Sean Graham, Amount claimed: (JRB) |
|---|---|---|---|

Description: (153-1) unknown

Remarks:

| Creditor:        (4732954) Edward Ruhr Fema Trailer Formaldehyde | Claim No: 154 Original Filed Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB |
|---|---|---|

| Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Original Entered Date: 11/03/2009 | Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 154-1 | 11/03/2009 | Claim #154 filed by Edward Ruhr, Amount claimed: (JRB) |
|---|---|---|---|

Description: (154-1) unknown

Remarks:

| Creditor:      (4732956) Melissa Crowe Fema Trailer Formaldehyde Products Litigation MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 155 Original Filed Date: 11/03/2009 Original Entered Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 155-1 | 11/03/2009 | Claim #155 filed by Melissa Crowe, Amount claimed: (JRB) |
|---|---|---|---|

Description: (155-1) unknown

Remarks:

| Creditor:      (4732959) George Schulz Fema Trailer Formaldehyde Products | Claim No: 156 Original Filed Date: 11/03/2009 Original Entered | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

Litigation MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Date: 11/03/2009

No amounts claimed

History:

| Details | | 156-1 | 11/03/2009 | Claim #156 filed by George Schulz, Amount claimed: (JRB) |

Description: (156-1) unknown

Remarks:

Creditor:        (4732961)
Kenneth Stuart
Fema Trailer Formaldehyde
Products
Litigation MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Claim No: 157
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

No amounts claimed

History:

| Details | | 157-1 | 11/03/2009 | Claim #157 filed by Kenneth Stuart, Amount claimed: (JRB) |

Description: (157-1) unknown

Remarks:

Creditor:        (4732963)
Clyde Chaney
Fema Trailer Formaldehyde
Products
Litigation MDL 1873

Claim No: 158
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

Details | 158-1 11/03/2009 Claim #158 filed by Clyde Chaney, Amount claimed: (JRB)

Description: (158-1) unknown

Remarks:

Creditor:       (4732965)
Carolyn Hall
Fema Trailer Formaldehyde
Products
Litigation MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Claim No: 159
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

No amounts claimed

History:

Details | 159-1 11/03/2009 Claim #159 filed by Carolyn Hall, Amount claimed: (JRB)

Description: (159-1) unknown

Remarks:

Creditor:       (4732967)
Denise Hall
Fema Trailer Formaldehyde
Products
Litigation MDL 1873
Nexsen Pruet, LLC

Claim No: 160
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

| Details | 160-1 | 11/03/2009 | Claim #160 filed by Denise Hall, Amount claimed: (JRB) |
|---------|-------|------------|--------------------------------------------------------|

Description: (160-1) Unknown

Remarks:

Creditor:      (4732971)
Donald Hall
Fema Trailer Formaldehyde
Products
Litigation MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Claim No: 161
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

No amounts claimed

History:

| Details | 161-1 | 11/03/2009 | Claim #161 filed by Donald Hall, Amount claimed: (JRB) |
|---------|-------|------------|--------------------------------------------------------|

Description: (161-1) unknown

Remarks:

Creditor:      (4732980)
Edward Hall
Fema Trailer Formaldehyde
Products
Litigation MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700

Claim No: 162
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

| Columbia, SC 29201 | | |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 162-1 | 11/03/2009 | Claim #162 filed by Edward Hall, Amount claimed: (JRB) | | |

Description: (162-1) unknown

Remarks:

| Creditor:        (4733255) Glenda Simpson FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 163 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 163-1 | 11/03/2009 | Claim #163 filed by Glenda Simpson, Amount claimed: (JRB) | | |

Description: (163-1) unknown

Remarks:

| Creditor:        (4733256) Milton Simpson FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 164 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

| No amounts claimed | | |
|---|---|---|

History:

| Details | 164-1 | 11/03/2009 | Claim #164 filed by Milton Simpson, Amount claimed: (JRB) |
|---|---|---|---|

Description: (164-1) unknown

Remarks:

| Creditor:       (4733257)<br>Irvin Vaultz<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 165<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|

| No amounts claimed | | |
|---|---|---|

History:

| Details | 165-1 | 11/03/2009 | Claim #165 filed by Irvin Vaultz, Amount claimed: (JRB) |
|---|---|---|---|

Description: (165-1) unknown

Remarks:

| Creditor:       (4733258)<br>Velma Lewis<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 166<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|

| No amounts claimed | | |
|---|---|---|

History:

| Details | 166-1 | 11/03/2009 | Claim #166 filed by Velma Lewis, Amount claimed: (JRB) |

Description: (166-1) unknown

Remarks:

| Creditor: (4733259) Shawanda Bridges FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 167 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |

No amounts claimed

History:

| Details | 167-1 | 11/03/2009 | Claim #167 filed by Shawanda Bridges, Amount claimed: (JRB) |

Description: (167-1) unknown

Remarks:

| Creditor: (4733260) Van Tran FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 168 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |

No amounts claimed

History:

| Details | 168-1 | 11/03/2009 | Claim #168 filed by Van Tran, Amount claimed: (JRB) | | |

Description: (168-1) unknown

Remarks:

| Creditor: (4733261) | Claim No: 169 | Status: |
|---|---|---|
| Cedric Griffin | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 169-1 | 11/03/2009 | Claim #169 filed by Cedric Griffin, Amount claimed: (JRB) | | |

Description: (169-1) unknown

Remarks:

| Creditor: (4733262) | Claim No: 170 | Status: |
|---|---|---|
| David Lewis | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 170-1 | 11/03/2009 | Claim #170 filed by David Lewis, Amount claimed: (JRB) | | |

Description: (170-1) unknown

Remarks:

| Creditor:        (4733263)<br>Glenn Brown<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 171<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 171-1 | 11/03/2009 | Claim #171 filed by Glenn Brown, Amount claimed: (JRB) |
|---|---|---|---|

Description: (171-1) unknown

Remarks:

| Creditor:        (4733264)<br>Gloria Bridges<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 172<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 172-1 | 11/03/2009 | Claim #172 filed by Gloria Bridges, Amount claimed: (JRB) |
|---|---|---|---|

Description: (172-1) unknown

Remarks:

| Creditor:        (4733265)<br>Eric Rabalais<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 173<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
| No amounts claimed | | |

History:

| Details | 173-1 | 11/03/2009 | Claim #173 filed by Eric Rabalais, Amount claimed: (JRB) |

Description: (173-1) unknown

Remarks:

| Creditor:        (4733266)<br>Doreen Rabalais<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 174<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
| No amounts claimed | | |

History:

| Details | 174-1 | 11/03/2009 | Claim #174 filed by Doreen Rabalais, Amount claimed: (JRB) |

Description: (174-1) unknown

Remarks:

| Creditor:        (4733267)<br>Derek Rabalais<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 175<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
| --- | --- | --- |
| No amounts claimed | | |

History:

| Details | 175-1 | 11/03/2009 | Claim #175 filed by Derek Rabalais, Amount claimed: (JRB) | | |
| --- | --- | --- | --- | --- | --- |
| Description: (175-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4733268)<br>Patrick Poiroux<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 176<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
| --- | --- | --- |
| No amounts claimed | | |

History:

| Details | 176-1 | 11/03/2009 | Claim #176 filed by Patrick Poiroux, Amount claimed: (JRB) | | |
| --- | --- | --- | --- | --- | --- |
| Description: (176-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4733269)<br>Rebecca Poiroux<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 177<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | | 177-1 | 11/03/2009 | Claim #177 filed by Rebecca Poiroux, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|---|

Description: (177-1) unknown

Remarks:

| Creditor:        (4733270)<br>Tran Trai<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 178<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | | 178-1 | 11/03/2009 | Claim #178 filed by Tran Trai, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|---|

Description: (178-1) unknown

Remarks:

| Creditor:        (4733271) | Claim No: 179 | Status: |
|---|---|---|

| Tranh Tran<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Filed by: CR<br>Entered by: JRB<br>Modified: |

No amounts claimed

History:

| Details | 179-1 | 11/03/2009 | Claim #179 filed by Tranh Tran, Amount claimed: (JRB) |

Description: (179-1) unknown

Remarks:

| Creditor:        (4733272)<br>Peter Nguyen<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 180<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |

No amounts claimed

History:

| Details | 180-1 | 11/03/2009 | Claim #180 filed by Peter Nguyen, Amount claimed: (JRB) |

Description: (180-1) unknown

Remarks:

| Creditor:        (4733273)<br>Duom Hoang | Claim No: 181<br>Original Filed | Status:<br>Filed by: CR |

FEMA Trailer Formaldehyde
Products
Liability Litigation, MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Date: 11/03/2009
Original Entered
Date: 11/04/2009

Entered by: JRB
Modified:

No amounts claimed

History:

| Details | 181-1 | 11/03/2009 | Claim #181 filed by Duom Hoang, Amount claimed: (JRB) | | |
|---------|-------|------------|------------------------------------------------------|--|--|

Description: (181-1) unkown

Remarks:

---

Creditor:       (4733274)
Tha Nguyen
FEMA Trailer Formaldehyde
Products
Liability Litigation, MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Claim No: 182
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/04/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

No amounts claimed

History:

| Details | 182-1 | 11/03/2009 | Claim #182 filed by Tha Nguyen, Amount claimed: (JRB) | | |
|---------|-------|------------|------------------------------------------------------|--|--|

Description: (182-1) unknown

Remarks:

---

Creditor:       (4733275)
Thien-Vu Nguyen
FEMA Trailer Formaldehyde

Claim No: 183
Original Filed
Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB

| Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Original Entered Date: 11/04/2009 | Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 183-1 | 11/03/2009 | Claim #183 filed by Thien-Vu Nguyen, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (183-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:    (4733276) Khanh Nguyen FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 184 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 184-1 | 11/03/2009 | Claim #184 filed by Khanh Nguyen, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (184-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:    (4733277) Yudell Jackson FEMA Trailer Formaldehyde Products | Claim No: 185 Original Filed Date: 11/03/2009 Original Entered | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 185-1 | 11/03/2009 | Claim #185 filed by Yudell Jackson, Amount claimed: (JRB) |

Description: (185-1) unknown

Remarks:

| Creditor: (4733278) | Claim No: 186 | Status: |
| Berry Cuevas | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 186-1 | 11/03/2009 | Claim #186 filed by Berry Cuevas, Amount claimed: (JRB) |

Description: (186-1) unknown

Remarks:

| Creditor: (4733279) | Claim No: 187 | Status: |
| Kerry Cuevas | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |

Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

| Details | 187-1 | 11/03/2009 | Claim #187 filed by Kerry Cuevas, Amount claimed: (JRB) |
|---|---|---|---|

Description: (187-1) unknown

Remarks:

| Creditor:    (4733280) | Claim No: 188 | Status: |
|---|---|---|
| Tammy Cuevas | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 188-1 | 11/03/2009 | Claim #188 filed by Tammy Cuevas, Amount claimed: (JRB) |
|---|---|---|---|

Description: (188-1) unknown

Remarks:

| Creditor:    (4733281) | Claim No: 189 | Status: |
|---|---|---|
| Voila Ducre | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |
| Nexsen Pruet, LLC | | |

1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

Details | 189-1 11/03/2009 Claim #189 filed by Voila Ducre, Amount claimed: (JRB)

Description: (189-1) unknown

Remarks:

Creditor:       (4733282)
Albert Ashworth
FEMA Trailer Formaldehyde
Products
Liability Litigation, MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Claim No: 190
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/04/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

No amounts claimed

History:

Details | 190-1 11/03/2009 Claim #190 filed by Albert Ashworth, Amount claimed: (JRB)

Description: (190-1) unknown

Remarks:

Creditor:       (4733283)
Debra Ashworth
FEMA Trailer Formaldehyde
Products
Liability Litigation, MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700

Claim No: 191
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/04/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

| Columbia, SC 29201 | | |
| --- | --- | --- |
| No amounts claimed | | |

History:

| Details | 191-1 11/03/2009 Claim #191 filed by Debra Ashworth, Amount claimed: (JRB) | | |

Description: (191-1) unknown

Remarks:

| Creditor:        (4733284)<br>Colin Celino<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 192<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
| --- | --- | --- |
| No amounts claimed | | |

History:

| Details | 192-1 11/03/2009 Claim #192 filed by Colin Celino, Amount claimed: (JRB) | | |

Description: (192-1) unknown

Remarks:

| Creditor:        (4733285)<br>Charlotte Spencer<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 193<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
| --- | --- | --- |

| No amounts claimed | | |
| --- | --- | --- |
| History: | | |
| Details | 193-1 11/03/2009 Claim #193 filed by Charlotte Spencer, Amount claimed: (JRB) | |
| Description: (193-1) unknown | | |
| Remarks: | | |

| Creditor: (4733286) Nisheka Spencer FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 194 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
| --- | --- | --- |
| No amounts claimed | | |
| History: | | |
| Details | 194-1 11/03/2009 Claim #194 filed by Nisheka Spencer, Amount claimed: (JRB) | |
| Description: (194-1) unknown | | |
| Remarks: | | |

| Creditor: (4733287) Cornelious Thibodeaux FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 195 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
| --- | --- | --- |
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|
| Details | 195-1 | 11/03/2009 | Claim #195 filed by Cornelious Thibodeaux, Amount claimed: (JRB) |
| Description: (195-1) unknown | | | |
| Remarks: | | | |

| Creditor: (4733288)<br>Jeffrey Young<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 196<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|
| Details | 196-1 | 11/03/2009 | Claim #196 filed by Jeffrey Young, Amount claimed: (JRB) |
| Description: (196-1) unknown | | | |
| Remarks: | | | |

| Creditor: (4733289)<br>Artherine Magee<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 197<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|

| Details | 197-1 | 11/03/2009 | Claim #197 filed by Artherine Magee, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (197-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4733290) Conseka Magee FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 198 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 198-1 | 11/03/2009 | Claim #198 filed by Conseka Magee, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (198-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4733291) John Magee FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 199 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 199-1 | 11/03/2009 | Claim #199 filed by John Magee, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|

Description: (199-1) unknown

Remarks:

| Creditor:         (4733292)<br>Emelda Miles<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 200<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 200-1 | 11/03/2009 | Claim #200 filed by Emelda Miles, Amount claimed: (JRB) |
|---|---|---|---|

Description: (200-1) unknown

Remarks:

| Creditor:         (4733293)<br>James Miles<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 201<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 201-1 | 11/03/2009 | Claim #201 filed by James Miles, Amount claimed: (JRB) |
|---|---|---|---|

Description: (201-1) unknown

| Remarks: | | |
|----------|--|--|

| Creditor:      (4733294)<br>Peggy Bonner<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 202<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | | 202-1 | 11/03/2009 | Claim #202 filed by Peggy Bonner, Amount claimed: (JRB) |
|---------|--|-------|------------|---------------------------------------------------------|

| Description: (202-1) unknown | | |
|------------------------------|--|--|

| Remarks: | | |
|----------|--|--|

| Creditor:      (4733295)<br>Vannessa Dahn<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 203<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | | 203-1 | 11/03/2009 | Claim #203 filed by Vannessa Dahn, Amount claimed: (JRB) |
|---------|--|-------|------------|----------------------------------------------------------|

| Description: (203-1) unknown | | |
|------------------------------|--|--|

| Remarks: | | |
|----------|--|--|

| Creditor:         (4733296)<br>Billie Verlander<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 204<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 204-1 11/03/2009 Claim #204 filed by Billie Verlander, Amount claimed: (JRB) |
|---|---|

Description: (204-1) unknown

Remarks:

| Creditor:         (4733297)<br>Willie Williams<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 205<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 205-1 11/03/2009 Claim #205 filed by Willie Williams, Amount claimed: (JRB) |
|---|---|

Description: (205-1) unknown

Remarks:

| Creditor:        (4733298) Ella Williams FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 206 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 206-1 | 11/03/2009 | Claim #206 filed by Ella Williams, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (206-1) Unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4733299) Nelson Arnold FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 207 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 207-1 | 11/03/2009 | Claim #207 filed by Nelson Arnold, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (207-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4733300) | Claim No: 208 | Status: |
|---|---|---|

Joshua Palmer
FEMA Trailer Formaldehyde Products
Liability Litigation, MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Original Filed
Date: 11/03/2009
Original Entered
Date: 11/04/2009

Filed by: CR
Entered by: JRB
Modified:

No amounts claimed

History:

| Details | 208-1 | 11/03/2009 | Claim #208 filed by Joshua Palmer, Amount claimed: (JRB) |
|---------|-------|------------|----------------------------------------------------------|

Description: (208-1) Unknown

Remarks:

---

Creditor:        (4733301)
Sheronda Monroe
FEMA Trailer Formaldehyde Products
Liability Litigation, MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Claim No: 209
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/04/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

No amounts claimed

History:

| Details | 209-1 | 11/03/2009 | Claim #209 filed by Sheronda Monroe, Amount claimed: (JRB) |
|---------|-------|------------|-----------------------------------------------------------|

Description: (209-1) Unknown

Remarks:

---

Creditor:        (4733302)
Freddie Richburg

Claim No: 210
Original Filed

Status:
Filed by: CR

| FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Date: 11/03/2009 Original Entered Date: 11/04/2009 | Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 210-1 | 11/03/2009 | Claim #210 filed by Freddie Richburg, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (210-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:       (4733303) Heather Atlow FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 211 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 211-1 | 11/03/2009 | Claim #211 filed by Heather Atlow, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (211-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:       (4733304) Dorris Jackson FEMA Trailer Formaldehyde | Claim No: 212 Original Filed Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB |
|---|---|---|

| Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Original Entered Date: 11/04/2009 | Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 212-1 | 11/03/2009 | Claim #212 filed by Dorris Jackson, Amount claimed: (JRB) |
|---|---|---|---|

Description: (212-1) unknown

Remarks:

| Creditor:        (4733305) Tamara Davis FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 213 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 213-1 | 11/03/2009 | Claim #213 filed by Tamara Davis, Amount claimed: (JRB) |
|---|---|---|---|

Description: (213-1) unknown

Remarks:

| Creditor:        (4733306) Jacob Mitchell FEMA Trailer Formaldehyde Products | Claim No: 214 Original Filed Date: 11/03/2009 Original Entered | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|