Liability Litigation, MDL 1873    Date: 11/04/2009
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

| Details | | 214-1 | 11/03/2009 | Claim #214 filed by Jacob Mitchell, Amount claimed: (JRB) |
|---|---|---|---|---|

Description: (214-1) unknown

Remarks:

Creditor:        (4733307)        Claim No: 215        Status:
Louise Barthelemy              Original Filed        Filed by: CR
FEMA Trailer Formaldehyde      Date: 11/03/2009      Entered by: JRB
Products                       Original Entered      Modified:
Liability Litigation, MDL 1873 Date: 11/04/2009
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

| Details | | 215-1 | 11/03/2009 | Claim #215 filed by Louise Barthelemy, Amount claimed: (JRB) |
|---|---|---|---|---|

Description: (215-1) unknown

Remarks:

Creditor:        (4733308)        Claim No: 216        Status:
Thomas Barthelemy              Original Filed        Filed by: CR
FEMA Trailer Formaldehyde      Date: 11/03/2009      Entered by: JRB
Products                       Original Entered      Modified:
Liability Litigation, MDL 1873 Date: 11/04/2009

Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

| Details | 216-1 | 11/03/2009 | Claim #216 filed by Thomas Barthelemy, Amount claimed: (JRB) |
|---|---|---|---|

Description: (216-1) unknown

Remarks:

| Creditor:        (4733309)<br>Christine Comb<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 217<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|

No amounts claimed

History:

| Details | 217-1 | 11/03/2009 | Claim #217 filed by Christine Comb, Amount claimed: (JRB) |
|---|---|---|---|

Description: (217-1) unknow

Remarks:

| Creditor:        (4733310)<br>Sandra Henshaw<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC | Claim No: 218<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|

| 1230 Main St., Ste. 700 Columbia, SC 29201 | | |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 218-1 | 11/03/2009 Claim #218 filed by Sandra Henshaw, Amount claimed: (JRB) | | |

Description: (218-1) unknown

Remarks:

| Creditor: (4733311) Jamie McKay FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 219 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 219-1 | 11/03/2009 Claim #219 filed by Jamie McKay, Amount claimed: (JRB) | | |

Description: (219-1) unknown

Remarks:

| Creditor: (4733312) Marquita McKay FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 | Claim No: 220 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

| Columbia, SC 29201 | | |
|---|---|---|
| No amounts claimed | | |
| History: | | |
| Details | 220-1 11/03/2009 Claim #220 filed by Marquita McKay, Amount claimed: (JRB) | |
| Description: (220-1) unknown | | |
| Remarks: | | |

| Creditor:        (4733313) Billy White FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 221 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |
| History: | | |
| Details | 221-1 11/03/2009 Claim #221 filed by Billy White, Amount claimed: (JRB) | |
| Description: (221-1) unknown | | |
| Remarks: | | |

| Creditor:        (4733314) Christine White FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 222 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

| No amounts claimed | | |
|---|---|---|
| History: | | |
| Details | 222-1 11/03/2009 Claim #222 filed by Christine White, Amount claimed: (JRB) | |
| Description: (222-1) unknown | | |
| Remarks: | | |

| Creditor:        (4733315) Michael White FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 223 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |
| History: | | |
| Details | 223-1 11/03/2009 Claim #223 filed by Michael White, Amount claimed: (JRB) | |
| Description: (223-1) unknown | | |
| Remarks: | | |

| Creditor:        (4733316) Ashley Hardy FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 224 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|
| Details | 224-1 | 11/03/2009 | Claim #224 filed by Ashley Hardy, Amount claimed: (JRB) |
| Description: (224-1) unknown | | | |
| Remarks: | | | |

| Creditor: (4733317) Gloria Campbell FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 225 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|
| Details | 225-1 | 11/03/2009 | Claim #225 filed by Gloria Campbell, Amount claimed: (JRB) |
| Description: (225-1) unknown | | | |
| Remarks: | | | |

| Creditor: (4733318) Kuashika Stephens FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 226 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

| History: | | | |
|---|---|---|---|

| Details | 226-1 | 11/03/2009 | Claim #226 filed by Kuashika Stephens, Amount claimed: (JRB) | | |

Description: (226-1) unknown

Remarks:

| Creditor:        (4733319)<br>Kuimar Stephen<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 227<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |

No amounts claimed

History:

| Details | 227-1 | 11/03/2009 | Claim #227 filed by Kuimar Stephen, Amount claimed: (JRB) | | |

Description: (227-1) unknown

Remarks:

| Creditor:        (4733320)<br>Keishauna Stephen<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 228<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |

No amounts claimed

History:

| Details | 228-1 | 11/03/2009 | Claim #228 filed by Keishauna Stephen, Amount claimed: (JRB) | | |

| Description: (228-1) unknown | | |
| --- | --- | --- |
| Remarks: | | |

| Creditor:          (4733321)<br>Sabrina Mitchell<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 229<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
| --- | --- | --- |
| No amounts claimed | | |

| History: | | | |
| --- | --- | --- | --- |
| Details | 229-1 | 11/03/2009 | Claim #229 filed by Sabrina Mitchell, Amount claimed: (JRB) |

| Description: (229-1) unknown | | |
| --- | --- | --- |
| Remarks: | | |

| Creditor:          (4733322)<br>Kimberly Barrett<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 230<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
| --- | --- | --- |
| No amounts claimed | | |

| History: | | | |
| --- | --- | --- | --- |
| Details | 230-1 | 11/03/2009 | Claim #230 filed by Kimberly Barrett, Amount claimed: (JRB) |

| Description: (230-1) unknown | | |
| --- | --- | --- |

Remarks:

| Creditor:       (4733323)<br>Brittnay Crawford<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 231<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|

No amounts claimed

History:

| Details | 231-1 | 11/03/2009 | Claim #231 filed by Brittnay Crawford, Amount claimed: (JRB) |
|---|---|---|---|

Description: (231-1) Unknown

Remarks:

| Creditor:       (4733324)<br>Earl Crawford<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 232<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|

No amounts claimed

History:

| Details | 232-1 | 11/03/2009 | Claim #232 filed by Earl Crawford, Amount claimed: (JRB) |
|---|---|---|---|

Description: (232-1) unknown

Remarks:

| Creditor:          (4733325)<br>Bonita Doby<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 233<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 233-1 | 11/03/2009 | Claim #233 filed by Bonita Doby, Amount claimed: (JRB) |
|---|---|---|---|

Description: (233-1) unknown

Remarks:

| Creditor:          (4733326)<br>Shirley Doby<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 234<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 234-1 | 11/03/2009 | Claim #234 filed by Shirley Doby, Amount claimed: (JRB) |
|---|---|---|---|

Description: (234-1) unknown

Remarks:

| Creditor:     (4733327) | Claim No: 235 | Status: |
|---|---|---|
| Michelle Olsen | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 235-1 | 11/03/2009 | Claim #235 filed by Michelle Olsen, Amount claimed: (JRB) |
|---|---|---|---|

Description: (235-1) unknown

Remarks:

| Creditor:     (4733328) | Claim No: 236 | Status: |
|---|---|---|
| Carla Stallworth | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 236-1 | 11/03/2009 | Claim #236 filed by Carla Stallworth, Amount claimed: (JRB) |
|---|---|---|---|

Description: (236-1) unknown

Remarks:

| Creditor:     (4733329) | Claim No: 237 | Status: |
|---|---|---|

| Jerry Tatum<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Filed by: CR<br>Entered by: JRB<br>Modified: |

| No amounts claimed |

**History:**

| Details | 237-1 | 11/03/2009 | Claim #237 filed by Jerry Tatum, Amount claimed: (JRB) |

Description: (237-1) unknown

Remarks:

| Creditor:        (4733330)<br>Paul Watson<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 238<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |

| No amounts claimed |

**History:**

| Details | 238-1 | 11/03/2009 | Claim #238 filed by Paul Watson, Amount claimed: (JRB) |

Description: (238-1) unknown

Remarks:

| Creditor:       (4733331)<br>Erica Allen | Claim No: 239<br>Original Filed | Status:<br>Filed by: CR |

FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201

Date: 11/03/2009
Original Entered Date: 11/04/2009

Entered by: JRB
Modified:

No amounts claimed

History:

| Details | 239-1 | 11/03/2009 | Claim #239 filed by Erica Allen, Amount claimed: (JRB) |

Description: (239-1) unknown

Remarks:

Creditor:        (4733332)
David Chester
FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201

Claim No: 240
Original Filed Date: 11/03/2009
Original Entered Date: 11/04/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

No amounts claimed

History:

| Details | 240-1 | 11/03/2009 | Claim #240 filed by David Chester, Amount claimed: (JRB) |

Description: (240-1) unknown

Remarks:

Creditor:        (4733333)
Jeremy Chester
FEMA Trailer Formaldehyde

Claim No: 241
Original Filed Date: 11/03/2009

Status:
Filed by: CR
Entered by: JRB

| Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Original Entered Date: 11/04/2009 | Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 241-1 | 11/03/2009 | Claim #241 filed by Jeremy Chester, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (241-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:          (4733334) Jonathan Chester FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 242 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 242-1 | 11/03/2009 | Claim #242 filed by Jonathan Chester, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (242-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:          (4733335) Polly Chester FEMA Trailer Formaldehyde Products | Claim No: 243 Original Filed Date: 11/03/2009 Original Entered | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

Liability Litigation, MDL 1873      Date: 11/04/2009
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

Details   243-1  11/03/2009  Claim #243 filed by Polly Chester, Amount claimed: (JRB)

Description: (243-1) unknown

Remarks:

Creditor:        (4733336)    Claim No: 244          Status:
Yvonne Gibson                 Original Filed          Filed by: CR
FEMA Trailer Formaldehyde     Date: 11/03/2009        Entered by: JRB
Products                      Original Entered        Modified:
Liability Litigation, MDL 1873  Date: 11/04/2009
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

Details   244-1  11/03/2009  Claim #244 filed by Yvonne Gibson, Amount claimed: (JRB)

Description: (244-1) unknown

Remarks:

Creditor:        (4733352)    Claim No: 245          Status:
Alice Carter o/b/o Clayvon    Original Filed          Filed by: CR
Irvun                         Date: 11/03/2009        Entered by: JRB
FEMA Trailer Formaldehyde     Original Entered        Modified:
Products                      Date: 11/04/2009

Liability Litigation, MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

| Details | 245-1 | 11/03/2009 | Claim #245 filed by Alice Carter o/b/o Clayvon Irvun, Amount claimed: (JRB) |
|---------|-------|------------|---------|

Description: (245-1) unknown

Remarks:

| Creditor:     (4733353) | Claim No: 246 | Status: |
|---|---|---|
| Pebbles White | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde Products | Date: 11/03/2009 | Entered by: JRB |
| Liability Litigation, MDL 1873 | Original Entered | Modified: |
| Nexsen Pruet, LLC | Date: 11/04/2009 | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 246-1 | 11/03/2009 | Claim #246 filed by Pebbles White, Amount claimed: (JRB) |
|---------|-------|------------|---------|

Description: (246-1) unknown

Remarks:

| Creditor:     (4733354) | Claim No: 247 | Status: |
|---|---|---|
| Willaim Brown | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde Products | Date: 11/03/2009 | Entered by: JRB |
| | Original Entered | Modified: |

| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

| No amounts claimed | | |

History:

| Details | 247-1 | 11/03/2009 | Claim #247 filed by Willaim Brown, Amount claimed: (JRB) |

| Description: (247-1) unknown | | |

| Remarks: | | |

| Creditor:       (4733355) | Claim No: 248 | Status: |
| Pamela Ramage | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

| No amounts claimed | | |

History:

| Details | 248-1 | 11/03/2009 | Claim #248 filed by Pamela Ramage, Amount claimed: (JRB) |

| Description: (248-1) unknown | | |

| Remarks: | | |

| Creditor:       (4733356) | Claim No: 249 | Status: |
| Wallace Ramage | Original Filed | Filed by: CR |
| FEMA Trailer Formaldehyde | Date: 11/03/2009 | Entered by: JRB |
| Products | Original Entered | Modified: |
| Liability Litigation, MDL 1873 | Date: 11/04/2009 | |

Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

| Details | 249-1 | 11/03/2009 | Claim #249 filed by Wallace Ramage, Amount claimed: (JRB) |
|---|---|---|---|

Description: (249-1) unknown

Remarks:

---

| Creditor:      (4733360) Deneshia Jones FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 250 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

No amounts claimed

History:

| Details | 250-1 | 11/03/2009 | Claim #250 filed by Deneshia Jones, Amount claimed: (JRB) |
|---|---|---|---|

Description: (250-1) unknown

Remarks:

---

| Creditor:      (4733361) Gwendolyn Ladner FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC | Claim No: 251 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

| Details | 251-1 | 11/03/2009 | Claim #251 filed by Gwendolyn Ladner, Amount claimed: (JRB) |

Description: (251-1) unknown

Remarks:

Creditor:       (4733362)
Cammie Steiner
FEMA Trailer Formaldehyde
Products
Liability Litigation, MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

Claim No: 252
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/04/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

No amounts claimed

History:

| Details | 252-1 | 11/03/2009 | Claim #252 filed by Cammie Steiner, Amount claimed: (JRB) |

Description: (252-1) unknown

Remarks:

Creditor:       (4733363)
Clarence Stevenson
FEMA Trailer Formaldehyde
Products
Liability Litigation, MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700

Claim No: 253
Original Filed
Date: 11/03/2009
Original Entered
Date: 11/04/2009

Status:
Filed by: CR
Entered by: JRB
Modified:

| | | |
|---|---|---|
| Columbia, SC 29201 | | |
| No amounts claimed | | |

History:

| Details | 253-1 | 11/03/2009 | Claim #253 filed by Clarence Stevenson, Amount claimed: (JRB) |
|---|---|---|---|

Description: (253-1) unknown

Remarks:

| Creditor: (4733364) Leah Jenkins FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 254 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 254-1 | 11/03/2009 | Claim #254 filed by Leah Jenkins, Amount claimed: (JRB) |
|---|---|---|---|

Description: (254-1) unknown

Remarks:

| Creditor: (4733365) Tamara Davis-Mabyah Darvis-Minor FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 | Claim No: 255 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

| Columbia, SC 29201 | | |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 255-1 | 11/03/2009 | Claim #255 filed by Tamara Davis-Mabyah Darvis-Minor, Amount claimed: (JRB) |
|---|---|---|---|

Description: (255-1) unknown

Remarks:

| Creditor:        (4733367) Peter Nguyen-Tommy Nguyen-Minor FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 256 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 256-1 | 11/03/2009 | Claim #256 filed by Peter Nguyen-Tommy Nguyen-Minor, Amount claimed: (JRB) |
|---|---|---|---|

Description: (256-1) unknown

Remarks:

| Creditor:        (4733368) Jacqueline Allen-Heather Allen-Minor FEMA Trailer Formaldehyde Products | Claim No: 257 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

Liability Litigation, MDL 1873
Nexsen Pruet, LLC
1230 Main St., Ste. 700
Columbia, SC 29201

No amounts claimed

History:

| Details | 257-1 | 11/03/2009 | Claim #257 filed by Jacqueline Allen-Heather Allen-Minor, Amount claimed: (JRB) |
|---|---|---|---|

Description: (257-1) unknown

Remarks:

| Creditor:         (4733370) | Claim No: 258 | Status: |
|---|---|---|
| Jacqueline Allen -Matthew Allen-Minor | Original Filed Date: 11/03/2009 | Filed by: CR |
| FEMA Trailer Formaldehyde Products | Original Entered Date: 11/04/2009 | Entered by: JRB |
| Liability Litigation, MDL 1873 | | Modified: |
| Nexsen Pruet, LLC | | |
| 1230 Main St., Ste. 700 | | |
| Columbia, SC 29201 | | |

No amounts claimed

History:

| Details | 258-1 | 11/03/2009 | Claim #258 filed by Jacqueline Allen -Matthew Allen-Minor, Amount claimed: (JRB) |
|---|---|---|---|

Description: (258-1) unknown

Remarks:

| Creditor:         (4733371) | Claim No: 259 | Status: |
|---|---|---|
| Dustin Graham | Original Filed | Filed by: CR |

| FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Date: 11/03/2009 Original Entered Date: 11/04/2009 | Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 259-1 | 11/03/2009 | Claim #259 filed by Dustin Graham, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (259-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4733372) Lisa Lee-Dane Lee-Minor FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 260 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 260-1 | 11/03/2009 | Claim #260 filed by Lisa Lee-Dane Lee-Minor, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (260-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4733374) Lisa Lee-D'Artagman Lee-Minor | Claim No: 261 Original Filed Date: 11/03/2009 | Status: Filed by: CR Entered by: JRB |
|---|---|---|

| FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Original Entered Date: 11/04/2009 | Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 261-1 | 11/03/2009 | Claim #261 filed by Lisa Lee-D'Artagman Lee-Minor, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (261-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4733375) Paul Watson-Jayden Watson-Minor FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 262 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 262-1 | 11/03/2009 | Claim #262 filed by Paul Watson-Jayden Watson-Minor, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (262-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:      (4733377)<br>Janelle Graham-David<br>Graham-Minor<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 263<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 263-1 | 11/03/2009 | Claim #263 filed by Janelle Graham-David Graham-Minor, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|

Description: (263-1) unknown

Remarks:

| Creditor:      (4733378)<br>Deneshia Jones-Camron<br>Jones-Minor<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 264<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 264-1 | 11/03/2009 | Claim #264 filed by Deneshia Jones-Camron Jones-Minor, Amount claimed: (JRB) | | |
|---|---|---|---|---|---|

Description: (264-1) unknown

Remarks:

| Creditor:        (4733379)<br>Deneshia Jones-Christian<br>Jones-Minor<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 265<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 265-1 | 11/03/2009 | Claim #265 filed by Deneshia Jones-Christian Jones-Minor, Amount claimed: (JRB) |
|---|---|---|---|

Description: (265-1) unknown

Remarks:

| Creditor:        (4733381)<br>Deneshia Jones-Trinity Jones-<br>Minor<br>FEMA Trailer Formaldehyde<br>Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 266<br>Original Filed<br>Date: 11/03/2009<br>Original Entered<br>Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 266-1 | 11/03/2009 | Claim #266 filed by Deneshia Jones-Trinity Jones-Minor, Amount |
|---|---|---|---|

| | | | claimed: (JRB) | | |
|---|---|---|---|---|---|
| Description: (266-1) unknown | | | | | |
| Remarks: | | | | | |

| Creditor:        (4733382) Deneshia Jones-Lillanii Wroten-Minor FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 267 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 267-1 | 11/03/2009 | Claim #267 filed by Deneshia Jones-Lillanii Wroten-Minor, Amount claimed: (JRB) |
|---|---|---|---|

| Description: (267-1) unknown | | |
|---|---|---|
| Remarks: | | |

| Creditor:        (4733383) Yvette Lee-Jonique Bell-Minor FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 268 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |

History:

| Details | 268-1 | 11/03/2009 | Claim #268 filed by Yvette Lee-Jonique Bell-Minor, Amount claimed: (JRB) |
|---|---|---|---|

Description: (268-1) unknown

Remarks:

| Creditor:      (4733384) Yvette Lee-Jerome Robinson-Minor FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 269 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

No amounts claimed

History:

| Details | 269-1 | 11/03/2009 | Claim #269 filed by Yvette Lee-Jerome Robinson-Minor, Amount claimed: (JRB) |
|---|---|---|---|

Description: (269-1) unknown

Remarks:

| Creditor:      (4733386) Stephanie Bradford-Jamal Bradford-Minor FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 270 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|

| No amounts claimed | | | |
|---|---|---|---|
| History: | | | |
| Details | 270-1 | 11/03/2009 | Claim #270 filed by Stephanie Bradford-Jamal Bradford-Minor, Amount claimed: (JRB) |
| Description: (270-1) unknown | | | |
| Remarks: | | | |

| Creditor:          (4733389)<br>Stephanie Bradford-James Bradford-Minor<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700<br>Columbia, SC 29201 | Claim No: 271<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|
| No amounts claimed | | |
| History: | | |
| Details  271-1  11/03/2009 Claim #271 filed by Stephanie Bradford-James Bradford-Minor, Amount claimed: (JRB) | | |
| Description: (271-1) unknown | | |
| Remarks: | | |

| Creditor:          (4733395)<br>Quincy Gibson<br>FEMA Trailer Formaldehyde Products<br>Liability Litigation, MDL 1873<br>Nexsen Pruet, LLC<br>1230 Main St., Ste. 700 | Claim No: 272<br>Original Filed Date: 11/03/2009<br>Original Entered Date: 11/04/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: |
|---|---|---|

| Columbia, SC 29201 | | |
|---|---|---|
| No amounts claimed | | |
| History: | | |
| Details | 272-1 11/03/2009 Claim #272 filed by Quincy Gibson, Amount claimed: (JRB) | |
| Description: (272-1) unknown | | |
| Remarks: | | |

| Creditor: (4733397) Gordon Ward FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 Columbia, SC 29201 | Claim No: 273 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|
| No amounts claimed | | |
| History: | | |
| Details | 273-1 11/03/2009 Claim #273 filed by Gordon Ward, Amount claimed: (JRB) | |
| Description: (273-1) unknown | | |
| Remarks: | | |

| Creditor: (4733399) Gordon Ward-Gordon Ward-Minor FEMA Trailer Formaldehyde Products Liability Litigation, MDL 1873 Nexsen Pruet, LLC 1230 Main St., Ste. 700 | Claim No: 274 Original Filed Date: 11/03/2009 Original Entered Date: 11/04/2009 | Status: Filed by: CR Entered by: JRB Modified: |
|---|---|---|