| Name / Address | | |
|---|---|---|
| Garden, Timothy<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4193 | 11/12/2009 |
| Garden, Crysta<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4194 | 11/12/2009 |
| Gardner, Darren<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4195 | 11/12/2009 |
| Valarie Garry obo Kanita Garry<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4196 | 11/12/2009 |
| Yolanda Lewison obo Shaterika Garry<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4197 | 11/12/2009 |
| Bernadette Landry obo Camren Gillett<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4198 | 11/12/2009 |
| James Pollard obo AH-Brya Gillum<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4199 | 11/12/2009 |
| Gines, Felix<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4200 | 11/12/2009 |
| Glaude, Talvesha<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4201 | 11/12/2009 |
| Talvesha Glaude obo Barry Glaude<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4202 | 11/12/2009 |
| Talvesha Glaude obo Carnesha Glaude<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4203 | 11/12/2009 |
| Goodman, Chris<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4204 | 11/12/2009 |
| Niesha Montgomery obo Nia Goodman<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4205 | 11/12/2009 |
| Niesha Montgomery obo Heavenly Goodman<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4206 | 11/12/2009 |
| Gordan, Tammy<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4207 | 11/12/2009 |
| Nathaniel Green obo Khalid Gowan<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4208 | 11/12/2009 |
| Grace, Tanya<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4209 | 11/12/2009 |
| Graham, Anna<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4210 | 11/12/2009 |

| Name / Address | ID | Date |
|---|---|---|
| Graham, Mary<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4211 | 11/12/2009 |
| Sandra Anderson obo Jylan Graham<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4212 | 11/12/2009 |
| Graley, Sabrina<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4213 | 11/12/2009 |
| Graley, Eric<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4214 | 11/12/2009 |
| Eric Fraley obo Aleyah Graley<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4215 | 11/12/2009 |
| Jenkins, Annie obo Smith Christopher, JR.<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4216 | 11/12/2009 |
| Smith, Lakisha obo Smith, Keyshawn<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4217 | 11/12/2009 |
| Smith, Shawn<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4218 | 11/12/2009 |
| Smith, Lakisha<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4219 | 11/12/2009 |
| Moody, Gertrude obo Smith, Larry<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4220 | 11/12/2009 |
| Smith, Otis<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4221 | 11/12/2009 |
| Smith, Deborah<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4225 | 11/12/2009 |
| Vaxter, Constance obo Vaxtun Quetin<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4228 | 11/12/2009 |
| Young, Samuel III<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4229 | 11/12/2009 |
| Ashford, Oscar L.<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4230 | 11/12/2009 |
| Johnson, Sr., Terry<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4231 | 11/12/2009 |
| Patton, T'Chete obo Smith, Stanley<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4232 | 11/12/2009 |
| Middleton, Linda obo Speurs, Cursha<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4233 | 11/12/2009 |

| Name / Address | | |
|---|---|---|
| Payton, Brandice<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4234 | 11/12/2009 |
| Payton, Candice<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4235 | 11/12/2009 |
| Pettis, Taucha<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4236 | 11/12/2009 |
| Pettis, Earnest obo Pettis, Shirini<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4237 | 11/12/2009 |
| Pettis, Earnest obo Pettis, Nettle<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4238 | 11/12/2009 |
| Pettis, Earnest<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4239 | 11/12/2009 |
| Pettis, Gerald<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4240 | 11/12/2009 |
| Preston, Christon obo Preston, Josiah<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4241 | 11/12/2009 |
| Preycor, Nathan<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4242 | 11/12/2009 |
| Pollock, Fredrick<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4243 | 11/12/2009 |
| Tron, Nick<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4244 | 11/12/2009 |
| Wilson, Chosine obo Wilson, Richard II<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4245 | 11/12/2009 |
| Winters, Clifford<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4246 | 11/12/2009 |
| Winters, Samantha<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4247 | 11/12/2009 |
| Winters, Derron<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4248 | 11/12/2009 |
| Wolword, William<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4249 | 11/12/2009 |
| Woods, Judy<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4250 | 11/12/2009 |
| Worthen, Larry<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4251 | 11/12/2009 |

| Name / Address | | |
|---|---|---|
| Wright, Steller<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4252 | 11/12/2009 |
| Wright, Vaughn<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4253 | 11/12/2009 |
| McGlothin, Jessica<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4254 | 11/12/2009 |
| Duckworth, Shamecka obo Javorry Lett<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4255 | 11/12/2009 |
| Corey Crockett obo Janiyah Liddell<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4256 | 11/12/2009 |
| Grigley, Melvin<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4257 | 11/12/2009 |
| Sprouse, Roger<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4258 | 11/12/2009 |
| Spurlock, Lillie<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4259 | 11/12/2009 |
| Lashandra Nettles obo Javonte Nettles<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4260 | 11/12/2009 |
| Hilton, Cynthia<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4261 | 11/12/2009 |
| Tatum, Robert, SR. obo Tatum, Brittany<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4262 | 11/12/2009 |
| Gourrier, Karla<br>Douglas M Schmidt & Associates<br>335 City Park Ave.<br>New Orleans, LA 70119 | 4263 | 11/12/2009 |
| Glenn Andrews<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4314 | 8/27/2010 |
| Jerryal Baham<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4315 | 8/27/2010 |
| Velma Baham<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4316 | 8/27/2010 |
| Brenda Bailey<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4317 | 8/27/2010 |

| Name / Address | | |
|---|---|---|
| William Bailey<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4318 | 8/27/2010 |
| Errol Cornish<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4319 | 8/27/2010 |
| Sylvia Cornish<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4320 | 8/27/2010 |
| Sylvia Cornish/Kiara Cornish<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4321 | 8/27/2010 |
| Eva Daigle<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4322 | 8/27/2010 |
| Latasha Defendini<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4323 | 8/27/2010 |
| Lionel Fields<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4324 | 8/27/2010 |
| Roy Galloway<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4325 | 8/27/2010 |
| Siomara Galloway<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4326 | 8/27/2010 |
| Siomara Galloway/Roymaria Galloway<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4327 | 8/27/2010 |
| Darryl Garner<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4328 | 8/27/2010 |
| Toni Garner<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4329 | 8/27/2010 |

| | | |
|---|---|---|
| Kevin N. Gist<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4330 | 8/27/2010 |
| Kevin Gist/Anita Gist<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4331 | 8/27/2010 |
| Paula Harvey<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4332 | 8/27/2010 |
| Theresa Hays<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4333 | 8/27/2010 |
| Belinda Keddy<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4334 | 8/27/2010 |
| Elliot Magee<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4335 | 8/27/2010 |
| Betty Miller<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4336 | 8/27/2010 |
| Ruildila Miller<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4337 | 8/27/2010 |
| Joyce Mitchell<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4338 | 8/27/2010 |
| Lydia Pollard<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4339 | 8/27/2010 |
| Clifford Pugh Jr.<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4340 | 8/27/2010 |
| Clifford Pugh Jr./Kevin Ely<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4341 | 8/27/2010 |

| Name / Address | ID | Date |
|---|---|---|
| Earl Ralleigh<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4342 | 8/27/2010 |
| Keith Riley<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4343 | 8/27/2010 |
| Rockial Riley<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4344 | 8/27/2010 |
| Ramon Ruiz<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4345 | 8/27/2010 |
| Donald Shaw<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4346 | 8/27/2010 |
| Donald Smith<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4347 | 8/27/2010 |
| Mariana Smith<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4348 | 8/27/2010 |
| Ceion Stacker<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4349 | 8/27/2010 |
| Ceion Stacker/Kriston Bell<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4350 | 8/27/2010 |
| Ceion Stacker/Kenneth Nichols<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4351 | 8/27/2010 |
| Ceion Stacker/Brittany Sanders<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4352 | 8/27/2010 |
| Ceion Stacker/Breion Stacker<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4353 | 8/27/2010 |

| | | |
|---|---|---|
| Paul Troyano<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4354 | 8/27/2010 |
| Suzanne Troyano<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4355 | 8/27/2010 |
| Sammy Young<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4356 | 8/27/2010 |
| Yvette Young<br>FEMA Trailer Formaldehyde Products Liability<br>Litigation: MDL no. 1873<br>Justin I Woods, Esq.<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4357 | 8/27/2010 |
| Anthony Woods<br>FEMA Trailer Formaldehyde Products Liability<br>2800 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-2800 | 4367 | 11/24/2010 |