# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| MCC (f/k/a Monaco Coach Corporation) *et al* | : Case No. 09-10750 (KJC) |
| | : |
| Debtors.[1] | : |
| | : |
| George L. Miller, Chapter 7 Trustee for the Bankruptcy Estates of MCC (f/k/a Monaco Coach Corporation) *et al* | : |
| | : |
| Plaintiff, | : |
| v. | : |

| **DEFENDANT** | **ADV. NO.** |
|---|---|
| | |
| Buckeye Transcor Inc. | 11-51176 |

## STATUS REPORT IN AN ADVERSARY PROCEEDING

George L. Miller, Chapter 7 Trustee (the "Trustee") for the Estates of MCC (f/k/a Monaco Coach Corporation) *et al* hereby files a Status Report in connection with the above-captioned adversary action.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: Case No. 09-10750 MCC f/k/a Monaco Coach Corporation (0244); Case No. 09-10751 Signature Motorcoach Resorts, Inc. (8980); Case No. 09-10752 Naples Motorcoach Resort, Inc. (1411); Case No. 09-10753 Port of the Isles Motorcoach Resort, Inc. (8524); Case No. 09-10754 Outdoor Resorts of Las Vegas, Inc. (8478); Case No. 09-10755 Outdoor Resorts Motorcoach Country Club, Inc. (1141); Case No. 09-10756 Signature Resorts of Michigan, Inc. (4020); Case No. 09-10757 La Quinta Motorcoach Resorts, Inc. (9661); Case No. 09-10758 R-Vision Holdings L.L.C. (2820); Case No. 09-10759 R-Vision, Inc. (3151); Case No. 09-10760 R-Vision Motorized, LLC (1985); Case No. 09-10761 Bison Manufacturing, LLC (0778) and Case No. 09-10762 Roadmaster LLC (5174).

2

COZEN O'CONNOR

*/s/ Damien N. Tancredi*

John T. Carroll, III, Esq. (DE No. 4060)
Damien N. Tancredi, Esq. (DE No. 5395)
1201 North Market Street,
Suite 1400
Wilmington, DE 19801
(302) 295- 2000 Phone
(302) 295-2013 Fax
jcarroll@cozen.com
dtancredi@cozen.com

***Counsel to George L. Miller, Chapter 7 Trustee for the Bankruptcy Estate of MCC (f/k/a Monaco Coach Corporation) et al***

Dated: November 29, 2012

| STATUS "A" |||
|---|---|---|
| **CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:** |||
| Defendant's Name | Adversary Number | Status |

NONE

| STATUS "B" |||
|---|---|---|
| **CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:** |||
| Defendant's Name | Adversary Number | Status |

NONE

| STATUS "C" |||
|---|---|---|
| **CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETED, NO ANSWERS HAVE BEEN FILED.  THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:** |||
| Defendant's Name | Adversary Number | Status |
| Buckeye Transcor Inc. | 11-51176 | The Trustee is proceeding with the filing of a Request for Entry of Default and Default Judgment |

| STATUS "D" |||
|---|---|---|
| **PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENT EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:** |||
| Defendant's Name | Adversary Number | Status |

NONE

| STATUS "E" PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| NONE | | |

| STATUS "F" CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

NONE

| STATUS "G" CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

NONE

| STATUS "H" CONTESTED PREFERENCE ACTIONS READY FOR TRIAL: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

NONE

WILMINGTON\163002\1 260884.000

| STATUS "I" |||
|---|---|---|
| **CONTESTED PREFERENCE ACTIONS WHERE DISPOSITIVE MOTIONS PENDING:** |||
| **Defendant's Name** | **Adversary Number** | **Status** |

NONE

| STATUS "J" |||
|---|---|---|
| **CONTESTED PREFERENCE ACTIONS WHICH ARE STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION AFFECTING A PARTY IN THIS MATTER:** |||
| **Defendant's Name** | **Adversary Number** | **Status** |

NONE

| STATUS "K" |||
|---|---|---|
| **LIST ALL CASES WHICH AN APPEAL IS PENDING** |||
| **Defendant's Name** | **Adversary Number** | **Status** |

NONE

WILMINGTON\163002\1 260884.000