IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MCC (f/k/a Monaco Coach Corporation), | ) | Case No. 09-10750 (KJC) |
| et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: D.I. 1102, 1105 |

**ORDER GRANTING MOTION OF DON TOLNER AND LAURA TOLNER
FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, this 17th day of May, 2013, upon consideration of the Motion of Don Tolner and Laura Tolner for Relief from the Automatic Stay (the "Motion")[1], and upon further consideration of any objection to the Motion, and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion was sufficient under the circumstances and no other or further notice need be provided; (d) a reasonable opportunity to object or be heard regarding relief requested in the Motion has been afforded to all interested parties and entities; and (e) the relief requested in the Motion is in the best interests of the Debtors' estates; and after due deliberation thereon and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay be and hereby is modified to permit Don Tolner and Laura Tolner to proceed against the Debtors in the case of *Roxanne Rodriguez, Individually and on Behalf of The Estate of Her Deceased Husband, Jose Luis Leal, and As Next*

---

[1] Capitalized terms have the same meaning ascribed to them in the Motion.

*Friend of JLL and JLL, III, Her Minor Children v. Don Tolner, et al.*, Civil Action No. 7:10-cv-00025, pending in the United States District Court for the Southern District of Texas through trial, the entry of final judgment and the disposition of any appeals; and it is further

**ORDERED** that Don Tolner and Laura Tolner shall be permitted to recover the amount of any judgment entered against the Debtors from the proceeds of any insurance policies which insure the Debtors against the claims of Don Tolner and Laura Tolner without the necessity of obtaining further relief from the automatic stay.

_____
HONORABLE KEVIN J. CAREY, U.S.B.J.