# EXHIBIT "A"

# CLAIMS TO BE DISALLOWED AS DUPLICATES

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 4S INC DBA MEGA TECH OF OREGON<br>33866 SE EASTGATE CIRCLE<br>CORVALLIS, OR 97333 | 09-10750 | 391 | 377 | $ 258,766.20 | Duplicate of #377 |
| ACE HARDWARE OF WARSAW INC.<br>1701 E. CENTER ST.<br>WARSAW, IN 46580-3603 | 09-10759 | 36 | 5 | $ 1,766.20 | Duplicate of #5 |
| AFMS LLC<br>ATTN: MICHAEL ERICKSON<br>10260 SW GREENBURG RD SUITE 1020<br>PORTLAND, OR 97223-5520 | 09-10750 | 733 | 53 | $ 24,941.96 | Duplicate of #53 |
| AL HANSEN MFG CO<br>ATTN: JONATHAN NOVAK<br>701 PERSHING RD<br>WAUKEGAN, IL 60085-4000 | 09-10750 | 621 | 190 | $ 2,021.50 | Duplicate of #190 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC<br>BECKET AND LEE LLP<br>ATTORNEYS/AGENT FOR CREDITOR<br>POB 3001<br>MALVERN, PA 19355-0701 | 09-10750 | 1266 | 436 | $ 3,888.73 | Duplicate of #436 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC<br>BECKET AND LEE LLP<br>ATTORNEYS/AGENT FOR CREDITOR<br>POB 3001<br>MALVERN, PA 19355-0701 | 09-10750 | 1267 | 435 | $ 1,604.01 | Duplicate of #435 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC<br>BECKET AND LEE LLP<br>ATTORNEYS/AGENT FOR CREDITOR<br>POB 3001<br>MALVERN, PA 19355-0701 | 09-10750 | 1270 | 438 | $ 9,230.01 | Duplicate of #438 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC<br>BECKET AND LEE LLP<br>ATTORNEYS/AGENT FOR CREDITOR<br>POB 3001<br>MALVERN, PA 19355-0701 | 09-10750 | 1271 | 434 | $ 567.90 | Duplicate of #434 |
| AMERISOURCEBERGEN DRUG CORP<br>KLEHR, HARRIS, HARVEY, BRANZBURG & ELLERS, LLP<br>PHILADELPHIA, PA 19102 | 09-10750 | 1423 | N/A | $ 29,710.72 | Duplicate of D.I. 112 |
| ASHFORD, OSCAR L.<br>DOUGLAS M. SCHMIDT & ASSOCIATES<br>335 CITY PARK AVE<br>NEW ORLEANS, LA 70119 | 09-10750 | 4230 | 3054 | $ 100,000.00 | Duplicate of #3054 |
| ATWOOD MOBILE PRODUCTS, INC.<br>1220 N. MAIN STREET<br>ELKHART, IN 46514 | 09-10759 | 7 | 6 | $ 279,333.92 | Duplicate of #6 |
| AVOLA, SAMUEL<br>2349 BUCKINGHAM RUN CT<br>ORLANDO, FL 32828-7837 | 09-10750 | 3218 | 212 | $ 300,000.00 | Duplicate of #212 |
| BACHMAN, DAVE<br>16234 SHADY VALLEY LANE<br>WHITTIER, CA 90603 | 09-10750 | 181 | 139 | $ 177,356.52 | Duplicate of #139 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| BIGGE, JT<br>411 N 6TH ST 1681<br>EMERY, SD 57332-2124 | 09-10750 | 1409 | 1112 | $ 305.00 | Duplicate of #1112 |
| BUCKEYE TRANSCOR INC.<br>AKA BUCKEYE BROKER SRV<br>ATTN: ALAN SMITH<br>PO BOX 193<br>COLUMBUS GROVE, OH 45830-0193 | 09-10750 | 940 | 290 | $ 29,740.00 | Duplicate of #290 |
| CEVA LOGISTICS<br>15350 HICKERY DR.<br>HOUSTON, TX 77032 | 09-10750 | 562 | 832 | $ 158,470.23 | Duplicate of #832 |
| CONSUMER LAW CENTER PA<br>RE JAMES AND KAREN WEEKS<br>MARGARET P LAMBRECHX ESQ<br>537 10TH ST W<br>BRADENTON, FL 34205-7719 | 09-10750 | 1155 | 466 | $ 284,000.00 | Duplicate of #466 |
| CORVALLIS CLINIC<br>3680 NW SAMARITAN DR.<br>CORVALIS, OR 97330-3737 | 09-10750 | 524 | 2036 | $ 839.20 | Duplicate of #2036 |
| DAY SURGERY CENTER OF CORVALLIS<br>3680 NW SAMARITAN DR.<br>CORVALIS, OR 97330-3737 | 09-10750 | 525 | 2035 | $ 1,203.73 | Duplicate of #2035 |
| DAY, RICHARD<br>PO BOX 133<br>KEWANEE, IL 61443 | 09-10750 | 911 | 217 | $ 699.00 | Duplicate of #217 |
| DELL, INC<br>ONE DELL WAY, RR1 MS 52<br>ROUND ROCK, TX 78682 | 09-10750 | 579 | 852 | $ 22,674.12 | Duplicate of #852 |
| DEMRIS, WALTON KENT<br>19410 KEMPLE DR.<br>BEND, OR 97702-1911 | 09-10750 | 652 | 147 | $ 270.00 | Duplicate of #147 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| DIXIE MOTORS, LLC DBA RV SUPERSTORE C/O SEALE & ROSS PLC POST OFFICE DRAWER 699 HAMMOND, LOUISIANA 70404 | 09-10750 | 3217 | 2128 | $ 568,385.56 | Duplicate of #2128 |
| DUNSMORE JR., JOHN 1753 NETHANIA FARM RD LINCOLNTON, GA 30817-2428 | 09-10750 | 1142 | 1141 | $ 10,000.00 | Duplicate of #1141 |
| EVERGREEN DENTAL, J. SCOTT TRAVELSTEAD, DMD, PC 1823 NW KINGS BLVD CORVALIS, OR 97330-1907 | 09-10750 | 523 | 2033 | $ 442.61 | Duplicate of #2033 |
| FORTUNATE, SETH & CHRISTINE 32 PANCOAST ROAD WARETOWN, NJ 08758 | 09-10750 | 549 | 1135 | $ 259,895.00 | Duplicate of #1135 |
| FORTUNE, MICHAEL P.O. BOX 3337 SALEM, OR 97302-0337 | 09-10750 | 521 | 2037 | $ 281.09 | Duplicate of #2037 |
| FOYLE PLUMBING INC ATTN: ALLAN FOYLE 9640 N 300 E SYRACUSE, IN 46567-7927 | 09-10750 | 1066 | 159 | $ 13,826.93 | Duplicate of #159 |
| GAETH, JANET GERRY 12160 BAKER RD FRANKENMUTH, MI 48734-9759 | 09-10750 | 752 | 111 | $ 722.46 | Duplicate of #111 |
| GARNET TECHNOLOGIES INC. ATTN: DONALD J. SHAPANSKY SUITE 8-125 M & M RANCH ROAD GRANBURY, TX 76049 | 09-10750 | 104 | 769 | $ 9,003.57 | Duplicate of #769 |
| GK DESIGN INTERNATIONAL INC 4007 PARAMOUNT BLVD STE 110 LAKEWOOD, CA 90712-4138 | 09-10750 | 1199 | 1198 | $ 28,385.00 | Duplicate of #1198 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| GOURRIER, KARLA<br>DOUGLAS M. SCHMIDT & ASSOCIATES<br>335 CITY PARK AVE.<br>NEW ORLEANS, LA 70119 | 09-10750 | 4263 | 3600 | $ 100,000.00 | Duplicate of #3600 |
| GUARDIAN AUTOMOTIVE PRODUCTS, INC.<br>2300 HARMON ROAD<br>AUBURN HILLS, MI 48326-1714 | 09-10750 | 478 | 476 | $ 10,848.42 | Duplicate of #476 |
| HARDWOOD SPECIALTY PRODUCTS<br>2700 LIND AVE SW<br>REATON, WA 98057-3340 | 09-10750 | 960 | 602 | $ 878,543.38 | Duplicate of #602 |
| HILDA L. SOLIS, US SECRETARY OF LABOR<br>US DEPARTMENT OF LABOR<br>EMPLOYEE BENEFITS SECURITY ADMINISTRATION<br>1111 THIRD AVENUE, SUITE 860<br>SEATTLE, WA 98101 | 09-10750 | 4286 | 4264 | $ 4,228,054.83 | Duplicate of #4264 |
| HOLIDAY KAMPER OF COLUMBIA, LLC<br>250 PARKWAY DRIVE, SUITE 270<br>LINCOLNSHIRE, IL 60069 | 09-10750 | 3406 | 3405 | $ 158,000.00 | Duplicate of #3405 |
| INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT<br>COLLECTION ENFORCEMENT UNIT<br>10 N. SENATE AVENUE<br>INDIANAPOLIS, IN 46204-2277 | 09-10750 | 1022 | 1021 | $ 85,003.20 | Duplicate of #1021 |
| INTELLITEC PRODUCTS LLC<br>3045 TECH PARK WAY<br>DELAND, FL 32724-6401 | 09-10750 | 828 | 552 | $ 159,112.99 | Duplicate of #552 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| JMR HOLDINGS INC DBA STERLING TECHNOLOGIES, INC.<br>ROBERT P. ANDERSON ESQ<br>39533 WOODWARD, SUITE 200<br>BLOOMFIELD HILLS, MI 48304 | 09-10750 | 303 | 663 | $ 27,135.29 | Duplicate of #663 |
| JOHNSON, KENT<br>PO BOX 190<br>HALKIRK, AB T0C 1M0 CAN | 09-10750 | 3412 | 3215 | $ 2,353.00 | Duplicate of #3215 |
| KRONENBERG, PAMELA<br>P.O. BOX 35546<br>PHOENIX, AZ 85069 | 09-10750 | 1308 | 4369 | $ 3,303.18 | Duplicate of #4369 |
| LAFAYETTE LIMO INC.<br>ATTN: JEFFREY FLORIAN<br>2525 KLONDIKE RD<br>WEST LAFAYETTE, IN 47906 | 09-10750 | 45 | 44 | $ 298.34 | Duplicate of #44 |
| LASINER, JEAN FRANCOIS<br>2885 RUE DES BARILLETS<br>QUEBEC, QC G2C-1Y2 | 09-10750 | 1049 | 1043 | $ 6,000.00 | Duplicate of #1043 |
| LAWLER, CURTIS W.<br>P.O. BOX 12890<br>PALM DESERT, CA 92255 | 09-10750 | 1326 | 1274 | $ 10,060.00 | Duplicate of #1274 |
| LAWSON, HARVEY<br>C/O KEVIN L. HICKEY<br>523 GARRISON AVE STE 300<br>FORT SMITH, AR 72901-2520 | 09-10750 | 1186 | 343 | $ 275,000.00 | Duplicate of #343 |
| LES SCHWAB TIRE CENTERS OF PORTLAND, INC.<br>P.O. BOX 5350<br>BEND, OR 97708 | 09-10750 | 160 | 4284 | $ 887.88 | Duplicate of #4284 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| LIVENGOOD, MARGARET SUSAN<br>11 TOP DROP LANE<br>SYLVA, NC 28779 | 09-10750 | 1059 | 4288 | $ 147,717.25 | Duplicate of #462 and #4288 |
| MANAGEFORCE CORPORATION<br>ATTN: NICOLE RYAN<br>3680 SE TOLMAN STREET<br>PORTLAND, OR 97202-7651 | 09-10750 | 949 | 113 | $ 14,842.50 | Duplicate of #113 |
| MASSEYS DIESEL REPAIR INC<br>1417 S 59TH AVE<br>PHOENIX, AZ 85043-7905 | 09-10750 | 793 | 61 | $ 16,678.29 | Duplicate of #61 and #101 |
| MASSEY'S DIESEL REPAIR, INC.<br>ATTN: JAMES MASSEY<br>1417 SOUTH 59TH AVENUE<br>PHOENIX, AZ 85043 | 09-10750 | 101 | 61 | $ 16,678.29 | Duplicate of #61 and #793 |
| MCBRIDES SERVICE SUPPLY<br>ATTN: CHRISTY MCBRIDE<br>13788 OAKS AVE<br>CHINO, CA 91710-7006 | 09-10750 | 1123 | 211 | $ 3,331.31 | Duplicate of #211 |
| MEGA RV CORPORATION<br>DBA MCMAHON'S RV GOE & FORSYTH, LLP<br>18101 VON KARMAN AVE.<br>STE 510<br>IRVINE, CA 92612 | 09-10750 | D776 | 4370 | $ 225,000.00 | Duplicate of #4370 |
| MICHIGAN DEPT. OF TREASURY<br>ATTN: DEOBORAH B. WALDMEIR ASSISTANT ATTORNEY GENERAL<br>3030 W. GRAND BLVD.<br>CADILLAC PLACE<br>SUITE 10-200<br>DETROIT, MI 48202 | 09-10750 | D599 | 1340 | $ 2,736.42 | Duplicate of Claim #1340 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| MITCHELL, JOHN & ALICE<br>4010 ARGYLE ST.<br>PORT ALBERNI, BC V9Y1X2 CAN | 09-10750 | 319 | 318 | $ 14,331.00 | Duplicate of #318 and #320 |
| MITCHELL, JOHN & ALICE<br>4010 ARGYLE ST.<br>PORT ALBERNI, BC V9Y1X2 CAN | 09-10750 | 320 | 318 | $ 14,331.00 | Duplicate of #318 and #319 |
| MOTZ, ERNEST J.<br>127 GLENDALE BLVD<br>WINNIPEG, MB<br>CANADA R3J3H8 | 09-10750 | 567 | 812 | $ 411.09 | Duplicate of #812 |
| MOTZ, ERNEST J.<br>127 GLENDALE BLVD<br>WINNIPEG, MB<br>CANADA R3J3H8 | 09-10750 | 813 | 432 | $ 109.21 | Duplicate of #432 |
| MOTZ, ERNEST J.<br>127 GLENDALE BLVD<br>WINNIPEG, MB<br>CANADA R3J3H8 | 09-10750 | 855 | 811 | $ 1,043.75 | Duplicate of #811 |
| NEHME, TOM BOUTROS<br>8401 VIENNA DR<br>CORONA, CA 92880 | 09-10750 | 875 | 870 | $ 5,898.72 | Duplicate of #870 |
| NEW MOTOR VEHICLE BOARD<br>1507 21ST STREET, SUITE 330<br>SACRAMENTO, CA 95811 | 09-10750 | 334 | 376 | $ 361.66 | Duplicate of #376 |
| OLINGER TRAVEL HOMES<br>24000 NE SANDY BLVD<br>WOOD VILLIAGE, OR 97060 | 09-10750 | 1403 | 1379 | $ 52,187.66 | Duplicate of #1379 |
| OMNISOURCE CORPORATION<br>7575 W JEFFERSON BLVD<br>FORT WAYNE, IN 46804-4131 | 09-10750 | 1090 | 162 | $ 501.48 | Duplicate of #162 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| OREGON HEALTH AND SCIENCE UNIVERSITY HOSPITAL<br>ATTN: BETTY ALICEA<br>1400 SW 5TH AVE - SUITE 400<br>PORTLAND, OR 97201 | 09-10750 | 424 | 1001-2 | $ 76,212.77 | Duplicate of #1001-2 |
| OUTDOOR RESORTS OF AMERICA, INC.<br>91333 INDUSTRIAL WAY<br>COBURG, OR 97408 | 09-10750 | 999 | 425 | $ 2,115,000.00 | Duplicate of #425 |
| PANEL SOLUTIONS, INC.<br>C/O JAMES R. BYRON ESQ. THORNE-GRODNIK LLP<br>228 WEST HIGH STREET, ELKHART, IN 46516 | 09-10750 | 1129 | 516 | $ 4,124.64 | Duplicate of #516 |
| PROGRESSIVE CASUALTY INSURANCE CO<br>DAVID B. HOLNAGEL ESQ<br>RE: MURPHY/PROGRESSIVE VS. BEAUDRY MONACO<br>4405 MANCHESTER AVENUE, #206, ENCITAS, CA 92024-7902 | 09-10750 | 1181 | 465 | $ 233,597.25 | Duplicate of #465 |
| ROBERTS, ROGER W.<br>705 W NORTH ST<br>ABINGDON, IL 61410-1052 | 09-10750 | 765 | 249 | $ 4,269.35 | Duplicate of #249 |
| SHAW JR., WALLACE W.<br>25565 REDFIELD ROAD<br>EDWARDSBURG, MI 49112 | 09-10750 | 802 | 390 | $ 18,576.92 | Duplicate of #390 |
| SHERATON FAIRPLEX HOTEL<br>ATTN: JOHN GILBERT<br>601 W MCKINLEY AVE<br>POMONA, CA 91768-1635 | 09-10750 | 669 | 56 | $ 39,393.98 | Duplicate of #56 |
| STACY, ROBERT & CHARLOTTE<br>220 RAINBOW DRIVE 12018<br>LIVINGTON, TX 77399-2020 | 09-10750 | 1056 | 206 | $ 15,000.00 | Duplicate of #206 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| STANTON, GARY<br>29809 WOODSTONE COURT<br>ELKHART, INDIANA 46517 | 09-10750 | 1106 | 975 | $ 12,241.00 | Duplicate of #975 |
| STATKUS ENGINES<br>1623 LOS TOMASES DR NW<br>ALBUQUERQUE, NM 87102-1232 | 09-10750 | 702 | 25 | $ 3,729.06 | Duplicate of #25 |
| STROUD, ROBERT W.<br>1013 E 130TH DR<br>THORNTON, CO 80241-1105 | 09-10750 | 639 | 108 | $ 500.00 | Duplicate of #108 |
| SUKKEL, ERIC M.<br>4 2611 LAKE BREEZE COURT<br>LAKE COUNTRY, BC V4V 2M8 | 09-10750 | 1017 | 858 | $ 200.00 | Duplicate of #858 |
| SUTTON, JOHN<br>38752 PAM TERRACE<br>LADYLAKE, FL 32159-3921 | 09-10750 | 825 | 537 | $ 375.00 | Duplicate of #537 |
| SUTTON, JOHN<br>38752 PAM TERRACE<br>LADYLAKE, FL 32159-3921 | 09-10750 | 826 | 535 | $ 576.00 | Duplicate of #535 |
| SUTTON, JOHN<br>38752 PAM TERRACE<br>LADYLAKE, FL 32159-3921 | 09-10750 | 827 | 536 | $ 2,495.00 | Duplicate of #536 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | 09-10750 | D729 | 4358 | $ 42,691.02 | Duplicate of #4358 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | 09-10750 | D730 | 4359 | $ 26,463.06 | Duplicate of #4359 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| THE COMMERCIAL AGENCY NTP DISTRIBUTION INC<br>PO BOX 23909, PORTLAND, OR 97281 | 09-10750 | 782 | 264 | $ 2,987.63 | Duplicate of #264 |
| THE SOURCE COMPANY<br>ATTN: STEVE CAURRO<br>932 E MCKINLEY AVE<br>MISHAWAKA, IN 46545-4116 | 09-10750 | 578 | 252 | $ 1,248.35 | Duplicate of #252 |
| THYSSENKRUPP BILSTEIN OF AMERICA<br>LYNNE RUEHL-BUESCHER<br>8685 BERK BLVD.<br>HAMILTON, OH 45015 | 09-10750 | 335 | 123 | $ 4,498.54 | Duplicate of #123 |
| TITANX ENGINE COOLING INC<br>C/O MR. JEFFERY D. MILLER<br>2258 ALLEN STREET<br>JAMESTOWN, NY 14701-2330 | 09-10750 | 582 | 231 | $ 3,086.37 | Duplicate of #231 |
| TRI METAL FABRICATION INC<br>3825 W 11TH B<br>EUGENE, OR 97402-3060 | 09-10750 | 995 | 183 | $ 35,562.36 | Duplicate of #183 |
| TRUSTY PRODUCTS, INC<br>137 S 8TH AVE #D<br>CITY OF INDUSTRY, CA 91746 | 09-10750 | 1346 | 313 | $ 21,581.96 | Duplicate of #313 |
| TRUSTY PRODUCTS, INC<br>137 S 8TH AVE #D<br>CITY OF INDUSTRY, CA 91746 | 09-10750 | 1351 | 312 | $ 3,695.00 | Duplicate of #312 |
| WEBB INDUSTRIES, INC. DBA SMITH SHEET METAL<br>ATTN: LLOYD R. WEBB<br>253 S 15TH ST.<br>SPRINGFIELD, OR 97477 | 09-10750 | 94 | 734 | $ 2,751.00 | Duplicate of #734 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| WESTERN STATES ENVELOPE CO<br>P.O. BOX 966<br>TOLEDO, OH 43697-0966 | 09-10750 | 750 | 120 | $ 3,033.58 | Duplicate of #120 and #254 |
| WESTERN STATES ENVELOPE CO.<br>c/o KOHNER MANN & KAILAS, SC<br>4650 N PORT WASHINGTON RD<br>MILWAUKEE, WI 53212 | 09-10750 | 254 | 120 | $ 3,033.58 | Duplicate of #120 and #750 |
| WESTON, LEON CINDY<br>933 S 1000 E<br>DRIGGS, ID 83422-4878 | 09-10750 | 1400 | 1399 | $ 499.29 | Duplicate of #1399 |
| WILLIS, LINN<br>KATHY A WILLS<br>150 FOUNTAIN STREET<br>HARRISBURG, OR 97446-9642 | 09-10750 | 643 | 130 | $ 1,860.00 | Duplicate of #130 |
| WILSON SONSINI GOODRICH & ROSATI, P.C.<br>650 PAGE MILL ROAD<br>PALO ALTO, CA 94304 | 09-10750 | 2130 | D.I. 535 | $ 644,310.61 | Duplicate of D.I. 535 |
| WILSON, PHILLIP R.<br>25441 NORTH SHORE DRIVE<br>ELKHART, IN 46514 | 09-10750 | 385 | 1044 | $ 5,051.24 | Duplicate of #1044 |
| WORKER TRAINING FUND<br>INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT<br>COLLECTION ENFORCEMENT UNIT<br>10 N. SENATE AVENUE<br>INDIANAPOLIS, IN 46204-2277 | 09-10750 | 1019 | 1018 | $ 1,046.58 | Duplicate of #1018 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| WORKER TRAINING FUND<br>INDIANA DEPT OF WORKFORCE DEVELOPMENT<br>BEVERLY A KOROBKIN<br>COLLECTION ENFORCEMENT UNIT<br>10 N SENATE AVENUE<br>INDIANAPOLIS, IN 46204-2277 | 09-10750 | 1018 | 457 | $ 1,046.58 | Duplicate of #457 |
| CORVALLIS ENDODONTICS<br>ATTN: LINDA CONNELLY<br>1811 NW KINGS BLVD.<br>CORVALLIS, OR 97330-1907 | 09-10750 | 520 | 2034 | $ 113.00 | Duplicate amounts included in Claim #2034 |
| HORIZON TRANSPORT, INC.<br>407 E. WABASH AVE.<br>WAKARUSA, IN 46573 | 09-10750 | 1009 | 1038.2 | $ 610,388.04 | Duplicate invoices amounts included in #1038.2 |
| HOWARD VEURINK TRAVEL TRAILERS INC.<br>DBA VEURINKS' RV CENTER<br>ATTN: TIMOTHY H VEURINK<br>7144 S. DIVISION<br>GRAND RAPIDS, MI 49548 | 09-10750 | 29 | 951.1 | $ 46,451.75 | Duplicate invoices included in Claim #951.1 |
| INDIANA DEPARTMENT OF REVENUE<br>ATTN: CAROL LUSHELL<br>BANKRUPTCY SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | 09-10750 | 215 | 917.2 | $ 3,460,665.28 | Amounts included in claim #917.2 |
| INDIANA DEPT. OF WORKFORCE DEVELOPMENT<br>DEPARTMENT OF WORKFORCE DEVELOPMENT<br>COLLECTION ENFORCEMENT UNIT<br>10 N SENATE AVENUE<br>INDIANAPOLIS, IN 46204-2278 | 09-10750 | 456 | 1021 | $ 83,644.08 | Duplicate invoices included in Claim #1021 |

**MNC Corporation, et al.**
**09-10750**
**Exhibit A - Duplicate Claims**

| Claimant | Debtor Case | Duplicate Claim No. To be Disallowed | Remaining Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| LES SCHWAB TIRE CENTERS OF PORTLAND, INC.<br>P.O. BOX 5350<br>BEND, OR 97708 | 09-10750 | 161 | 4285 | $ 1,509.21 | Duplicate invoices included in Claim #4285 |
| LIFELINE BATTERIES<br>955 TODD AVE<br>AZUSA, CA 91702 | 09-10750 | 1061 | 545 | $ 33,870.46 | Duplicate invoices included in Claim #545 |
| OSGARD, RUSSELL A.<br>410 THOMAS CIRCLE<br>SEYMORE, TN 37865 | 09-10750 | 284 | 1210 | $ 453.62 | Duplicate invoices included in Claim #1210 |
| UNITED PARCEL SERVICE (UPS)<br>ATTN: PHYLLIS A. HAYES<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | 09-10750 | 500 | 1329 | $ 72,056.96 | Duplicate invoices included in Claim #1329 |
| VERIZON WIRELESS<br>NORTH PO BOX 3397<br>BLOOMINGTON, IN 61702 | 09-10750 | 950 | 571 | $ 39,102.30 | Duplicate invoices included in Claim #571 |