IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MCC (f/k/a MONACO COACH CORPORATION) *et al* | Case No. 09-10750 (MFW) |
| Debtors.[1] | |

## STATUS REPORT

George L. Miller, the chapter 7 trustee (the "Trustee") for the bankruptcy estates (the "Bankruptcy Estates") of the above-captioned debtors (the "Debtors") by and through his counsel hereby files a Status Report of the Bankruptcy Estates as follows:

1. Case No. 09-10750; MCC f/k/a Monaco Coach Corporation: The Trustee has completed estate administration and the Trustee submitted the Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation (the "TFR") to the Office of the United States Trustee (the "OUST"). The Trustee is currently awaiting the results of the OUST's review of the TFR.

2. Case No. 09-10755; Outdoor Resorts Motorcoach Country Club, Inc.: The Trustee has completed estate administration and the Trustee submitted the Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation (the "TFR") to the Office of the United States Trustee (the "OUST"). The OUST has completed its

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: Monaco Coach Corporation (0244); Signature Motorcoach Resorts, Inc. (8980); Naples Motorcoach Resort, Inc. (1411); Port of the Isles Motorcoach Resort, Inc. (8524); Outdoor Resorts of Las Vegas, Inc. (8478); Outdoor Resorts Motorcoach Country Club, Inc. (1141); Signature Resorts of Michigan, Inc. (4020); La Quinta Motorcoach Resorts, Inc. (9661); R-Vision Holdings L.L.C. (2820); R-Vision, Inc. (3151); R-Vision Motorized, LLC (1985); Bison Manufacturing, LLC (0778) and Roadmaster LLC (5174).

review of the TFR and does not object to same.  A hearing on the TFR will be scheduled on or about December 16, 2020.

   3. <u>Case No. 09-10759; R-Vision, Inc.</u>:  The Trustee has completed estate administration and the Trustee submitted the Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation (the "<u>TFR</u>") to the Office of the United States Trustee (the "<u>OUST</u>").  The Trustee is currently awaiting the results of the OUST's review of the TFR.

   4. <u>Case No. 09-10760; R-Vision Motorized, LLC</u>:  The Trustee has completed estate administration and the Trustee submitted the Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation (the "<u>TFR</u>") to the Office of the United States Trustee (the "<u>OUST</u>").  The OUST has completed its review of the TFR and does not object to same.  A hearing on the TFR is currently listed for hearing on November 18, 2020.

   5. <u>Case No. 09-10761; Bison Manufacturing, LLC</u>:  The Trustee has completed estate administration and the Trustee submitted the Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation (the "<u>TFR</u>") to the Office of the United States Trustee (the "<u>OUST</u>").  The OUST has completed its review of the TFR and did not object to same.  The TFR was approved by the Court and the Trustee made distribution in accordance with the TFR on or about September 30, 2020.

   6. <u>Case No. 09-10762; Roadmaster, LLC</u>:  The Trustee has completed estate administration and the Trustee submitted the Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation (the "<u>TFR</u>") to the Office of the United States Trustee (the "<u>OUST</u>").  The OUST has completed its review of the TFR and

LEGAL\49277350\1 00601.0823.000/260884.000
11/02/2020

does not object to same.   A hearing on the TFR is currently listed for hearing on November 18, 2020.

Dated: November 2, 2020
Wilmington, DE

                COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2028
Facsimile:   (302) 295-2013
jcarroll@cozen.com

*Counsel to the Trustee,
George L. Miller*

3