## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MCC (f/k/a MONACO COACH CORPORATION) *et al*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 09-10750 (MFW)<br>(Jointly Administered) |
| In re:<br><br>R-VISION MOTORIZED, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 09-10760 (MFW) |

## STATUS REPORT

George L. Miller, the chapter 7 trustee (the "Trustee") for the bankruptcy estates of the above-captioned jointly administered debtors (the "Debtors") by and through his counsel hereby files a Status Report for Case No. 09-10760; R-Vision Motorized, LLC.

1. The Trustee submitted the Trustee's Final Report and Account of the Administration of the Estate (the "Original TFR") to the Office of the United States Trustee (the "OUST") which was approved by the Court on November 16, 2020 [Doc. No. 18].

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: Case No. 09-10750 MCC f/k/a Monaco Coach Corporation (0244) ; Case No. 09-10751 Signature Motorcoach Resorts, Inc. (8980); Case No. 09-10752 Naples Motorcoach Resort, Inc. (1411); Case No. 09-10753 Port of the Isles Motorcoach Resort, Inc. (8524); Case No. 09-10754 Outdoor Resorts of Las Vegas, Inc. (8478); Case No. 09-10755 Outdoor Resorts Motorcoach Country Club, Inc. (1141); Case No. 09-10756 Signature Resorts of Michigan, Inc. (4020); Case No. 09-10757 La Quinta Motorcoach Resorts, Inc. (9661); Case No. 09-10758 R-Vision Holdings L.L.C. (2820); Case No. 09-10759 R-Vision, Inc. (3151); Case No. 09-10760 R-Vision Motorized, LLC (1985); Case No. 09-10761 Bison Manufacturing, LLC (0778) and Case No. 09-10762 Roadmaster LLC (5174).

2. The Trustee subsequently, on or about December 7, 2021, submitted an Amended Trustee's Final Report and Account of the Administration of the Estate (the "Amended TFR") to the OUST for review.

3. The Trustee is awaiting completion of the review of the Amended TFR by the OUST.

Dated: January 19, 2022
Wilmington, DE

        COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
   John T. Carroll, III (No. 4060)
   1201 N. Market Street
   Suite 1001
   Wilmington, DE 19801
   Telephone: (302) 295-2028
   Facsimile: (302) 295-2013
   jcarroll@cozen.com

   *Counsel to the Trustee,*
   *George L. Miller*