**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) CHAPTER 7 |
| | ) |
| MCC (f/k/a Monaco Coach Corporation), | ) CASE NO. 09-10750-MFW |
| | ) (Jointly Administered) |
| Debtor. | ) |
| | ) |

**TRANSFER OF CLAIM, OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee, National Loan Acquisitions Company ("Transferee"), by its undersigned counsel White and Williams LLP, hereby gives evidence pursuant to Rule 3001(e)(2) of Fed. R. Bankr. P. of the transfer to Transferee, other than for security, of Claim No. 2141-1 filed on November 10, 2009 by Bank of America Leasing & Capital, LLC ("Transferor"). See Assignment of Claims attached hereto as Exhibit "A".

Notices and payments to Transferee should be sent to:

National Loan Acquisitions Company
333 Turbine Drive
Rapid City, SD 57703
Att: Michael J. Henry, Sr. VP

Notices to Transferor should be sent to:

Bank of America, Leasing & Capital, LLC
100 North Tryon Street
NC1-007-31-05
Charlotte, NC 28255

I declare under penalty of perjury that the information provided in this Transfer of Claim is true and correct to the best of my knowledge and belief.

**WHITE AND WILLIAMS LLP**

*/s/ Rochelle Gumapac*              Dated: May 23, 2022
Rochelle Gumapac, Esquire (DE Bar 4866)
600 N. King Street, Suite 800
Wilmington, DE 19801
Phone: (302) 467-4531
gumapacr@whiteandwilliams.com
Counsel for National Loan Acquisitions Company

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

28877320v.1