# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| MCC CORPORATION (f/k/a Monaco Coach Corporation), et al., | : : : | Case No. 09-10750 (MFW) |
| Debtors. | : : | Related Doc. 1183, 1192 |
| | : : : | |
| RONALD C. FOLK and JEROME A. HOOVER, on behalf of themselves and all others similarly situated, | : : : : | Adv. Pro. No. 09-50402 (MFW) Related Doc. 95, 102, 107 |
| Plaintiffs, | : : | |
| v. | : : | |
| MONACO COACH CORPORATION, | : : | |
| Defendant. | : | |

### MOTION OF PLAINTIFFS TO DEPOSIT FUNDS
### INTO THE UNCLAIMED FUNDS REGISTRY OF THE COURT

Ronald C. Folk and Jerome Hoover, Plaintiffs (the "Plaintiffs" or "Class Representatives"), for the above-captioned case, hereby submit this motion (the "Motion") pursuant to Fed. R. Bankr. P. 3011 and Del. Bankr. L.R. 3011-1, for permission to deposit unclaimed funds in the amount of $222,832.91 (the "Unclaimed Funds") into the Registry of the Court.

### JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2.      Venue is proper in this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The predicates for the relief sought herein are §§ 105(a) and 347 of the Bankruptcy Code, Rule 3011 of the Bankruptcy Rules and Del. Bankr. L.R. 3011-1.

## BACKGROUND

4. On March 5, 2009, the Debtor commenced a bankruptcy case by filing the voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court) (Bank. D.I.).

5. On June 29, 2009, the Debtor's Chapter 11 case was converted to a case under Chapter 7 of the Bankruptcy Code, and on the same date George L. Miller, Chapter 7 Trustee (the "Trustee"), was appointed to administer the Debtor's bankruptcy case in Chapter 7 (Bank. D.I. 443)

6. On March 6, 2009, Plaintiffs filed a Class Action Adversary Proceeding Complaint in this Court against Debtors, and on April 1, 2009, Plaintiffs filed an Amended Complaint. (Adv. D.I. 1, 5).

7. On April 1, 2015, the Plaintiffs and the Trustee filed a Joint Motion pursuant to section 105 of title 11 of the United States Code, Rule 9019 of the Federal Rules of Bankruptcy Procedure, and Rule 23 of the Federal Rules of Civil Procedure, applicable by Bankruptcy Rule 7023, for the entry of an order, 1) certifying the WARN Class for settlement purposes only, including the appointment of Class Counsel and the Class Representatives, 2) approving the Settlement Agreement pursuant to Bankruptcy Rule 9019, 3) preliminarily approving the Settlement Agreement pursuant to Bankruptcy Rule 7023, 4) approving the form and manner of notice of the Settlement to the members of the Class, 5) scheduling a Fairness Hearing to consider final approval of the Settlement Agreement, and 6) entry of a final order finally approving the Settlement Agreement following the Fairness Hearing and granting related relief. (Adv. D.I. 95).

8. On April 16, 2015, the Court granted preliminary approval of settlement, certifying the class for settlement purposes, appointing the Plaintiffs the Class Representatives and class counsel, and approving notice to the class. (Adv. D.I. 102).

9. On April 20, 2015, Class Counsel filed an affidavit regarding mailing of the notice to class members. (Adv. D.I. 103). On May 18, 2015, Class Counsel filed an affidavit concerning class members who opted out of the class or who objected to the settlement (Adv. D.I. 105).

10. On May 21, 2015, this Court granted final approval of settlement (Adv. D.I. 107) and closed the adversary case on June 4, 2015.

11. Distributions to WARN Class Members were made by Class Counsel through a claims' administrator, Settlement Services, Inc., pursuant to the terms of the settlement.

12. The class distribution included approximately 2,100 settlement checks. The settlement checks were mailed to each class member's last known address, based on information provided by the Trustee to Class Counsel. The claims administrator and Class Counsel undertook to search for class members whose checks were returned as undeliverable but, despite best efforts, were unable to locate every Class Member. A list of the 117 Class Members whose checks remained uncashed, together with their last known addresses and unclaimed amounts is attached here as <u>Exhibit A</u>. The unclaimed funds sought to be paid into the Registry of the Court include tax refunds associated with the distribution and a recent residual final payment by the Trustee.

## **RELIEF REQUESTED**

13. By this Motion, the Plaintiffs respectfully request that the Court enter an Order authorizing the deposit of the Unclaimed Funds totaling $222,832.91 into the Registry of the Court, pursuant to 11 U.S.C. § 347, Bankruptcy Rule 3011 and Del. Bankr. L.R. 3011-1.

## **NOTICE**

14.    The Plaintiffs shall serve a copy of this Motion on (a) the Chapter 7 Trustee, (b) Counsel to the Debtors, (c) the United States Trustee, (d) counsel for the United States Trustee, and (e) all parties in interest having requested notice to date pursuant to Bankruptcy Rule 2002 (the "Service Parties"). In light of the nature of the relief requested herein, the Plaintiffs submit that no other or further notice need be given.

**WHEREFORE**, the Plaintiffs respectfully request that this Court enter an Order in the form attached hereto as Exhibit B authorizing them to deposit the Unclaimed Funds into the Registry of the Court and for such other and further relief as is just and proper.

Dated: August 1, 2022

**LOIZIDES, P.A.**

*/s/      Christopher D. Loizides*
Christopher D. Loizides (3968)
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Email: loizides@loizides.com

**RAISNER ROUPINIAN LLP**
Jack A. Raisner
René S. Roupinian
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com

*Counsel to Plaintiffs and the Class*

# EXHIBIT A

Monaco Coach Uncashed Check List

|    | NET TOTAL | CM ID | lname | fname | address | City | State | Zip |
|----|-----------|-------|-------|-------|---------|------|-------|-----|
| 1  | $1,417.37 | 0006 | Adam | Larry E. | 336 S MAIN ST APT A | LEBANON | OR | 97355-3351 |
| 2  | $2,200.38 | 0019 | Albright | Jason M. | 38000 PENGRA RD | FALL CREEK | OR | 97438-9742 |
| 3  | $1,605.41 | 0024 | Allen | Eryn L. | 3765 Concord St | Eugene | OR | 97402 |
| 4  | $1,673.51 | 0054 | Andrade | Marco | 817 S. 13th ST | Goshen | IN | 46576 |
| 5  | $1,737.87 | 0069 | Arevalo | Rufino I | 1010 Second ST | Ligonier | IN | 46767 |
| 6  | $1,287.31 | 0077 | Ashby | Rebecca M. | PO BOX 157 | MENTONE | IN | 46539-0157 |
| 7  | $2,349.34 | 0085 | Atkins Jr. | Clarence H | 2085 Julian Dr. | Warsaw | IN | 46580 |
| 8  | $1,417.37 | 0087 | Attebery | Kenneth C. | 84119 N. Pacific Hwy #3 | Creswell | OR | 97426 |
| 9  | $1,793.45 | 0093 | Bachman | Brian K. | 1008 Hiatt Street | Lebanon | OR | 97355 |
| 10 | $2,200.38 | 0156 | Bergstrom | Timothy J. | 27930 Royal Avenue | Eugene | OR | 97402 |
| 11 | $1,544.78 | 0165 | Bibler | Bradley D. | 1205 Fisher Ave | Warsaw | IN | 46580 |
| 12 | $1,730.77 | 0188 | Bogue | Ron D. | 460 E ST | INDEPENDENCE | OR | 97351-1930 |
| 13 | $1,029.85 | 0212 | Bradley | Chad R. | 19777 S. Birch RD | Tippecanoe | IN | 46570 |
| 14 | $1,605.41 | 0230 | Britz | Brandon D. | 5252 Cynthia Court | Springfield | OR | 97478 |
| 15 | $1,029.85 | 0235 | Brothers | Gary A. | 3274 W. Shutt Ave | Silver Lake | IN | 46982 |
| 16 | $1,668.09 | 0267 | Bush | Ronnie G. | 35750 ROCK HILL DR | LEBANON | OR | 97355-9229 |
| 17 | $1,094.21 | 0270 | Cabello | Adrian J. | 168 E MARKET ST | WABASH | IN | 46992-3125 |
| 18 | $2,470.38 | 0273 | Cain | David L. | 214 NE 15TH Terrace | Ocala | FL | 34470 |
| 19 | $1,605.41 | 0285 | Capelle | Julius J. | 307 LA CASA ST | EUGENE | OR | 97402-6564 |
| 20 | $1,480.05 | 0290 | Carleton | Edgar F. | 1958 SW 29TH ST | REDMOND | OR | 97756-8034 |
| 21 | $1,605.41 | 0304 | Carson | Jill M. | 1192 Taft Street | Eugene | OR | 97402 |
| 22 | $2,200.38 | 0322 | Chance | Tina M. | 4052 Robin Avenue | Eugene | OR | 97402 |
| 23 | $1,917.82 | 0333 | Christensen | Shawn L. | 825 1/2 Horn Ln | Eugene | OR | 97404 |
| 24 | $1,605.41 | 0365 | Collins | Michael O. | 4051 B Street | EUGENE | OR | 97478 |
| 25 | $1,605.41 | 0374 | Conklin | Shannon M. | 115 THANE PL | JUNCTION CITY | OR | 97448-1042 |
| 26 | $1,605.41 | 0397 | Cox | Michael W. | 325 S. 41st Street | Springfield | OR | 97478 |
| 27 | $2,233.49 | 0402 | Crain | James L. | 302 Montclair Rd. | Leesburg | FL | 34748 |
| 28 | $1,029.85 | 0416 | Cuevas-Flores | Byron E. | 1310 Winona Ave | Warsaw | IN | 46580 |
| 29 | $1,840.87 | 0475 | Dolores-Herrera | Jose | 3757 N. 900 W. Lot 113 | Cromwell | IN | 46732 |
| 30 | $1,605.41 | 0476 | Dominguez | Samuel B. | 3955 N Clarey St | Eugene | OR | 97402 |
| 31 | $1,980.49 | 0483 | Dozier | Emory D. | 1390 KALMIA ST | YACHATS | OR | 97498 |
| 32 | $1,548.49 | 0496 | Duncan | Gary A. | 154 NE Franklin, RM #120 | Bend | OR | 97701 |
| 33 | $1,029.85 | 0522 | Elliott | Michael J. | 1050 Meadows | Nappanee | IN | 46550 |
| 34 | $1,605.41 | 0523 | Elliott | Patrick A. | 1210 W 13th | Eugene | OR | 97402 |
| 35 | $1,793.45 | 0530 | Emerson | Larry | 4637 Royal Avenue #116 | Eugene | OR | 97402 |
| 36 | $1,673.51 | 0533 | Encarnacion | Joel O. | 29460 Necida DR | Elkhart | IN | 16517 |
| 37 | $1,730.77 | 0536 | Esa | Anper O. | 1728 FERRY ST APT 10 | EUGENE | OR | 97401-4139 |
| 38 | $1,673.51 | 0538 | Escamilla | Susana | 508 Middlebury E26 | Goshen | IN | 46528 |
| 39 | $1,448.20 | 0545 | Factora | Debra F. | 3105 Gateway #177 | Springfield | OR | 97477 |
| 40 | $1,605.41 | 0601 | Fulton | Donald J. | 1300 QUAKER ST 38 | EUGENE | OR | 97402-3172 |
| 41 | $1,668.09 | 0607 | Galladro-Salgado | Lucia | 260 D ST APT 5 | SPRINGFIELD | OR | 97477-4546 |
| 42 | $1,605.41 | 0611 | Gammell | Ruben | PO BOX 911 | MARCOLA | OR | 97454-0911 |
| 43 | $1,668.09 | 0641 | Gibbs | Michael R. | 4406 Airport RD | Sweet Home | OR | 97386 |
| 44 | $1,029.85 | 0654 | Gomez | Anthony P. | 1331 Gable Dr | Warsaw | IN | 46580 |
| 45 | $1,886.98 | 0677 | Green | Bruce M. | PO Box 656 | Veneta | OR | 97487 |
| 46 | $1,673.51 | 0698 | Guerrero | Juan J. | 216 Blackport, Apt. B | Goshen | IN | 46528 |
| 47 | $1,029.85 | 0723 | Hall | Charles M. | 1326 N 525 W | Warsaw | IN | 46580 |
| 48 | $1,416.04 | 0729 | Hall II | David | 302 EDGEWATER AVE | SYRACUSE | IN | 46567-1601 |
| 49 | $1,605.41 | 0759 | Hartson | Barbara A. | 720 WASHINGTON AVE N APT 10 | KENT | WA | 98032-2958 |
| 50 | $2,233.49 | 0760 | Harvey | William D. | 5156 108th St. | Belleview | FL | 34420 |
| 51 | $1,605.41 | 0769 | Hatton | Russel R. | 784 N 71st | Springfield | OR | 97478 |
| 52 | $1,714.61 | 0794 | Hensley | Todd E. | 6476 Hilton Dr | Brooksville | FL | 34601 |
| 53 | $1,761.61 | 0894 | James | Thomas E. | 4885 Aster St #24 | Springfield | OR | 97477 |
| 54 | $1,605.41 | 0900 | Jewell | Phillip M. | 4077 SOUTHWAY LOOP | SPRINGFIELD | OR | 97478-5929 |
| 55 | $2,200.38 | 0918 | Johnson | Ron J. | 1169 ASH GROVE LOOP LO | CRESWELL | OR | 97426-9705 |
| 56 | $2,200.38 | 0971 | Kline | Steven R. | 205 SW KALMIA ST STE A | JUNCTION CITY | OR | 97448-6806 |
| 57 | $1,673.51 | 0974 | Kneller | Gary L. | 305 N. High St. | Silver Lake | IN | 46982 |

Monaco Coach Uncashed Check List

| | NET TOTAL | CM ID | lname | fname | address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 58 | $1,605.41 | 0991 | LaBrasseur | Alan J. | 619 S 41ST CT | SPRINGFIELD | OR | 97478-7596 |
| 59 | $1,668.09 | 1013 | Lawson | James K. | 1637 RIVER RD | EUGENE | OR | 97404-2640 |
| 60 | $1,605.41 | 1021 | Ledford | Ralph L | 1130 LORD AVE | COTTAGE GROVE | OR | 97424-1111 |
| 61 | $1,605.41 | 1062 | Lowery | David A | PO BOX 25 | RICKREALL | OR | 97371-0025 |
| 62 | $1,605.41 | 1066 | Lund | Anthony H | 260 BAUER CT | EUGENE | OR | 97404-3103 |
| 63 | $1,029.85 | 1082 | Malta | Raymond A | 920 Anchorage Lot 35 | Warsaw | IN | 46580 |
| 64 | $1,730.77 | 1084 | Manning | Dale | 3382 Virgina Street | Springfield | OR | 97478 |
| 65 | $1,088.85 | 1123 | Mathia | Gregory V. | 66616 Baldwin | Wyatt | IN | 46595 |
| 66 | $2,200.38 | 1150 | McFarland | Jaysen M. | 2034 Praslin Street | Eugene | OR | 97402 |
| 67 | $2,200.38 | 1198 | Metz | David A. | 5936 WALERGA RD APT 2 | SACRAMENTO | CA | 95842-3015 |
| 68 | $1,434.97 | 1203 | Meyer | Troy A. | 242 SHERWOODS RD | SAGLE | ID | 83860-8986 |
| 69 | $1,542.73 | 1218 | Miller | Richard G. | PO BOX 8591 | BEND | OR | 97708-8591 |
| 70 | $1,029.85 | 1247 | Molina | Jorge A. | 402 S River Rd Apt K | North Manchester | IN | 46962 |
| 71 | $1,668.09 | 1250 | Montalvan | Steven L. | 3831 CROSS ST | EUGENE | OR | 97402-2421 |
| 72 | $1,605.41 | 1317 | Nyjordet | Jacob L | 4900 ROYAL AVE SPC 78 | EUGENE | OR | 97402-9322 |
| 73 | $1,866.60 | 1324 | Olds | John F | 318 N. 2nd St. | Goshen | IN | 46528 |
| 74 | $1,029.85 | 1343 | Osbun | Mark A | 630 S OLD STATE ROAD 13 | PIERCETON | IN | 46562-9148 |
| 75 | $1,605.41 | 1349 | Ottinger | D. D | PO Box 173 | Junction City | OR | 97448 |
| 76 | $1,416.04 | 1395 | Perez | Cipriano | 317 W. Hively AV | Elkhart | IN | 46517 |
| 77 | $1,793.45 | 1408 | Peterson | Hannah G. | 7745 SE 92ND AVE APT H | PORTLAND | OR | 97266-6229 |
| 78 | $1,605.41 | 1418 | Pharis | Keith A | 6057 ADAMS AVE | SAN DIEGO | CA | 92115-3808 |
| 79 | $1,480.42 | 1436 | Ponce | Martin C | 1722 Arch St. | Elkhart | IN | 46516 |
| 80 | $1,605.41 | 1483 | Ray | Joshua G. | 3033 GATEWAY ST APT 2 | SPRINGFIELD | OR | 97477-1005 |
| 81 | $1,029.85 | 1485 | Redden | Ron W | 3614 WINTER ST | FORT WAYNE | IN | 46806-3641 |
| 82 | $1,793.45 | 1495 | Reeves | David S. | 547 S 13TH | Cottage Grove | OR | 97424 |
| 83 | $1,793.45 | 1499 | Remp | Ronald J | 555 N Danebo #12 | Eugene | OR | 97402 |
| 84 | $1,029.85 | 1505 | Reyes-Ramirez | Leobardo | 340 E Levi Lee Rd #115 | Warsaw | IN | 46582 |
| 85 | $1,605.41 | 1507 | Richards | Dustin S | 91604 Coburg Rd | Coburg | OR | 97408 |
| 86 | $1,930.96 | 1522 | Rivera | Arnoldo | 800 BIERMANN CT | MOUNT PROSPECT | IL | 60056-2151 |
| 87 | $1,029.85 | 1530 | Robertson | Brian L | 224 S STATE ST | SOUTH WHITLEY | IN | 46787-1300 |
| 88 | $1,029.85 | 1539 | Rodriguez | Amado | 2711 Glad St | Warsaw | IN | 46580 |
| 89 | $1,094.21 | 1540 | Rodriguez | Christopher | 103 N Main St | Sidney | IN | 46562 |
| 90 | $1,917.82 | 1554 | Rosso | Mark W. | 2379 CLEAR VUE LN | SPRINGFIELD | OR | 97477-1343 |
| 91 | $2,200.38 | 1584 | Sanchez | Isaiah R. | 2555 GATEWAY ST APT 25 | SPRINGFIELD | OR | 97477-1171 |
| 92 | $1,416.04 | 1589 | Saucedo | Jose L. | 806 F Lane Apt 2D | Elkhart | IN | 46516 |
| 93 | $1,930.96 | 1613 | Schuh | Michael A. | 209 N ETNA ST 52 | ETNA GREEN | IN | 46524-9477 |
| 94 | $1,592.88 | 1627 | Seeley | Darrin | PO Box 932 | Hines | OR | 97738 |
| 95 | $1,793.45 | 1635 | Shafer | Damian A | 26058 Vista Dr | Veneta | OR | 97487 |
| 96 | $1,605.41 | 1694 | Smith | Heather J | 4684 Fuller Ave | Eugene | OR | 97404 |
| 97 | $1,793.45 | 1714 | Sparks | Robert | 48267 HILLS ST | OAKRIDGE | OR | 97463-9409 |
| 98 | $1,605.41 | 1754 | Stover | James N | 180 NORMAN AVE | EUGENE | OR | 97404-2625 |
| 99 | $1,793.45 | 1771 | Swain | Debra I. | 630 N 7TH | Harrisburg | OR | 97446 |
| 100 | $1,605.41 | 1781 | Tacadina | George S. | 3213 Dowing Street | Eugene | OR | 97408 |
| 101 | $1,855.13 | 1821 | Toland | Ronald D. | 39985 MOUNTAIN HOME DR | SWEET HOME | OR | 97386-9778 |
| 102 | $1,029.85 | 1822 | Tolley | Joshua A | 138 S Stitt St Apt 2 | Wabash | IN | 46992 |
| 103 | $1,454.97 | 1849 | Twombley | Jan P. | 205 AZALEA DR | EUGENE | OR | 97404-5402 |
| 104 | $1,222.94 | 1851 | Tynan | Harry J | PO Box 374 | New Paris | IN | 46553 |
| 105 | $1,686.37 | 1871 | Vanover | Selena | 19299 CR 46 | New Paris | IN | 46553 |
| 106 | $639.59 | 1878 | Vaughn | Sara M. | 4675 Goodpasture LP # 69 | Eugene | OR | 97401 |
| 107 | $1,866.60 | 1897 | Villegas | Julian | 340 E. Levi Lee Rd Lot 142 | Warsaw | IN | 46582 |
| 108 | $1,605.41 | 1912 | Wagner | John P. | 779 FRANKLIN LAKES BLVD | FRANKLIN | IN | 46131-7946 |
| 109 | $2,188.43 | 1915 | Wagner Jr. | Arthur L. | 1919 Woodland Drive | Elkhart | IN | 46514 |
| 110 | $1,793.45 | 1945 | Wedekind | Jeffery I | 427 S 58TH ST B | SPRINGFIELD | OR | 97478-7625 |
| 111 | $1,605.41 | 1950 | Weiser | Marty W. | 1181 LEIGH ST | EUGENE | OR | 97401-5206 |
| 112 | $1,605.41 | 1989 | Williams | Jeffrey S | 555 Tyler St #18 | Eugene | OR | 97401 |
| 113 | $1,605.41 | 2013 | Winn | Jeff A | 1699 N Terry St #25 | Eugene | OR | 97402 |
| 114 | $1,605.41 | 2023 | Woods | Nathen D. | 4900 Royal Ave #89 | Eugene | OR | 97402 |

Monaco Coach Uncashed Check List

|     | NET TOTAL | CM ID | lname    | fname         | address         | City        | State | Zip        |
|-----|-----------|-------|----------|---------------|-----------------|-------------|-------|------------|
| 115 | $1,416.04 | 2030  | Wright   | Kenneth C.    | 12684 N 250 E   | MILFORD     | IN    | 46542-9707 |
| 116 | $1,730.77 | 2060  | Zinkgraf | Mary C.       | 675 RAYNER AVE  | SPRINGFIELD | OR    | 97477-3555 |
| 117 | $1,287.31 | 2063  | Zolman   | Christopher J | 110 N Franklin  | Mentone     | IN    | 46539      |
|     | **$188,671.41** |   |          |               |                 |             |       |            |

# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>MCC CORPORATION (f/k/a Monaco Coach Corporation), et al.,<br><br>Debtors. | : <br> : <br> : <br> : <br> : <br> : <br> : | Chapter 7<br><br>Case No. 09-10750 (MFW) |
| RONALD C. FOLK and JEROME A. HOOVER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONACO COACH CORPORATION,<br><br>Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adv. Pro. No. 09-50402 (MFW)<br><br>Related Docket No. _____ |

**ORDER TO PAY UNCLAIMED FUNDS INTO REGISTRY OF THE COURT**

Upon consideration of the Motion by Plaintiffs Ronald C. Folk and Jerome Hoover in the above-captioned adversary proceeding, to Deposit Unclaimed Funds into the Registry of the Court at Docket No. _____ (the "Motion")[1], and the Court being satisfied that the relief requested in the Motion appearing to be in the best interests of the Bankruptcy Estate; sufficient notice of the Motion and opportunity for a hearing having been given; it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is

**FURTHER ORDERED** that the Plaintiffs are authorized to deposit the Unclaimed Funds identified in the Motion in the amount of $222,832.91 into the Registry of the Court.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

_____, 2022        _____