# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| MCC CORPORATION (f/k/a Monaco Coach Corporation), et al., | : | |
| | : | Case No. 09-10750 (MFW) |
| Debtors. | : | **Re: Docket No. 2026** |
| | : | |
| RONALD C. FOLK and JEROME A. HOOVER, on behalf of themselves and all others similarly situated, | : | Adv. Pro. No. 09-50402 (MFW) |
| | : | |
| Plaintiffs, | : | **Re Adv. Docket No. 108, 112** |
| v. | : | |
| MONACO COACH CORPORATION, | : | |
| Defendant. | : | |

## ORDER TO PAY UNCLAIMED FUNDS INTO REGISTRY OF THE COURT

Upon consideration of the Motion by Plaintiffs Ronald C. Folk and Jerome Hoover in the above-captioned adversary proceeding, to Deposit Unclaimed Funds into the Registry of the Court Bankr. Docket # 2026 and Adv. Docket #108 (the "Motion")[1], and the Court being satisfied that the relief requested in the Motion appearing to be in the best interests of the Bankruptcy Estate; sufficient notice of the Motion and opportunity for a hearing having been given; it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**FURTHER ORDERED** that the Plaintiffs are authorized to deposit the Unclaimed Funds identified in the Motion in the amount of $222,832.91 into the Registry of the Court.

Dated: August 29th, 2022  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE