## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MCC (f/k/a Monaco Coach Corporation) *et al.*, <br><br> Debtors. [1] | Chapter 7 <br><br> Case No.  09-10750 (MFW) <br><br> (Jointly Administered) <br><br> Related Doc. No. 2542 |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF CHAPTER 7 TRUSTEE FOR APPROVAL OF STIPULATION TO MODIFY ORDER GRANTING MOTION OF PACHULSKI STANG ZIEHL & JONES LLP FOR AUTHORIZATION TO (A) PAY BENEFICIARIES OF EXPENSES RESERVE; AND (B) TRANSFER REMAINING BALANCE OF EXPENSES RESERVE TO BANK OF AMERICA, N.A.**

I, John T. Carroll, III, counsel to George L. Miller, chapter 7 Trustee in the above matter ("Trustee"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to *Motion of Chapter 7 Trustee for Approval of Stipulation to Modify Order Granting Motion of Pachulski Stang Ziehl & Jones LLP for Authorization to (A) Pay Beneficiaries of Expenses Reserve; and (B) Transfer Remaining Balance of Expenses Reserve to Bank of America, N.A.*  [Filed 2/22/2023; Docket No. 2542] (the "Motion").

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: Case No. 09-10750 MCC f/k/a Monaco Coach Corporation ("MCC") (0244) ; Case No. 09-10751 Signature Motorcoach Resorts, Inc. (8980); Case No. 09-10752 Naples Motorcoach Resort, Inc. ("Naples") (1411); Case No. 09-10753 Port of the Isles Motorcoach Resort, Inc. (8524); Case No. 09-10754 Outdoor Resorts of Las Vegas, Inc. (8478); Case No. 09-10755 Outdoor Resorts Motorcoach Country Club, Inc. (1141); Case No. 09-10756 Signature Resorts of Michigan, Inc. ("Michigan") (4020); Case No. 09-10757 La Quinta Motorcoach Resorts, Inc. (9661); Case No. 09-10758 R-Vision Holdings L.L.C. (2820); Case No. 09-10759 R-Vision, Inc. ("R-Vision") (3151); Case No. 09-10760 R-Vision Motorized, LLC ("RVM") (1985); Case No. 09-10761 Bison Manufacturing, LLC ("Bison") (0778) and Case No. 09-10762 Roadmaster LLC ("Roadmaster") (5174).

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion, objections to same were to be filed and served no later than March 15, 2023 at 4:00 p.m. (EST).

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at the earliest convenience of the Court.

Dated: March 20, 2023                             COZEN O'CONNOR

*/s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013
jcarroll@cozen.com

*Counsel to the Chapter 7 Trustee,*
*George L. Miller*