Fill in this information to identify the case:

Debtor 1: **Monaco** (First Name) **Coach** (Middle Name) **Corporation** (Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name) _____ (Middle Name) _____ (Last Name)

United States Bankruptcy Court for the: _____ District of **Delaware** (State)

Case number: 09-10750

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $2,247.21 |
| Claimant's Name: | Adams & Cohen, LLC as Assignee of Dusty Allread |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P O Box 2784<br>Auburn, AL 36831<br>Tel: 334-246-0642<br>Email: admin@adamscohen.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Local Form 127

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Delaware
1313 N. Market Street
Wilmington, Delaware 19801

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C § 152.. |
| Date: 4-8-25 | Date: |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Jairo Camargo for Adams & Cohen, LLC<br>Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address:  P O Box 2784<br>Auburn, AL 36831 | Address: |
| Telephone:  334-246-0642 | Telephone: |
| Email:  admin@adamscohen.com | Email: |

**6. Notarization**
STATE OF ALABAMA
COUNTY OF TALLAPOOSA

This Application for Unclaimed Funds, dated 4-8-25 _____ was subscribed and sworn to before me this 8th day of APRIL, 2025 by

Jairo Camargo
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public [signature: Shelia Martin]

My commission expires: 03/21/2028

**6. Notarization**
STATE OF
COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public _____

My commission expires:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: Monaco Coach Corporation        )     Case No.: 19-10750 (MFW)
                                       )
                                       )
                                       )     Chapter 7
        Debtor(s)                      )
                                       )

## CERTIFICATE OF SERVICE

I hereby certify that on 4-8-25, I mailed a copy of this foregoing Application and all the attachments via U. S. Postal Service to the following:

Office of the U. S. Attorney
1313 N Market Street
Wilmington, DE 19801

Office of the U. S. Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

U. S. Trustee
George L Miller
1628 John F Kennedy Blvd., Suite 950
Philadelphia, PA 19103

Monaco Coach Corporation (Debtor)
91320 Coburg Industrial Way
Coburg, OR 97408

Timothy P Caines (Debtor's Attorney)
919 N Market Street, 17th Floor
Wilmington, DE 19801

Dusty Allread (Claimant)
85961 Edenvale Road
Eugene, OR 97455

Dated: 4-8-25

Jairo Camargo, Managing Partner
Adams & Cohen, LLC
P O Box 2784
Auburn, AL 36831
Tel.: 334-246-0642

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: Monaco Coach Corporation | ) | Case No.: 09-10750 (MFW) |
| | ) | |
| | ) | Chapter 7 |
| Debtor(s) | ) | |

## NOTICE OF HEARING

Adams & Cohen, LLC has filed a Motion For Payment of Unclaimed Funds as assignee of Dusty Allread.

A hearing regarding this Application is scheduled for May 14, 2025 at 2:00 PM at:

U S Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor, Courtroom #4
Wilmington, DE 19801

Objections are due on or before April 23, 2025.

Dated: 4-8-25

Jairo Camargo, Managing Partner
Adams & Cohen, LLC
P O Box 2784
Auburn, AL 36831
Tel.: 334-246-0642