# ASSIGNMENT

This Assignment Agreement ("Agreement") is entered into on the 5th day of APRIL, 2025 by and between **Dusty Allread**, 85961 Edenvale Road, Eugene, OR 97455 ("Assignor") and **Adams & Cohen, LLC,** an Alabama Limited Liability Company, 2100 Southbridge Parkway, Suite 650, Birmingham, AL 35209 ("Assignee").

1. Assignor is/ was a debtor/ creditor in Bankruptcy Case # 09-10750 Debtor (s): Monaco Coach Corporation and was filed in the United States Bankruptcy Court District of Delaware ("Bankruptcy Case"). In his/ her capacity as debtor/ creditor, Assignor was entitled to a distribution of funds in the amount of $2,247.21 ("Funds"), remittance was attempted by the Trustee at the Assignor's last known address. Such remittance was never negotiated, however and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee remitted the funds to the Clerk of the Court for payment on to the Registry of Unclaimed Funds. Such Funds are subject to withdrawal as provided by 28 U.S.C. 2042.

2. Rather than attempting to collect the Funds- and in an effort to both save the expense of such a collection, as well as to expedite the liquidating of their interest in the Funds- Assignor desires to legally assign his/ her interest in such Funds and Assignee desires to purchase and obtain such interest in the Funds. Therefore, with both parties being of sound mind, and operating in the manner in which they deem to be in their mutual best interest, Assignor shall convey all rights, title and interest that Assignor has in the Funds and the Claim which generated same, and Assignee shall purchase all rights, title and interest that Assignor has in the funds and such Claim as generated same.

3. For Good and valuable consideration, the Assignor does hereby irrevocably transfer and assign to Assignee and assigns, all of his/ her rights, title and interest to Assignee in reference to this Claim/ Funds.

4. **Consideration**: The consideration herein given by Assignee to Assignor shall be the sum of $1,498.14 which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved.

5. This assignment shall be deemed an absolute and unconditional assignment of Claim for the purpose of collection and satisfaction shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Assignor hereby irrevocably appoints Assignee, Adams & Cohen, LLC, as its true and lawful attorney-in-fact to act in Assignor's stead with respect to the Claim/ Funds assigned.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEHEOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the above Date of this Agreement.

ASSIGNOR(S): Dusty Allread                     ASSIGNEE: Jairo Camargo for Adams & Cohen, LCC

Signature: Dusty Allread                       Signature: Jairo Camargo

On this 5th day of APRIL, 2025, I, Jairo Camargo Certify that the preceding or attached document titled Assignment ( 1 ) Page(s), is a true, accurate, complete redacted copy of the original being kept at 2100 Southbridge Pkwy, Suite 650, Birmingham, AL 35209

Notary Public                     Commission Expires: March 21, 2028

# ADAMS & COHEN

## NOTICE OF ASSIGNMENT

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, **Dusty Allread** ("Assignor") hereby assigns, conveys, and transfers over and unto Adams & Cohen, LLC ("Assignee"), any and all of right, title, and interest in and to the below reference claim/ funds:

The Assigned claim/ funds:

| | |
|---|---|
| Court: | U.S. Bankruptcy Court District of Delaware |
| Debtor(s); | Monaco Coach Corporation |
| Case Number: | 09-10750 |
| Claim #: | 4262A.0026 |

CLAIM IS ASSIGN "AS IS", WHERE IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of: 4-5-25

_____
Signature: Dusty Allread

**2100 Southbridge Parkway, Suite 650**
**Birmingham, AL 35209**
**Email admin@adamscohen.com**

**Tel 334.246.0642**
**Fax 888.978.2226**
**Text Number 305.788.9772**

# AllreadDusty Claim Forms

Final Audit Report                                                2025-04-05

| | |
|---|---|
| Created: | 2025-04-05 |
| By: | Adams & Cohen (jcamargo@adamscohen.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAz6aO4OF5S5yJyQBoOnLqw-LYxvEU315Z |

## "AllreadDusty Claim Forms" History

- Document created by Adams & Cohen (jcamargo@adamscohen.com)
  2025-04-05 - 3:08:36 PM GMT

- Document emailed to dustyallread420@gmail.com for signature
  2025-04-05 - 3:08:40 PM GMT

- Email viewed by dustyallread420@gmail.com
  2025-04-05 - 3:26:55 PM GMT

- Signer dustyallread420@gmail.com entered name at signing as Dusty Allread
  2025-04-05 - 3:45:03 PM GMT

- Document e-signed by Dusty Allread (dustyallread420@gmail.com)
  Signature Date: 2025-04-05 - 3:45:05 PM GMT - Time Source: server

- Agreement completed.
  2025-04-05 - 3:45:05 PM GMT



Powered by Adobe Acrobat Sign

# STATEMENT

I, Dusty Allread, state the following:

1. The Notice of Unclaimed Dividends filed by the Trustee has an address for me of 4 U Street, Springfield, OR 97477.

2. I do not have any documentation of the above stated address because it's been a very long time since I resided at that address.

I hereby certify under penalty of perjury that the foregoing statement is true and correct. *

Executed on  4-5-25

_Dusty_
Dusty Allread

* 28 U.S.C. 1746

# AllreadDusty PreAddSmt

Final Audit Report                                                             2025-04-06

| | |
|---|---|
| Created: | 2025-04-05 |
| By: | Adams & Cohen (jcamargo@adamscohen.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZ9QKzQ38qzVDhEU2LG6cJo7mRe7dFLzZ |

## "AllreadDusty PreAddSmt" History

- **Document created by Adams & Cohen (jcamargo@adamscohen.com)**
  2025-04-05 - 5:59:33 PM GMT

- **Document emailed to dustyallread420@gmail.com for signature**
  2025-04-05 - 5:59:36 PM GMT

- **Email viewed by dustyallread420@gmail.com**
  2025-04-06 - 3:39:49 AM GMT

- **Signer dustyallread420@gmail.com entered name at signing as Dusty Allread**
  2025-04-06 - 3:41:14 AM GMT

- **Document e-signed by Dusty Allread (dustyallread420@gmail.com)**
  Signature Date: 2025-04-06 - 3:41:16 AM GMT - Time Source: server

- **Agreement completed.**
  2025-04-06 - 3:41:16 AM GMT



Powered by Adobe Acrobat Sign


# ADAMS & COHEN

## CORPORATE RESOLUTION

I, **Jairo Camargo,** as Managing Member of ADAMS & COHEN, LLC, an LLC corporation organized and existing under the laws of the State of Alabama (the "LLC") DO HEREBY certify that the following is true and correct copy of a resolution duly adopted by Jairo Camargo, Managing Member of the LLC on February 17, 2023, and that such resolution has not been modified, rescinded or revoked, and is at present in full force and effect:

**RESOLVED:** That Jairo Camargo, as Managing Member of Adams & Cohen, LLC is empowered and authorized to execute all types of legal documentation, filings, and contracts on behalf of the LLC.

I hereby certify that I am the sole officer and only Managing Member of Adams & Cohen, LLC.

**IN WITNESS WHEREOF,** the undersigned has affixed his signature and the corporate seal of the LLC this 17th day of February 2025.

_____    Corporate Seal
Jairo Camargo
Managing Member of Adams & Cohen, LLC

SWORN and SUBSCRIBED before me this
17th day of February 2025.

_____
Notary Public

2100 Southbridge Parkway, Suite 650
Birmingham, AL 35209
Email admin@adamscohen.com

Tel 334.246.0642
Fax 888.978.2226
Text Number 305.788.9772

# Alabama Secretary of State

SOS Office    Elections    Services    Records    Contact

| Adams & Cohen, LLC ||
|---|---|
| Entity ID Number | 001 - 063 - 964 |
| Entity Type | Domestic Limited Liability Company |
| Principal Address | Not Provided |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Alabama |
| Formation Date | 02/17/2023 |
| Registered Agent Name | Camargo, Jairo |
| Registered Office Street Address | 2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209 |
| Registered Office Mailing Address | P O Box 2784<br>Auburn, AL 36831 |
| Nature of Business | |
| Scanned Documents ||
| Purchase Document Copies ||
| Document Date / Type / Pages | 02/17/2023   Certificate of Formation   4 pgs. |

Browse Results    New Search

**DOMESTIC LIMITED LIABILITY COMPANY (LLC)**
**CERTIFICATE OF FORMATION**

PURPOSE: In order to form a Limited Liability Company (LLC) under Section 10A-5A-2.01 of the *Code of Alabama 1975,* this Certificate of Formation and the appropriate filing fees must be filed with the Office of the Secretary of State. **The information required in this form is required by Title 10A.**

1. The name of the limited liability company (must contain the words "Limited Liability Company" or the abbreviation "L.L.C." or "LLC," and comply with *Code of Alabama,* Section 10A-1-5.06. You may use Professional or Series before Limited Liability Company or LLC (or PLLC or SLLC) if they apply:

   Adams & Cohen, LLC

2. **A copy of the Name Reservation Certificate from the Office of the Secretary of State must be attached.**

3. The name of the registered agent (only one agent): Jairo Camargo

   Street (**no PO Boxes**) address of registered office (must be located in Alabama):

   2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209

   **\*COUNTY** of above address:  JEFFERSON

   Mailing address in Alabama of registered office (if different from street address):

   P O Box 2784 Auburn, AL 36831 LEE

4. The undersigned certify that there is at least one member of the limited liability company.

(For SOS Office Use Only)

Alabama
Sec. Of State

001-063-964       DLL

Date    02/17/2023
Time    10:55:00
File      $100.00
County    $100.00
-------
Total     $200.00

**DOMESTIC LIMITED LIABILITY COMPANY (LLC) CERTIFICATE OF FORMATION**

5. Check **only** if the type applies to the Limited Liability Company being formed:

    ◯ Series LLC complying with Title 10A, Chapter 5A, Article 11

    ◯ Professional LLC complying with Title 10A, Chapter 5A, Article 8

    ◯ Non-Profit LLC complying with Section 10A-5A-1.04(c)

6. The filing of the limited liability company is effective immediately on the date received by the office of the Secretary of State, Business Services Division or at the delayed filing date (cannot be prior to the filing date) specified in this filing complying with Section 10A-1-4.12
The undersigned specify __2__ / __17__ / __2023__ as the effective date (must be on or after the date filed in the office of the Secretary of State, but no later than the 90th day after the date this instrument was signed) and the time of filing to be __10__ : __55__  ⦿ AM or ◯ PM. (cannot be noon or midnight – 12:00)

☒ Attached are any other matters the members determine to include herein (if this item is checked there must be attachments with the filing).

__2__ / __17__ / __2023__
Date    (MM/DD/YYYY)

Jairo Camargo
Signature as required by 10A-5A-2.04

Managing Member
Typed title (organizer or attorney-in-fact)

*County of Registered Agent is requested in order to determine distribution of County filing fees.

Jairo Camargo
Managing Member

Address:
2100 Southbridge Parkway, Suite 650
Birmingham, AL 35209





# REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION

Refer to the instructions page for further information on completing this form. Vendors providing goods and services must use the AO 213 form.
*Note: Typed forms and forms that include a populated Type of Payee may result in more efficient and precise processing. **For handwritten forms, please see the General Instructions for the list of options for the Type of Payee, Refund recipient only. Is the refund over $200?, and Part 4 - U.S. Tax Classification, and Part 6 - Account Type drop down menus.*

**\*\*Type of Payee:** Unclaimed Fund Claimant  **Refund recipient only. Is the refund over $200?** Yes

## Part 1 Payee Information
Line 1. Payee Name: Adams & Cohen, LLC
Line 2. Additional payee information: *(if applicable)*

## Part 2 Business Name *(if different from above)*

## Part 3 Enter *only one* TIN in the appropriate box. The TIN provided must match the name given in Part 1, Line 1.
EIN: 26-355████   or   SSN: ___-__-____

## Part 4 **Select the appropriate U.S. tax classification for person or entity listed in Part 1, Line 1.
LLC - Partnership

## Part 5 Mailing Address *(where payments, orders, and IRS 1099 forms, as applicable, will be sent)*
Street Address: P O Box 2784
City: Auburn   State: AL   Zip code: 36831
Point of Contact *(if different from above)*:
Name: Jairo Camargo   Phone #: 334-246-0642
Email: admin@adamscohen.com

## Part 6 Electronic Funds Transfer (EFT) Information
Owner(s) name appearing on bank account: Adams & Cohen, LLC
Bank Name: Bank
Select an Account Type: Checking   Routing # (9 digits): █████████
Account number *(do not include check number)*: ████████████████

## Part 7 Additional Payees' Signatures
*(if applicable for EFT payments)*
By signing as a joint payee, you are authorizing the Judiciary to make a payment on your behalf to the bank account entered in Part 6.
Joint Payee(s) Signature(s): _____

## Part 8 Certification of Account Holder

### Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Payee Signature: *[signed]*   Date: 4-8-25

*Sensitive information must be securely maintained and only visible to designated staff.*

Print | Save As... | Reset